RESOLVED:

That Ellipso, Inc., a Delaware corporation, hereby recognizes its inability to pay certain debts and its desire to file a voluntary petition under Chapter 11 of Title 11, United States Code (Bankruptcy Code).

That David Castiel, President, be, and he hereby is, for and on behalf of the Corporation, authorized to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court in such jurisdiction as the company and its counsel determine, for the purpose of having the Corporation reorganized pursuant to Chapter 11 of the Bankruptcy Code and thereafter to take such action as may be required in connection therewith.

That Kermit A. Rosenberg, of the law firm of Tighe Patton Armstrong Teasdale, PLLC, a duly licensed and practicing attorney-at-law, whose offices are located at 1747 Pennsylvania Avenue, N.W., Third Floor, Washington, D.C. 20006-4604, be, and he hereby is, appointed as counsel for the Corporation and authorized to prepare and file the voluntary petition as aforesaid, and in collaboration with the President, to arrange for the filing thereof and thereafter to conduct all proceedings in connection therewith on behalf of the Corporation.

That the President be, and he hereby is, authorized on behalf of the Corporation to advance the attorney's fee retainer and filing fees for filing the voluntary petition as aforesaid and all other documents to be filed in connection therewith; and that all action taken by the President and the said attorney within the scope of the Resolution be, and the same hereby are, adopted, ratified, and confirmed.

Date:  February 25, 2009


| /s/ David Castiel | /s/ Richard Burt |
|---|---|
| David Castiel | Richard Burt |
| President, Secretary, and Director | Director |