UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

**In re**

              Debtor(s)              Case No.

              Plaintiff(s)            Chapter

v.

              Defendant(s)           Adversary No.

## CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity:
_____
_____
in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

    No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

_____            _____
Date                                                          Signature of Debtor's Counsel or
                                                                             Party in Adversary Proceeding

[cpownstm ver. 3/2004]