| | | |
|---|---|---|
| 1 | Name | Kenneth H. Rosenau, Esq. |
| 2 | Bar # | 342733 |
| | Firm | Rosenau & Rosenau |
| 3 | Address | 1304 Rhode Island Ave., NW |
| 4 | | Washington, D.C. 20005 |
| 5 | Telephone | (202) 387-8680 |

**FILED**

MAR 06 2009

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLUMBIA

In Re:  Ellipso Inc.
        Debtor

Case No. 09-00148

**Corporate Ownership Statement**

This Corporate Ownership Statement is filed on behalf of  The Registry Solutions Company (TRSC) & MannTech in compliance with the provisions of:

   X   Rule(s) 1007(a)(1) & 7007.1, Federal Rules of Bankruptcy Procedures, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party hereby declares as follows:**

__X__  No such corporation.

____  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship _____

____  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

____  Other(please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this __6th__ day of __March__, __2009__.

_____
Counsel of Record
Kenneth H. Rosenau, Esq., #342733

Certificate of Service:

I hereby certify that true copies of the foregoing Ownership Statement were, this 6th day of March 2009, served electronically, and/or via first class mail, postage prepaid, upon the following parties, as well as those listed on the attached mailing matrix:

VANESSA CARPENTER LOURIE, ESQ.
4400 MacArthur Blvd., N.W.
Suite #205
Washington, D.C. 20007-2521
Co-Counsel for Plaintiff/Counter-Defendant

ROBERT B. PATTERSON
P.O. Box 3106
Reston, VA 20195
Defendant/Counter-Plaintiff Pro Se

LINDA AWKARD, ESQ.
4201 Cathedral Ave., N.W.
Suite #1416W
Washington, D.C. 20016
Co-Counsel for Plaintiff/Counter-Defendant

_____
Kenneth H. Rosenau, Esq. #342733

Ellipso,, Inc.
4410 Massachusetts Avenue
Suite 385
Washington, DC 21016-5551

Amkard 4 Associates, Chartered
1201 Cathedral Ave., NW
Suite 4216 West
Washington, DC 20016-4901

Dort Patent PC
110 S St. Asaph Street
Suite 200
Alexandria, VA 22314

Leftwich & Ludaway, LLC
1400 K Street, NW
Suite 1000
Washington, DC 20005-2403

Mann Tech, LLC and John Mann
9330 Harts Mill Road
Warrenton, VA 20186-8538

Morris, Nichols, Arsht & Tunnell
201 North Market Street
8th Floor
Wilmington, DC 19801-1147

Vanessa Carpenter Lourie, PC
2400 MacArthur Boulevard
Washington, DC 20007-2521

Washington DC
E. Barrett Prettyman DS Courthouse
333 Constitution Ave, #1225
Washington, DC 20001-2802

Baker Botts, LLP
1259 Pennsylvania Ave., SW
Washington, DC 20004-2400

Gerald Helman
2900 Maplewood Place
Alexandria, VA 22302-2424

Lerman Senter PLLC
2000 K Street, NW
6th Floor
Washington, DC 20006-1809

Mark Zaid PC
1920 N Street, NW
Suite 300
Washington, DC 20036-1622

Richard Burt
900 17th Street, NW
Suite 800
Washington, DC 20006-2511

Kermit A Rosenberg
Tighe Patton Armstrong Teasdale
1747 Pennsylvania Avenue, NW
Suite 300
Washington, DC 20006-4642

American Arbitration Association
2200 Century Parkway Suite 300
Atlanta, GA 30345-3126

David Castiel
4410 Massachusetts Ave. NW
Suite 385
Washington, DC 20016-5561

James Bailey
4303 Oak Hill Drive
Annandale, VA 22003-3422

Mann Tech, LLC
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186-8538

Mayer Hoffman McCann, PC
7475 Wisconsin Avenue
Suite 700
Bethesda, MD 20814-3497

The Registry Solutions Company
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186-8538

Kenneth Rosenau
Rosenau & Rosenau
1304 Rhode Island Avenue, NW
Washington, DC 20005