UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )
                                      )       Case No. 09-00148
    ELLIPSO, INC.,                 )       (Chapter 11)
                                      )
        Debtor.                 )
_____)

## APPLICATION TO EMPLOY SPECIAL COUNSEL

The Debtor, ELLIPSO, INC., by and through its attorneys, represents as follows:

1.  On February 25, 2009, the Debtor filed its voluntary Chapter 11 petition herein and continues to operate its business as debtor in possession.

2.  The Debtor wishes to employ Linda Nandine Awkard, Esquire of the law firm of Awkard & Associates, Chartered as special counsel to the Debtor, to perform legal services for the Debtor as may be necessary in connection with the arbitration proceeding between the Debtor and The Registry Solutions Company pending in the United States District Court for the District of Columbia (in which the applicant serves as co-counsel to the Debtor) and in negotiating agreements with potential investors and licensees in the exploitation of patents for elliptical orbits in satellite telecommunication systems, at the maximum rate of $350.00 per hour, subject to review by this Court.

3.  The petition was filed herein on an emergency basis. Since the filing date Ms. Awkard has continued to negotiate with potential investors and licensees and with her supporting representation of the Debtor in the arbitration proceeding since the modification of the automatic stay in connection with that proceeding. It is anticipated that Ms. Awkard and Tighe Patton Armstrong Teasdale, PLLC, whose application for employment as general bankruptcy counsel to

the Debtor is pending, will jointly represent the Debtor for the balance of the arbitration proceeding. Lead counsel for the Debtor in the arbitration proceeding is withdrawing her representation therein.

4.    Neither Ms. Awkard nor her law firm has any connection with the Debtor, its creditors, or any party in interest herein, or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except that she has represented the Debtor and is the holder of a general unsecured claim against the Debtor in the amount of $130,000.00 for prepetition legal services.

5.    Ms. Awkard and her law firm represent no interest adverse to the Debtor, as debtor in possession herein, or its estate in the matters for which she is to be engaged.

6.    The employment of Ms. Awkard and her law firm is in the best interests of the Debtor and its estate.

WHEREFORE, the Debtor requests this Court to enter an order approving the employment of Linda Nandine Awkard, Esquire of the law firm of Awkard & Associates, Chartered as special counsel to the Debtor on the terms and conditions set forth above, effective February 25, 2009.

Respectfully submitted,

/s/ Kermit A. Rosenberg
Kermit A. Rosenberg (VSB #14975)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 454-2800
Facsimile: (202) 454-2805

Attorney for Debtor

CERTIFICATE OF SERVICE

- 2 -

      I hereby certify that on March 19, 2009, true copies of the foregoing Application with attached Declaration and proposed Order were served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest set forth on the service list attached to the original Motion filed with the Clerk of this Court by first class mail, postage prepaid.

                                                    /s/ Kermit A. Rosenberg
                                                  KERMIT A. ROSENBERG

```
                         Ellipso, Inc. Matrix.txt
American Arbitration Association
2200 Century Parkway Suite 300
Atlanta, GA 30345


Awkard & Associates, Chartered
4201 Cathedral Ave., NW
Suite 4216 West
Washington, DC 20016


Baker Botts, L.L.P.
1299 Pennsylvania Ave., NW
Washington. DC 20004


David Castiel
4410 Massachusetts Ave., NW
Suite 385
Washington, DC 20016


Dort Patent PC
110 S. St. Asaph Street
Suite 200
Alexandria, VA 22314


Gerald Helman
2900 Maplewood Place
Alexandria, VA 22302


James Bailey
4303 Oak Hill Drive
Annandale, VA 22003


John Page
1077 30th Street, NW, #411
Washington, DC 20007


Laury Blakley
897 Station Street
Herndon, VA 20170


Leftwich & Ludaway, LLC
11400 K Street, NW
Suite 1000
Washingotn, DC 20005-2403


Lerman Senter PLLC
2000 K Street, NW
6th Floor
Washington, DC 20036


Mann Tech, LLC
c/o John Mann
9330 Harts Mill Road
                                   Page 1
```

                         Ellipso, Inc. Matrix.txt
Warrenton, VA 20186


Mann Tech, LLC and
John Mann
9330 Harts Mill Road
Warrenton, VA 20186


Mark S. Zaid, P.C.
1920 N Street, NW
Suite 300
Washington, DC 20036


Mayer Hoffman McCann P.C.
7475 Wisconsin Avenue
Suite 700
Bethesda, MD 20814


Morris, Nichols, Arsht & Tunnell
1201 North Market Street
18th Floor
Wilmington, DE 19899


Richard Burt
900 17th Street, NW
Suite 800
Washington, DC 20006


The Registry Solutions Company
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186


Vanessa Carpenter Lourie, P.C.
4400 MacArthur Boulevard
Washington, DC 20007


Kenneth H. Rosenau, Esquire
Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, DC 20005


Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314


John Patterson
P.O. Box 3106
Reston, VA 20190