B6F (Official Form 6F) (12/07)

In re  Ellipso, Inc.                         ,                    Case No.  09-00148
       **Debtor**                                                          *(If known)*

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American Arbitration Association 2200 Century Parkway Suite 300 Atlanta, GA 30345 | | | Incurred: 2009 | | | | 8,000 |
| ACCOUNT NO. Aon Risk Services Two World Trade Center New York, NY 10048 | | | | | | | |
| ACCOUNT NO. Aon Risk Services Two World Trade Center New York, NY 10048 | | | | | | | |
| ACCOUNT NO. Awkard & Associates, Chartered 4201 Cathedral Ave., NW Suite 4216 West Washington, DC 20016 | | | Incurred: 2007-2008 Consideration: Legal Services | | | | 130,000 |

  9   continuation sheets attached                                         Subtotal ▸ $  138,000

                                                                           Total ▸ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Ellipso, Inc._____,    Case No. __09-00148_____
           **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Baker Botts, L.L.P.<br>1299 Pennsylvania Ave., NW<br>Washington. DC 20004 | | | Incurred: 2007<br>Consideration: Legal Services | | | | 571,000 |
| ACCOUNT NO.<br>Bringcom<br>105 Executive Blvd.<br>Sterling, VA 20166 | | | Incurred: 2009<br>Consideration: Rent | | | | 2,000 |
| ACCOUNT NO.<br>CMHZ Investment Partnership<br>c/o Victor Zimmerman<br>695 East Main Street<br>Stamford, CT 06901 | | | | | | | |
| ACCOUNT NO.<br>CMHZ Investment Partnership<br>c/o Victor Zimmerman<br>695 East Main Street<br>Stamford, CT 06901 | | | | | | | |
| ACCOUNT NO.<br>Dort Patent PC<br>110 S. St. Asaph Street<br>Suite 200<br>Alexandria, VA 22314 | | | Incurred: 2008<br>Consideration: Legal services | | | | 24,000 |

Sheet no. __1__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 597,000

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re __Ellipso, Inc._____,     Case No. __09-00148_____
        **Debtor**     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Ellipso Private Holdings, LLC<br>4410 Massachusetts Ave., NW #385<br>Washington DC 20016 | | | | | | | |
| ACCOUNT NO.<br>Ellipso Private Holdings, LLC<br>4410 Massachusetts Ave., NW #385<br>Washington DC 20016 | | | | | | | |
| ACCOUNT NO.<br>Grosvenor Fund LP<br>1808 Eye Street, NW<br>Suite 900<br>Washington, DC 20006 | | | | | | | |
| ACCOUNT NO.<br>Grosvenor Fund LP<br>1808 Eye Street, NW<br>Suite 900<br>Washington, DC 20006 | | | | | | | |
| ACCOUNT NO.<br>HarbourVest Partners LLC<br>One Financial Center, 44th Floor<br>Boston, MA 02111 | | | | | | | |

Sheet no. __2__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      0

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Ellipso, Inc.                                   ,       Case No. 09-00148
                       **Debtor**                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HarbourVest Partners LLC<br>One Financial Center, 44th Floor<br>Boston, MA 02111 | | | | | | | |
| ACCOUNT NO.<br>Israel Aircraft Industries<br>Ben Gurion International Airport<br>70100 Israel | | | | | | | |
| ACCOUNT NO.<br>Israel Aircraft Industries<br>Ben Gurion International Airport<br>70100 Israel | | | | | | | |
| ACCOUNT NO.<br>James Bailey<br>4303 Oak Hill Drive<br>Annandale, VA 22003 | | | Incurred: 2006<br>Consideration: Consulting services | | | | 135,000 |
| ACCOUNT NO.<br>Kenneth H. Rosenau, Esquire<br>Rosenau & Rosenau<br>1304 Rhode Island Avenue, N.W.<br>Washington, DC 20005 | | | | | | | Notice Only |

Sheet no. 3 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 135,000

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ellipso, Inc.                              ,          Case No.  09-00148
           **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> L3 Communications <br> 600 Third Avenue, <br> New York, NY 10016 | | | | | | | |
| ACCOUNT NO. <br> L3 Communications <br> 600 Third Avenue, <br> New York, NY 10016 | | | | | | | |
| ACCOUNT NO. <br> Leftwich & Ludaway, LLC <br> 11400 K Street, NW <br> Suite 1000 <br> Washingotn, DC 20005-2403 | | | Incurred: 2007 <br> Consideration: Legal services | | | | 74,000 |
| ACCOUNT NO. <br> Lerman Senter PLLC <br> 2000 K Street, NW <br> 6th Floor <br> Washington, DC 20036 | X | | Incurred: 2007 <br> Consideration: Legal Services | | | X | 2,200,000 |
| ACCOUNT NO. <br> Mann Tech, LLC and <br> John Mann <br> 9330 Harts Mill Road <br> Warrenton, VA 20186 | | | Incurred: 2009 <br> Consideration: Judgment | | | X | 201,314 |

Sheet no. 4 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 2,475,314

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Ellipso, Inc._____,  Case No. __09-00148_____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mann Tech, LLC and<br>John Mann<br>9330 Harts Mill Road<br>Warrenton, VA 20186 | | | Incurred: 2008<br>Consideration: Judgment | | | X | 100,000 |
| ACCOUNT NO.<br>Mark S. Zaid, P.C.<br>1920 N Street, NW<br>Suite 300<br>Washington, DC 20036 | | | Incurred: 2007<br>Consideration: Legal services | | | | 10,000 |
| ACCOUNT NO.<br>Mayer Hoffman McCann P.C.<br>7475 Wisconsin Avenue<br>Suite 700<br>Bethesda, MD 20814 | | | Incurred: 2008<br>Consideration: Accounting services | | | | 5,842 |
| ACCOUNT NO.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>18th Floor<br>Wilmington, DE 19899 | | | Incurred: 2007<br>Consideration: Legal Services | | | | 275,600 |
| ACCOUNT NO.<br>Richard Burt<br>900 17th Street, NW<br>Suite 800<br>Washington, DC 20006 | | | Incurred: 2003 - 2007<br>Consideration: Consulting fees | | | | 20,000 |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 411,442

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ellipso, Inc._____,    Case No. 09-00148_____
                **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Robert B. Patterson<br>P.O. Box 3106<br>Reston, VA 20190 | | | Incurred: 2007<br>Consideration: Business injury, conspiracy | X | X | X | 4,000,000 |
| ACCOUNT NO.<br>Skylink Communications Inc.<br>c/o Ochiltree Management Inc.<br>50 Burnhamthorpe Rd West #401<br>Mississauga, ON, L5B 3C2 | | | | | | | |
| ACCOUNT NO.<br>Skylink Communications Inc.<br>c/o Ochiltree Management Inc.<br>50 Burnhamthorpe Rd West #401<br>Mississauga, ON, L5B 3C2 | | | | | | | |
| ACCOUNT NO.<br>Spectrum Network Systems<br>Level 11, Margaret Street,<br>Sydney, NSW<br>2000 Australia | | | | | | | |
| ACCOUNT NO.<br>Spectrum Network Systems<br>Level 11, Margaret Street,<br>Sydney, NSW<br>2000 Australia | | | | | | | |

Sheet no. __6__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 4,000,000

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Ellipso, Inc._____,  Case No. __09-00148_____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Boeing Company<br>3370 Miraloma Avenue<br>PO Box 4921<br>Anaheim, CA 92803 | | | | | | | |
| ACCOUNT NO.<br>The Boeing Company<br>3370 Miraloma Avenue<br>PO Box 4921<br>Anaheim, CA 92803 | | | | | | | |
| ACCOUNT NO.<br>The Registry Solutions Company<br>c/o John Mann<br>9330 Harts Mill Road<br>Warrenton, VA 20186 | | | Incurred: 2007<br>Consideration: Breach of contract | | X | X | 300,000 |
| ACCOUNT NO.<br>Vanessa Carpenter Lourie, P.C.<br>4400 MacArthur Boulevard<br>Washington, DC 20007 | | | Incurred: 2008<br>Consideration: Legal Services | | | | 27,000 |
| ACCOUNT NO.<br>Venture First II, LP<br>1901 South Harbour City Blvd.<br>Melbourne, FL 32901 | | | | | | | |

Sheet no. __7__ of __9__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 327,000

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Ellipso, Inc.                              ,   Case No.  09-00148
              **Debtor**                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Venture First II, LP<br>1901 South Harbour City Blvd.<br>Melbourne, FL 32901 | | | | | | | |
| ACCOUNT NO.<br>Verner Liipfert Bernhard McPherson &<br>   Hand, Chtd.<br>901 15th Street NW<br>Washington DC 20005 | | | | | | | |
| ACCOUNT NO.<br>Verner Liipfert Bernhard McPherson &<br>   Hand, Chtd.<br>901 15th Street NW<br>Washington DC 20005 | | | | | | | |
| ACCOUNT NO.<br>Virtual Geosatellite Holdings, LLC<br>4410 Massachusetts Ave., NW<br>Suite 385<br>Washington, DC 20016 | | | | | | | |
| ACCOUNT NO.<br>Vula Communications Holdings<br>2/219 George Street<br>Glen Austin Midrand<br>South Africa 1685 | | | | | | | |

Sheet no. 8 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Ellipso, Inc.                                ,    Case No.  09-00148
          **Debtor**                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Vula Communications Holdings<br>2/219 George Street<br>Glen Austin Midrand<br>South Africa 1685 | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 9 of 9 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 0

Total ▶ $ 8,083,756

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6H (Official Form 6H) (12/07)

In re  Ellipso, Inc.                                   Case No.  09-00148
        **Debtor**                                                **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Virtual Geosatellite, LLC<br>4410 Massachusetts Ave., NW<br>Suite 385<br>Washington, DC 20016 | Lerman Senter PLLC<br>2000 K Street, NW<br>6th Floor<br>Washington, DC 20036 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
District of Columbia

In re: Ellipso, Inc.
Debtor

Case No. 09-00148
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 3 | $ 5,237,750 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 2,204,400 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 8,083,756 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 21 | $ 5,237,750 | $ 10,288,156 | |

# United States Bankruptcy Court
### District of Columbia

In re  Ellipso, Inc.                               Case No.  09-00148
                Debtor

                                                   Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

In re  Ellipso, Inc.                                                   Case No.  09-00148
        **Debtor**                                                                       **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                                       Debtor:

Date _____    Signature: _____
                                                                   (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                  _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Ellipso, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __23__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  __3/26/09_____    Signature:  __/s/ David Castiel_____
                                                                     DAVID CASTIEL
                                                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

American Arbitration Association
2200 Century Parkway Suite 300
Atlanta, GA 30345


Aon Risk Services
Two World Trade Center
New York, NY 10048


Awkard & Associates, Chartered
4201 Cathedral Ave., NW
Suite 4216 West
Washington, DC 20016


Baker Botts, L.L.P.
1299 Pennsylvania Ave., NW
Washington. DC 20004


Bringcom
105 Executive Blvd.
Sterling, VA 20166


CMHZ Investment Partnership
c/o Victor Zimmerman
695 East Main Street
Stamford, CT 06901


David Castiel
4410 Massachusetts Ave., NW
Suite 385
Washington, DC 20016


Dort Patent PC
110 S. St. Asaph Street
Suite 200
Alexandria, VA 22314


Ellipso Private Holdings, LLC
4410 Massachusetts Ave., NW #385
Washington DC 20016

G2Talk
Moscow
Russia


Gerald Helman
2900 Maplewood Place
Alexandria, VA 22302


Grosvenor Fund LP
1808 Eye Street, NW
Suite 900
Washington, DC 20006


HarbourVest Partners LLC
One Financial Center, 44th Floor
Boston, MA 02111


Israel Aircraft Industries
Ben Gurion International Airport
70100 Israel


James Bailey
4303 Oak Hill Drive
Annandale, VA 22003


John Page
1077 30th Street, NW, #411
Washington, DC 20007


Kenneth H. Rosenau, Esquire
Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, DC 20005


L3 Communications
600 Third Avenue,
New York, NY 10016


Laury Blakley
897 Station Street
Herndon, VA 20170

Leftwich & Ludaway, LLC
11400 K Street, NW
Suite 1000
Washingotn, DC 20005-2403

Lerman Senter PLLC
2000 K Street, NW
6th Floor
Washington, DC 20036

Mann Tech, LLC and
John Mann
9330 Harts Mill Road
Warrenton, VA 20186

Mark S. Zaid, P.C.
1920 N Street, NW
Suite 300
Washington, DC 20036

Mayer Hoffman McCann P.C.
7475 Wisconsin Avenue
Suite 700
Bethesda, MD 20814

Morris, Nichols, Arsht & Tunnell
1201 North Market Street
18th Floor
Wilmington, DE 19899

Richard Burt
900 17th Street, NW
Suite 800
Washington, DC 20006

Robert B. Patterson
P.O. Box 3106
Reston, VA 20190

```
Skylink Communications Inc.
c/o Ochiltree Management Inc.
50 Burnhamthorpe Rd West #401
Mississauga, ON, L5B 3C2


Spectrum Network Systems
Level 11, Margaret Street,
Sydney, NSW
2000 Australia


The Boeing Company
3370 Miraloma Avenue
PO Box 4921
Anaheim, CA 92803


The Registry Solutions Company
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186


Vanessa Carpenter Lourie, P.C.
4400 MacArthur Boulevard
Washington, DC 20007


Venture First II, LP
1901 South Harbour City Blvd.
Melbourne, FL 32901


Verizon Business
1 International Drive
Rye Brook, NY 10573


Verner Liipfert Bernhard McPherson &
     Hand, Chtd.
901 15th Street NW
Washington DC 20005


Virtual Geosatellite Holdings, LLC
4410 Massachusetts Ave., NW
Suite 385
Washington, DC 20016
```

```
Virtual Geosatellite, LLC
4410 Massachusetts Ave., NW
Suite 385
Washington, DC 20016



Vula Communications Holdings
2/219 George Street
Glen Austin Midrand
South Africa 1685
```

# UNITED STATES BANKRUPTCY COURT
## District of Columbia

In re   Ellipso, Inc.   ,
Debtor

Case No.   09-00148

Chapter   11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5 pages, is true, correct and complete to the best of my knowledge.

Date   3/26/09

Signature   /s/ David Castiel

DAVID CASTIEL,
President

Kermit A. Rosenberg
Tighe Patton
Armstrong Teasdale, PLLC
1747 Pennsylvania
Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
202.454.2800
202.454.2805