UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )
                                          )        Case No. 09-00148
         ELLIPSO, INC.,                   )        (Chapter 11)
                                          )
                  Debtor.                 )
_____)


## OBJECTION TO SUBPOENA FOR RULE 2004 EXAMINATION


The Debtor, ELLIPSO, INC., by and through counsel, objects to the Rule 2004 Subpoena

for Rule 2004 Examination dated March 12, 2009, commanding the Debtor to produce certain

documents at the Section 341(a) meeting on the following grounds:

1.    The subpoena was not signed by the Clerk of this Court or an attorney authorized to

practice in this Court.

2.    The subpoena does not identify any creditor or party in interest on whose behalf it

was purportedly issued.

3.    The subpoena was not served upon the Debtor as required under Rule 9016, Federal

Rules of Bankruptcy Procedure.

4.    No proof of service was filed with this Court.

5.    Production of the documents enumerated *at the Section 341(a) meeting* is unduly

burdensome and oppressive, and would not advance the administration of this case.

6.    Certain documents requested involve trade secrets and other proprietary matters, the

disclosure of which would cause irreparable harm to the Debtor.

Respectfully submitted,


        /s/ Kermit A. Rosenberg
Kermit A. Rosenberg (D.C. Bar #219089)
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 454-2800
Facsimile:  (202) 454-2805

Attorney for Debtor


## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2009, true copies of the foregoing Objection were served electronically using the Court's Electronic Case Filing System, and upon the following by first class mail, postage prepaid:

Kenneth H. Rosenau, Esq.
Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005

        /s/ Kermit A. Rosenberg
KERMIT A. ROSENBERG