B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
District of __Columbia__

In re __Ellipso, Inc.__ ,                Case No. __09-00148__

Debtor                                    Chapter 11

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of __3/27/09__ on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of [Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| Mobile Communications Holdings, Inc. | 23% | |
| AirStellar, Inc. | 100% | |
| Virtual Geosatellite, LLC | 100% | |
| Ineva.com, Inc. | 84% | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

B26 (Official Form 26) (12/08) – Cont.                                                                2

Date: 3/27/09

_____
Signature of Authorized Individual

David Castiel

_____
Name of Authorized Individual

President

_____
Title of Authorized Individual


[If the Debtor is an individual or in a joint case]

Signature(s) of Debtor(s) (Individual/Joint)


_____
Signature of Debtor


_____
Signature of Joint Debtor

B26 (Official Form 26) (12/08) – Cont.                                    3

**Exhibit A**
**Valuation Estimate for All Entities**

1. Mobile Communications Holdings, Inc. owns a subsidiary, ESBH, Inc.,
which holds several patents. Without proper ongoing marketing efforts, it has no marketable value.
2. AirStellar, Inc. owns 77% of Mobile Communications Holdings, Inc. and conducts no
other business activities. It has no marketable value.
3. Virtual Geosatellite, LLC holds several patents. Without proper ongoing marketing efforts, it
has no marketable value.
4. Ineva.com, Inc.'s assets and customer base were sold in 2004 to ISP.Net for $30,000, which was
not paid.

B26 (Official Form 26) (12/08) – Cont.                                                    4

**Exhibit B**
**Financial Statements for All Entities**

**MOBILE COMMUNICATIONS HOLDINGS, INC.**

**BALANCE SHEETS**

**December 31, 2006, 2007 and 2008**

| | | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| | **ASSETS** | | | |
| **CURRENT ASSETS** | | | | |
| | Cash and cash equivalents | $ - | $ - | $ - |
| | Accounts/Notes Receivables | $ - | $ - | $ - |
| | **TOTAL CURRENT ASSETS** | $ - | $ - | $ - |
| **PROPERTY AND EQUIPMENT** | | | | |
| | Office and Computer equipment | $ 39,700 | $ 39,700 | $ 39,700 |
| | Accumulated depreciation | $ (39,700) | $ (39,700) | $ (39,700) |
| | **NET PROPERTY AND EQUIPMENT** | $ - | $ - | $ - |
| **OTHER ASSETS** | | | | |
| | Investment in subsidiary | $ 2,831,932 | $ 2,831,932 | $ 2,831,932 |
| | **TOTAL OTHER ASSETS** | $ 2,831,932 | $ 2,831,932 | $ 2,831,932 |
| | **TOTAL ASSETS** | $ 2,831,932 | $ 2,831,932 | $ 2,831,932 |
| | **LIABILITIES** | | | |
| **CURRENT LIABILITIES** | | | | |
| | Accounts Payable and accrued liabilities | $ 10,200,005 | $ 10,200,005 | $ 10,200,005 |
| | **TOTAL CURRENT LIABILITIES** | $ 10,200,005 | $ 10,200,005 | $ 10,200,005 |
| **STOCKHOLDERS' EQUITY (DEFICIT)** | | | | |
| **CAPITAL CONTRIBUTED** | | | | |
| | Additional Paid-In capital | $ 24,755,417 | $ 24,755,417 | $ 24,755,417 |
| | **TOTAL CAPITAL CONTRIBUTED** | $ 24,755,417 | $ 24,755,417 | $ 24,755,417 |
| **ACCUMULATED DEFICIT DURING DEVELOPMENT STAGE** | | $ (34,955,422) | $ (34,955,422) | $ (34,955,422) |
| **ACCUMULATED OTHER COMPREHENSIVE GAIN/(LOSS)** | | $ 2,831,932 | $ 2,831,932 | $ 2,831,932 |
| **ACCUMULATED OTHER COMPREHENSIVE GAIN (LOSS)** | | | | |
| | **TOTAL STOCKHOLDERS' DEFICIT** | $ (7,368,073) | $ (7,368,073) | $ (7,368,073) |
| | **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ 2,831,932 | $ 2,831,932 | $ 2,831,932 |

**AIRSTELLAR, INC.**

**BALANCE SHEETS**

**December 31, 2006, 2007 and 2008**

|  |  | 2008 | 2007 | 2006 |
|---|---|---|---|---|
| **ASSETS** |  |  |  |  |
| **CURRENT ASSETS** |  |  |  |  |
| Cash and cash equivalents |  | $          - | $          - | $          - |
| Accounts/Notes Receivables |  | $          - | $          - | $          - |
| TOTAL CURRENT ASSETS | | $          - | $          - | $          - |
| **PROPERTY AND EQUIPMENT** |  |  |  |  |
| Office and Computer equipment |  | $          - | $          - | $          - |
| Accumulated depreciation |  | $          - | $          - | $          - |
| NET PROPERTY AND EQUIPMENT | | $          - | $          - | $          - |
| **OTHER ASSETS** |  |  |  |  |
| Investment in subsidiary |  | $          - | $          - | $          - |
| TOTAL OTHER ASSETS | | $          - | $          - | $          - |
| **TOTAL ASSETS** |  | $          - | $          - | $          - |
| **LIABILITIES** |  |  |  |  |
| **CURRENT LIABILITIES** |  |  |  |  |
| Accounts Payable and accrued liabilities |  | $    (136,879) | $    (136,879) | $    (136,879) |
| TOTAL CURRENT LIABILITIES | | $    (136,879) | $    (136,879) | $    (136,879) |
| **STOCKHOLDERS' EQUITY (DEFICIT)** |  |  |  |  |
| **CAPITAL CONTRIBUTED** |  |  |  |  |
| Additional Paid-In capital |  | $     138,202 | $     138,202 | $     138,202 |
| TOTAL CAPITAL CONTRIBUTED | | $     138,202 | $     138,202 | $     138,202 |
| **ACCUMULATED DEFICIT DURING DEVELOPMENT STAGE** |  | $      (1,323) | $      (1,323) | $      (1,323) |
| **ACCUMULATED OTHER COMPREHENSIVE GAIN/(LOSS)** |  | $          - | $          - | $          - |
| **ACCUMULATED OTHER COMPREHENSIVE GAIN (LOSS)** |  | $      (1,323) | $      (1,323) | $      (1,323) |
| TOTAL STOCKHOLDERS' DEFICIT | | $     138,202 | $     138,202 | $     138,202 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** |  | $          - | $          - | $          - |

**VIRTUAL GEOSATELLITE, LLC**

**BALANCE SHEETS**

December 31, 2006, 2007 and 2008

DRAFT

|  | | 2008 | | 2007 | | 2006 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **CURRENT ASSETS** | | | | | | |
| Cash and cash equivalents | $ | - | $ | - | $ | - |
| **PROPERTY AND EQUIPMENT** | | | | | | |
| Office and Computer equipment | $ | 70,151 | $ | 70,151 | $ | 70,151 |
| Accumulated depreciation | $ | (70,151) | $ | (70,151) | $ | (70,151) |
| NET PROPERTY AND EQUIPMENT | $ | - | $ | - | $ | - |
| **OTHER ASSETS** | | | | | | |
| **TOTAL ASSETS** | $ | - | $ | - | $ | - |
| **LIABILITIES** | | | | | | |
| Accounts Payable and accrued liabilities | $ | 2,799,981 | $ | 2,211,406 | $ | 2,056,613 |
| Amounts owed to Ellipso | $ | 4,732,235 | $ | 4,661,762 | $ | 4,019,083 |
|  | $ | 7,532,216 | $ | 6,873,169 | $ | 6,075,696 |
| **MEMBERS' EQUITY (DEFICIT)** | | | | | | |
| **CAPITAL CONTRIBUTED** | | | | | | |
| Members' Capital | $ | 5,143,619 | $ | 5,143,619 | $ | 5,143,619 |
| **ACCUMULATED DEFICIT DURING** | | | | | | |
| **DEVELOPMENT STAGE** | $ | 12,675,835 | $ | 12,016,788 | $ | 11,219,315 |
| **TOTAL MEMBERS' DEFICIT** | $ | (7,532,216) | $ | (6,873,169) | $ | (6,075,696) |
| **TOTAL LIABILITIES AND MEMBERS'** | | | | | | |
| **DEFICIT** | $ | - | $ | - | $ | - |

**VIRTUAL GEOSATELLITE, LLC**

**STATEMENT OF OPERATIONS**

Year Ended December 31, 2006, 2007 and 2008

DRAFT

|  | | 2008 | | 2007 | | 2006 |
|---|---|---|---|---|---|---|
| **Revenue** | $ | - | $ | - | $ | - |
| Net Operating Expenses | $ | 56,096 | $ | 194,521 | $ | 273,790 |
| Ellipso, Inc. service charge | $ | 602,952 | $ | 602,952 | $ | 602,952 |
| Operating Loss | $ | 659,048 | $ | 797,473 | $ | 876,742 |
| Ineva loss | $ | - | $ | - | $ | - |
| **Net Loss** | $ | 659,048 | $ | 797,473 | $ | 876,742 |

INEVA.COM, INC.

BALANCE SHEETS

December 31, 2006, 2007 and 2008

|  |  |  | 2008 |  | 2007 |  | 2006 |
|---|---|---|---|---|---|---|---|
| **ASSETS** |  |  |  |  |  |  |  |
| **CURRENT ASSETS** |  |  |  |  |  |  |  |
| | Cash and cash equivalents | | $ - | $ - | | $ - |
| | Accounts/Notes Receivables | | $ - | $ - | | $ - |
| | **TOTAL CURRENT ASSETS** | $ - | $ - | | $ - |
| **PROPERTY AND EQUIPMENT** |  |  |  |  |  |  |  |
| | Office and Computer equipment | | $ - | $ - | | $ - |
| | Accumulated depreciation | | $ - | $ - | | $ - |
| | **NET PROPERTY AND EQUIPMENT** | $ - | $ - | | $ - |
| **OTHER ASSETS** |  |  |  |  |  |  |  |
| | Investment in subsidiary | | $ - | $ - | | $ - |
| | **TOTAL OTHER ASSETS** | $ - | $ - | | $ - |
| | **TOTAL ASSETS** | $ - | $ - | | $ - |
| **LIABILITIES** |  |  |  |  |  |  |  |
| **OTHER LIABILITIES** | | | $ (2,000,000) | $ (2,000,000) | | $ (2,000,000) |
| | **TOTAL CURRENT LIABILITIES** | $ (2,000,000) | $ (2,000,000) | | $ (2,000,000) |
| **STOCKHOLDERS' EQUITY (DEFICIT)** |  |  |  |  |  |  |  |
| **CAPITAL CONTRIBUTED** | | | $ 305 | $ 305 | | $ 305 |
| | Additional Paid-In capital | | $ 3,046,195 | $ 3,046,195 | | $ 3,046,195 |
| | **TOTAL CAPITAL CONTRIBUTED** | $ 3,046,500 | $ 3,046,500 | | $ 3,046,500 |
| **ACCUMULATED DEFICIT DURING DEVELOPMENT STAGE** | | | $ (1,046,500) | $ (1,046,500) | | $ (1,046,500) |
| | **TOTAL STOCKHOLDERS' DEFICIT** | $ 2,000,000 | $ 2,000,000 | | $ 2,000,000 |
| | **TOTAL LIABILITIES AND STOCKHOLDERS' DEFICIT** | $ - | $ - | | $ - |

B26 (Official Form 26) (12/08) – Cont.                                    5

**Exhibit B-1**
**Balance Sheet for All Entities**
As of 3/227/09


See Exhibit B.

B26 (Official Form 26) (12/08) – Cont.                                        6

**Exhibit B-2**
**Statement of Income (Loss) for All Entities**
Period ending 12/31/08

None.

B26 (Official Form 26) (12/08) – Cont.                                         7

**Exhibit B-3**
**Statement of Cash Flows for All Entities**
For the period ending 3/27/09

None.

B26 (Official Form 26) (12/08) – Cont.                                                    8

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for All Entities**
period ending 3/27/09

None.

B26 (Official Form 26) (12/08) – Cont.                                    9

## Exhibit C
## Description of Operations for All Entites

1. Mobile Communications Holdings, Inc. - none

2. AirStellar, Inc. - none

3. Virtual Geosatellite, LLC - marketing satellite systems technology

4. Ineva.com, Inc. - none