The order below is hereby signed.

Signed: May 05, 2009.



*S. Martin Teel, Jr.*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In Re:**   ELLIPSO INC. | ) | Case number: 09-00148 |
| **Debtor** | ) | Chapter 11 |
| Address:   4410 Massachusetts Avenue. NW<br>Ste. 385<br>Washington, D.C. 20016 | ) | |
| Employer Tax-Identification (EIN) No. 52-2105390 | ) | |

### ORDERED

Upon consideration of the Motion of Creditor Robert Patterson for permission to serve subpoenas on Debtor and upon David Castiel and Cameron Castiel seeking production for inspection and copying certain financial records pertaining to Debtor's business operations and transactions between Debtor and David and Cameron Castiel;

IT IS ORDERED THAT the Motion be and hereby is GRANTED.

Dated: _____                    **BY THE COURT:**

_____
S. Martin Teel, Jr.,
United States Bankruptcy Judge

Cc: Robert Patterson
   PO 3106
   Reston, VA. 20190
   (202) 412-2404:

Kermit A. Rosenberg, Esquire
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604
*Attorney for Debtor Ellipso, Inc.*

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

David Wachtel, Esq.
Balabei and Wachtel
1775 T ST NW,
Washington, DC 20009-7124
wachtel@bernabeipllc.com
*Attorney for David Castiel*

Kenneth H. Rosenau, Esq.
Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005
*Attorney for Creditors John B. Mann, The Registry Solutions Company, Mann Technologies, LLC*