B6F (Official Form 6F) (12/07)

In re  Ellipso, Inc.                              ,                    Case No. 09-00148
        THIRD AMENDED  Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Awkard & Associates, Chartered<br>4201 Cathedral Ave., NW<br>Suite 4216 West<br>Washington, DC 20016 | | | Incurred: 2007-2008<br>Consideration: Legal Services | | | | 130,000.00 |
| ACCOUNT NO.<br>Baker Botts, L.L.P.<br>1299 Pennsylvania Ave., NW<br>Washington. DC 20004 | | | Incurred: 2007<br>Consideration: Legal Services | | | | 571,000.00 |
| ACCOUNT NO.<br>Bringcom<br>105 Executive Blvd.<br>Sterling, VA 20166 | | | Incurred: 2009<br>Consideration: Rent | | | | 2,000.00 |
| ACCOUNT NO.<br>Dort Patent PC<br>119 S. St. Asaph Street<br>Suite 200<br>Alexandria, VA 22314 | | | Incurred: 2008<br>Consideration: Legal Services | | | | 24,000.00 |

  3  continuation sheets attached                                     Subtotal ▶ $   727,000.00

                                                                      Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Ellipso, Inc.                    ,           Case No.  09-00148
                   **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Hartford Fire Insurance Company<br>Bond Claim Department<br>Hartford Plaza T-4<br>690 Asylum Avenue<br>Hartford, CT 06115 | | | Incurred: 2008<br>Consideration: Surety bond | | | | 100,000.00 |
| ACCOUNT NO.<br>James Bailey<br>4303 Oak Hill Drive<br>Annandale, VA 22003 | | | Incurred: 2006<br>Consideration: Consulting services | | | | 135,000.00 |
| ACCOUNT NO.<br>Leftwich & Ludaway, LLC<br>11400 K Street, NW<br>Suite 1000<br>Washingotn, DC 20005-2403 | | | Incurred: 2007<br>Consideration: Legal services | | | | 74,000.00 |
| ACCOUNT NO.<br>Lerman Senter PLLC<br>2000 K Street, NW<br>6th Floor<br>Washington, DC 20036 | X | | Incurred: 2007<br>Consideration: Legal Services | | | X | 2,200,000.00 |
| ACCOUNT NO.<br>Mann Tech, LLC<br>9330 Harts Mill Road<br>Warrenton, VA 20186 | | | Incurred: 2009<br>Consideration: Judgment | | | X | 220,969.45 |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 2,729,969.45

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Ellipso, Inc._____,   Case No. __09-00148_____
           **Debtor**              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Mark S. Zaid, P.C.<br>1920 N Street, NW<br>Suite 300<br>Washington, DC 20036 | | | Incurred: 2007<br>Consideration: Legal services | | | | 10,000.00 |
| ACCOUNT NO.<br>Mayer Hoffman McCann P.C.<br>7475 Wisconsin Avenue<br>Suite 700<br>Bethesda, MD 20814 | | | Incurred: 2008<br>Consideration: Accounting services | | | | 5,842.50 |
| ACCOUNT NO.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>18th Floor<br>Wilmington, DE 19899 | | | Incurred: 2007<br>Consideration: Legal Services | | | | 275,600.00 |
| ACCOUNT NO.<br>Richard Burt<br>900 17th Street, NW<br>Suite 800<br>Washington, DC 20006 | | | Incurred: 2003 - 2007<br>Consideration: Consulting fees | | | | 20,000.00 |
| ACCOUNT NO.<br>Robert B. Patterson<br>P.O. Box 3106<br>Reston, VA 20190 | | | Incurred: 2007<br>Consideration: Litigation costs and expenses | | X | X | 185,000.00 |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 496,442.50

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-736 - 30372 - PDF-XChange 2.5 DE

B6F (Official Form 6F) (12/07) - Cont.

In re __Ellipso, Inc._____,         Case No. __09-00148_____
           **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Registry Solutions Company<br>c/o John Mann<br>9330 Harts Mill Road<br>Warrenton, VA 20186 | | | Incurred: 2007<br>Consideration: Breach of contract | | X | X | 300,000.00 |
| ACCOUNT NO.<br>Vanessa Carpenter Lourie, P.C.<br>4400 MacArthur Boulevard<br>Washington, DC 20007 | | | Incurred: 2008<br>Consideration: Legal Services | | | | 27,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 327,000.00

Total ▶ $ 4,280,411.95

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 (Official Form 6 - Declaration) (12/07)

In re  Ellipso, Inc._____    Case No. 09-00148_____
                         **Debtor**                                            **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                Signature: _____
                                                        Debtor:

Date _____                Signature: _____
                                                        (Joint Debtor, if any)

                                            [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                             *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                  _____
  Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __Ellipso, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/4/09_____           Signature: __/s/ David Castiel_____
                                              __DAVID CASTIEL_____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.