**The order below is signed, and the Application, which was previously granted in part, is now fully granted.  Dated: June 17, 2009.**

S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                              )
                                                    )        Case No. 09-00148
    ELLIPSO, INC.,                                  )        (Chapter 11)
                                                    )
            Debtor.                                 )
                                                    )

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

Upon the Application of the Debtor for the approval of the employment of Linda Nandine Awkard, of the law firm of Awkard & Associates, Chartered, as special counsel for the Debtor and to perform all legal services for the Debtor as are necessary and may be required herein, upon the Declaration of such attroney, and upon proper notice; and

IT APPEARING TO THE COURT that neither said attorney nor any member or employed attorneys of her firm represents any interest adverse to the Debtor or to its estate or have any connection with the United States Trustee or any person employed in the office of the United States Trustee, and that such employment is necessary and in the best interests of the Debtor and its estate; now, therefore, for good cause shown, it is this _____ day of _____ , 2009,

1

ORDERED, that the employment by the Debtor of Linda Nandine Awkard of the law firm of Awkard & Associates, Chartered, as special counsel to the Debtor to perform such legal services for the Debtor as are necessary and may be required herein for aviation matters be, and the same hereby is, approved, with compensation subject to review and approval by this Court after application and notice, effective February 25, 2009; and it is further

ORDERED, that the Debtor shall pay $10,000.00 to Linda Nandine Awkard as an advance retainer, to be drawn down only by order of this Court after approval as compensation herein.

**END OF ORDER**

Copies to:

Kermit A. Rosenberg, Esquire
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Linda Nandine Awkard, Esquire
Awkard & Associates, Chartered
4201 Cathedral Avenue, N.W.
Suite 4216 West
Washington, DC 20016

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314