The order below is hereby signed.

Signed: August 10, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
ELLIPSO, INC.,                     )    Case No. 09-00148
                                   )    (Chapter 11)
          Debtor.                  )
                                   )

ORDER DENYING ROBERT P. PATTERSON'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY ELLIPSO, INC.

Pursuant to the court's oral decision of August 5, 2009, it is

ORDERED that the Motion of Creditor Robert Patterson to Compel Production of Documents by Debtor Ellipso, Inc. (Dkt. No. 156) is DENIED.

Copies to: Debtor; debtor's attorney;

Robert B. Patterson
P.O. Box. 3106
Reston, VA 20190

# CERTIFICATE OF NOTICE

```
District/off: 0090-1          User: myers              Page 1 of 1              Date Rcvd: Aug 11, 2009
Case: 09-00148                Form ID: pdf001          Total Noticed: 2

The following entities were noticed by first class mail on Aug 13, 2009.
db          +Ellipso, Inc.,    4410 Massachusetts Avenue, N.W.,    Suite 385,    Washington, DC 20016-5561
497255      +Robert B. Patterson,    P.O. Box 3106,    Reston, VA 20195-1106
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2009**          **Signature:** *Joseph Speetjens*