```
The order below is hereby signed.

Signed: October 05, 2009.
```



```
                    _____
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-00148 |
| ELLIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**STIPULATION AND ORDER
REGARDING ROBERT PATTERSON'S
<u>MOTION TO COMPEL</u>**

The Debtor, ELLIPSO, Inc., by and through undersigned counsel, and Robert Patterson, pro se, hereby stipulate as follows with regard to Patterson's motion to compel production of documents pursuant to the subpoena served on September 4, 2009 (DE 254):

1. Patterson's motion to compel is withdrawn, without prejudice to its being refiled if the parties fail to fully resolve the matter as described below.

2. No later than September 29, 2009, Ellipso will produce to Patterson, in electronic form, a substantial portion of the documents called for by Patterson's subpoena, to the extent that such

documents are readily available in electronic form.

    3. After Patterson has reviewed the foregoing documents, the parties will meet and confer in a good faith effort to resolve any remaining issues with regard to Patterson's subpoena.

    4. This stipulation is without prejudice to Ellipso's objections to Patterson's subpoena.

| /s/ Robert Patterson/KAR[1] | /s/ Kermit A. Rosenberg |
|---|---|
| Robert Patterson, pro se | Kermit A. Rosenberg (D.C. Bar # 219089) |
| c/o John Mann | Neal Goldfarb (D.C. Bar # 337881) |
| 9330 Harts Mill Road | Butzel Long Tighe Patton, PLLC |
| Warrenton, VA 20186 | 1747 Pennsylvania Ave., N.W., Suite 300 |
| (202) 412-2404 | Washington, D.C. 20006-4604 |
| | Telephone: (202) 454-2800 |
| | Facsimile:  (202) 454-2805 |
| | *Attorneys for Debtor* |

    SO ORDERED this ___ day of September, 2009.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

Copies to:

Kermit A. Rosenberg, Esquire
Neal Goldfarb, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Third Floor
Washington, D.C. 20006-4604

Robert B. Patterson
c/o John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186

---

1. Signed by the express authorization of Robert Patterson by email.

- 2 -

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2009, true copies of the foregoing Stipulation and Order Regarding Robert Patterson's Motion to Compel was served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by first class mail, postage prepaid:

      Robert B. Patterson
      9330 Harts Mill Rd.
      Warrenton, VA 20186

      Martha L. Davis, Esquire
      Office of the United States Trustee
      115 S. Union Street, Room 210
      Alexandria, VA 22314

      /s/ Kermit A. Rosenberg
      Kermit A. Rosenberg