The order below is signed, authorizing pursuant to Fed. R. Bankr. P. 2004 issuance and service of a subpoena in accordance with Rule 45 of the Federal Rules Of Civil Procedure. The motion included as exhibits a request for production of documents and interrogatories. Those are forms of discovery which may be employed when an adversary proceeding has been commenced or a contested matter (such as an objection to proof of claim) has been commenced. An order under Rule 2004 does not authorize employment of such discovery. Instead, this order only authorizes the issuance and service of a subpoena to command an appearance for examination; to command the production of evidence for examination or to permmit inspection, copying, testing, or sampling; or both. The order does not adjudicate any objections or motion to quash or modify that may be filed regarding whatever subpoena is issued. Dated: October 5, 2009.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR
## THE DISTRICT OF COLUMBIA

In re: Ellipso, Inc., No. 09-00148
Chapter 11
Filed: February 25, 2009

## ORDER

This matter came on Creditor, John Page's, Praecipe for permission to serve subpoena on Gerald Helman. Upon consideration of the Praecipe and the entire record herein:

IT IS ORDERED THAT permission is GRANTED.

Dated: _____

BY THE COURT:

_____
S. Martin Teel, Jr.,
United States Bankruptcy Judge

Cc: John Page