The order below is hereby signed.

Signed: October 09, 2009.



```
                    _____
                    S. Martin Teel, Jr.
                    United States Bankruptcy Judge
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | )  | |
|---|---|---|
| In Re:   ELLIPSO INC. | ) | Case number: 09-00148 |
|          Debtor | ) | Chapter 11 |
| Address: | ) | |
|    4410 Massachusetts Avenue. NW | ) | |
|    Ste.385 | ) | |
|    Washington, D.C.20016 | ) | |
| | ) | |
| | ) | |
| Employer Tax-Identification (EIN) No. 52-2105390 | ) | |
| | ) | |
| _____ | ) | |

ORDERED Upon consideration of the Motion of Creditor Mann Technologies, LLC for permission to serve subpoenas on Debtor seeking production for inspection and copying certain records pertaining to Debtor's business;

IT IS ORDERED THAT the Motion be and hereby is GRANTED.

Dated: _____

**BY THE COURT:**

S. Martin Teel, Jr.,
United States Bankruptcy Judge

Copies to:

Ronald B. Patterson, Esq.
D.C. Bar No. 224915
Alexandria VA, 22313
(571) 274-0782

Kermit A. Rosenberg, Esquire
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300 W ashington,      DC     20006-4604
*Attorney for Debtor Ellipso, Inc.*

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Kenneth H. Rosenau, Esq. Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005