The order below is hereby signed.

Signed: October 09, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:   ELLIPSO INC. ) | Case number: 09-00148 |
| Debtor ) | Chapter 11 |
| Address: ) | |
|    4410 Massachusetts Avenue. NW ) | |
|    Ste.385 ) | |
|    Washington, D.C.20016 ) | |
| ) | |
| Employer Tax-Identification (EIN) No. 52-2105390 ) | |

ORDERED Upon consideration of the Motion of Creditor Mann Technologies, LLC for permission to serve subpoenas on Debtor seeking production for inspection of all electronically stored information on computers used by Debtor and its subsidiaries and copying certain files on any computers pertaining to Debtor's business;

IT IS ORDERED THAT the Motion be and hereby is GRANTED.

Dated: _____

**BY THE COURT:**

S. Martin Teel, Jr.,
United States Bankruptcy Judge

Copies to:

Ronald B. Patterson, Esq.
D.C. Bar No. 224915
Alexandria VA, 22313
(571) 274-0782

Kermit A. Rosenberg, Esquire
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300 W ashington,        DC     20006-4604
*Attorney for Debtor Ellipso, Inc.*

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Kenneth H. Rosenau, Esq. Rosenau & Rosenau
1304 Rhode Island Avenue, N.W.
Washington, D.C. 20005