**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 3 1 2009

Clerk
U.S. Bankruptcy Court for D.C.

In re: Case No. 09-00148
ELLIPSO, INC., (Debtor) (Chapter 11)

**CREDITOR ROBERT PATTERSON'S OBJECTION
TO
DEBTOR'S DISCOVERY REQUEST SERVED JULY 29, 2009**

COMES NOW, CREDITOR ROBERT PATTERSON, ("Patterson"), and makes the following objections to Debtor's Discovery Requests served on him July 29, 2009..

1. The Discovery is premature. On October 26, 2009, Patterson filed an amended proof of claim pursuant to the Orders of this Court. Patterson's claims, as set forth in that Amended Proof of Claim, are based on federal as well as state causes of action against Debtor including, but not limited to, R.I.C.O., wire fraud, mail fraud, financial institutions fraud, Hobbs Act violations, fraud, material misrepresentations, extortion, concealment of material information, money laundering, travel act violations, false written and oral statements and promises, threats, intimidation, perjury, obstruction of justice, slander, liable, defamation, falsifying evidence, destruction of evidence, concealment of evidence, filing false pleadings, bankruptcy fraud, conversion, diversion of revenues, bank fraud, conspiracy, suborning perjury, income tax evasion, income tax fraud, evasion of lawful service of process, bribery, larceny, malicious prosecution, abuse of process, theft, receipt of illicit revenues from gambling and pornography, unfair trade practices, violation of the Foreign Corrupt Practices Act, and other violations and criminal acts, both federal and state.

2. Resolution of these claims requires the interpretation and application of numerous federal statutes.

3. Patterson's claims against Debtor are intertwined with claims against various other persons and business entities, that are not parties in this bankruptcy proceeding, but whose adjudication of liabilities will entail virtually the same proof as the claims against Debtor.

4. The United States District Court for the District of Columbia is already familiar with many of the aspects involved in the adjudication of Patterson's claims against Debtor and the other related parties; having conducted a seven (7) day jury trial involving many of these same facts and circumstances in July-August 2008.

5. Patterson has demanded trial by jury on all issues pertaining to his claims.

6. Patterson has filed a Motion to Withdraw the Reference to permit trial of these claims by the District Court.

7. Until such time as Patterson's Motion to Withdraw the Reference is decided, proceeding with discovery would be an inappropriate waste of the resources of both Debtor and this Creditor.

WHEREFORE, Patterson objects to the Debtor's Discovery Requests at this time as being premature.

Respectfully submitted,

Robert Patterson, *pro se*
9330 Harts Mill Rd.
Warrenton, Virginia 20186
202-412-2404

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2009, true copies of the foregoing were served upon the following by first class mail, postage prepaid:

>Martha L. Davis, Esquire
>Office of the United States Trustee
>115 S. Union Street, Room 210
>Alexandria, VA 22314

>Neal Goldfarb, Esquire
>Kermit A. Rosenberg, Esquire
>Butzel, Long, Tighe, Patton, PLLC
>1747 Pennsylvania Avenue, N.W., Third Floor
>Washington, D.C. 20006-4604

/Robert Patterson, Creditor, *pro se*