UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )
                                                )    Case No. 09-00148
    ELLIPSO, INC.,                          )    (Chapter 11)
                                                )
        Debtor.                          )
_____         )

### NOTICE OF WITHDRAWAL OF DEBTOR'S FIRST AMENDED PLAN AND SECOND AMENDED DISCLOSURE STATEMENT AND REPORT REGARDING AVAILABILITY OF INFORMATION

    The Debtor, ELLIPSO, INC., by and through counsel, hereby withdraws its First Amended Plan and its Second Amended Disclosure Statement. This step is being taken because the investor group with which the Debtor had been working has decided not to proceed with funding the Debtor's plan.

    Because of the withdrawal of the plan and disclosure statement, and because the plan proposed by John Mann does not provide for other parties to bid for the Debtor or its assets, there is no need for the Debtor to make its records available at this time.[1] Moreover, making the records available at this time would require the estate to incur administrative costs. Depending on how this case is ultimately resolved, incurring those costs might not be in the estate's best interests. Therefore, pending further order of the Court, the Debtor has not made arrangements for making its records available for inspection by interested parties.

---

1. The Debtor's understanding from the most recent hearing on the disclosure statements is that the Court does not regard the Debtor's records as being material to the creditors' evaluation of the Mann plan.

Respectfully submitted,

   /s/ Kermit A. Rosenberg
Kermit A. Rosenberg (D.C. Bar # 219089)
Neal Goldfarb (D.C. Bar # 337881)
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006-4604
Telephone: (202) 454-2800
Facsimile:  (202) 454-2805

*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2009, I mailed a copy of the foregoing Notice and Report to the Debtor, the United States Trustee, creditors, equity security holders, the Securities and Exchange Commission, Internal Revenue Service, and other parties in interest set forth on the mailing list attached to the original filed with the Clerk of this Court.

   /s Kermit A. Rosenberg
Kermit A. Rosenberg

| | |
|---|---|
| **Government of the District of Columbia**<br>**Office of Tax and Revenue**<br>**P. O. Box 37559**<br>**Washington, DC  20013** | **Awkard & Associates, Chartered**<br>**4201 Cathedral Ave., NW**<br>**Suite 4216 West**<br>**Washington, DC 20016** |
| **Baker Botts, L.L.P.**<br>**1299 Pennsylvania Ave., NW**<br>**Washington. DC 20004** | **David Castiel**<br>**4410 Massachusetts Ave., NW**<br>**Suite 385**<br>**Washington, DC 20016** |
| **Dort Patent PC**<br>**119 South St. Asaph Street**<br>**Suite 200**<br>**Alexandria, VA 22314** | **Gerald Helman**<br>**2900 Maplewood Place**<br>**Alexandria, VA 22302** |
| **James Bailey**<br>**4303 Oak Hill Drive**<br>**Annandale, VA 22003** | **John Page**<br>**1077 30th Street, NW, #411**<br>**Washington, DC 20007** |
| **Laury Blakley**<br>**897 Station Street**<br>**Herndon, VA 20170** | **Leftwich & Ludaway, LLC**<br>**11400 K Street, NW**<br>**Suite 1000**<br>**Washington, DC 20005-2403** |
| **Lerman Senter PLLC**<br>**2000 K Street, NW**<br>**6th Floor**<br>**Washington, DC 20036** | **Mann Tech, LLC**<br>**c/o John Mann**<br>**9330 Harts Mill Road**<br>**Warrenton, VA 20186** |
| **John Mann**<br>**9330 Harts Mill Road**<br>**Warrenton, VA 20186** | **Mark S. Zaid, P.C.**<br>**1250 Connecticut Avenue, NW**<br>**Suite 200**<br>**Washington, DC 20036** |

| | |
|---|---|
| Mayer Hoffman McCann P.C.<br>7475 Wisconsin Avenue<br>Suite 700<br>Bethesda, MD 20814 | Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>18th Floor<br>Wilmington, DE 19899 |
| Richard Burt<br>900 17th Street, NW<br>Suite 800<br>Washington, DC 20006 | The Registry Solutions Company<br>c/o John Mann<br>9330 Harts Mill Road<br>Warrenton, VA 20186 |
| Vanessa Carpenter Lourie, P.C.<br>4400 MacArthur Boulevard<br>Washington, DC 20007 | Kenneth H. Rosenau, Esquire<br>Rosenau & Rosenau<br>1304 Rhode Island Avenue, NW<br>Washington, DC 20005 |
| Martha L. Davis, Esquire<br>Office of the United States Trustee<br>115 S. Union Street, Room 210<br>Alexandria, VA 22314 | Robert Patterson<br>c/o John Mann<br>9330 Harts Mill Road<br>Warrenton, VA  20186 |
| Bringcom<br>105 Executive Boulevard<br>Sterling, VA  20166 | CMHZ Investment Partnership<br>c/o Victor Zimmerman<br>695 East Main Street<br>Stamford, CT  06901 |
| Ellipso Private Holdings, LLC<br>4410 Massachusetts Avenue, NW<br>Suite 385<br>Washington, DC  20016 | Grosvenor Fund LP<br>1808 Eye Street, NW<br>Suite 900<br>Washington, DC  20006 |
| HarbourVest Partners, LLC<br>One Financial Center<br>44th Floor<br>Boston, MA  02111 | Hartford Fire Insurance Company<br>Bond Claim Department<br>Hartford Plaza T-4<br>690 Asylum Avenue<br>Hartford, CT  06115 |

| | |
|---|---|
| **L3 Communications**<br>600 Third Avenue<br>New York, NY  10016 | **Mobile Communications Holdings, Inc.**<br>4410 Massachusetts Avenue, NW<br>Suite 385<br>Washington, DC  20016 |
| **Skylink Communications Inc.**<br>c/o Ochiltree Management Inc.<br>50 Burnhamthorpe Road West<br>Suite 401<br>Mississauga, ON, L5B 3C2 | **Spectrum Network Systems**<br>Level 11, Margaret Street<br>Sydney, NSW<br>2000 Australia |
| **The Boeing Company**<br>3370 Miraloma Avenue<br>P. O. Box 4921<br>Anaheim, CA  92803 | **U.S. Securities & Exchange Commission**<br>100 F Street, NE<br>Washington, DC  20549 |
| **Verizon Business**<br>1 International Drive<br>Rye Brook, NY  10573 | **Virtual Geosatellite Holdings, LLC**<br>4410 Massachusetts Avenue, NW<br>Suite 385<br>Washington, DC  20016 |
| **Vula Communications Holdings**<br>2/219 George Street<br>Glen Austin Midrand<br>South Africa 1685 | **Morton A. Faller, Esquire**<br>Shulman Rogers Gandal Pordy & Ecker, PA<br>11921 Rockville Pike<br>3rd Floor<br>Rockville, MD  20852 |
| **Alan Robert Kabat, Esquire**<br>Bernabei & Wachtel<br>1775 T Street, NW<br>Washington, DC 20009-7524 | **Robert B. Patterson**<br>c/o John Mann<br>9330 Harts Mill Rd.<br>Warrenton, VA 20186 |
| **Ronald Patterson, Esq.**<br>P.O. Box 1756<br>Alexandria, VA 22313 | |