|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF COLUMBIA | **FILED**<br>NOV 1 2 2009<br>Clerk<br>U.S. Bankruptcy Court for D.C. |

In re: )
) Case No. 09-00148
ELLIPSO, INC., ) (Chapter 11)
)
         Debtor. )
_____)

## NOTICE OF OPPORTUNITY TO OBJECT TO MOTION

TO: David Castiel
    Cameran G. Castiel
    David Wachtel, Esq. and the Law firm of Bernabei & Wachtel

A.   Creditor Robert Patterson has filed a:

**MOTION OF CREDITOR ROBERT PATTERSON
TO HOLD CAMERAN CASTIEL, DAVID CASTIEL, AND
DAVID WACHTEL, ESQ. AND THE LAW FIRM OF BERNABEI AND
WACHTEL, PLLC
IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH
THIS COURT'S ORDERS OF
SEPTEMBER 9, 2009, AND OCTOBER 7, 2009,
REQUIRING PRODUCTION OF BANK RECORDS**

B.   NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN ELEVEN (11) DAYS AFTER SERVICE OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served (by delivery or mailing of a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

                                            Respectfully submitted,

                                            /s/ R. Patterson
                                            Robert B. Patterson
                                            c/o John Mann
                                            9330 Harts Mill Road
                                            Warrenton, VA 20186