UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 1 2 2009
Clerk, U.S. District and
Bankruptcy Courts

In re:                              )
                                    )    Case No. 09-00148
ELLIPSO, INC.,                      )    (Chapter 11)
                                    )
          Debtor.                   )
                                    )
_____ )

### NOTICE OF OPPORTUNITY TO OBJECT TO MOTION

TO:  David Castiel
     Ellipso, Inc.
     Kermit Rosenberg, Esq.
     Neal Goldfarb, Esq.
     Law Firm of Butzel, Long Tighe Patton PLLC

  A.   Creditor Robert Patterson has filed a:

**MOTION OF CREDITOR ROBERT PATTERSON
TO HOLD DEBTOR, DAVID CASTIEL, NEAL GOLDFARB,
KERMIT ROSENBERG, and THE LAW FIRM OF
BUTZEL, LONG, TIGHE, PATTON, PLLC
IN CONTEMPT OF COURT FOR FAILURE TO COMPLY WITH
THIS COURT'S ORDERS
REQUIRING PRODUCTION OF DOCUMENTS**

  B.   NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN ELEVEN (11) DAYS AFTER SERVICE OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served (by delivery or mailing of a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Respectfully submitted,

*[signature]*

Robert B. Patterson
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186