The order below is hereby signed.

Signed: November 16, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA**

In re:  Ellipso, Inc.
Chapter 11                                                                                    No. 09-00148
Filed:  February 25, 2009

**ORDER TO PRODUCE DOCUMENTS PERTAINING TO
TAX CLAIM OF THE DISTRICT OF COLUMBIA**

In open court on November 12, 2009, counsel for Debtor, Neal Goldfarb, Esquire, informed the court that the tax claim of the District of Columbia, currently in the amount of four hundred forty one thousand dollars ($441,000.00) had not been resolved. Attorney Goldfarb further informed the court that it was Debtor's position that the claim was invalid with the amount owed being zero dollars ($0.00); stating that Debtor required at least a six month continuance to attempt to resolve this claim.  Debtor's counsel then argued that the plan of reorganization proposed by Creditor John B. Mann, was

unconfirmable, should the District of Columbia tax claim be valid, as it would be a priority claim which could not be satisfied.

The court noted that there is an objection pending to the tax claim, and set that matter for hearing on December 22, 2009, at 10:30 am. The court further specified that Creditor, John B. Mann, or any other party in interest, could file an objection to the tax claim, but cautioned that such objection would need to be filed at least thirty days prior to the hearing date, or on or before November 22, 2009.

Creditor Robert B. Patterson requested that Debtor be required to produce any and all documents (including any documents pertaining to the negotiations of Debtor with the District of Columbia Tax Authority), sufficiently in advance of November 22, 2009, to afford Creditors the opportunity to prepare and file any objections to the claim. Attorney Goldfarb agreed to provide such documents on or before Tuesday, November 17, 2009.

IT IS THEREFORE ORDERED:

That Debtor shall produce any and all documents, (including any documents pertaining to any negotiations with the District of Columbia Tax Authority, or any other entity), which relate or pertain to the tax claim of the District of Columbia), on or before Tuesday, November 17, 2009; such documents to be produced to Mr. Patterson and to Mr. Mann, and made available to any other party of interest upon request.

Entered this ____ day of November 2009.

_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

Copies to:

Neal Goldfarb, Esquire
Kermit A. Rosenberg, Esquire
Butzel. Long, Tighe, Patton, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Robert B. Patterson
c/o John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186

John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186