NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**                                                                 **Case No.** 09–00148

Ellipso, Inc.

**Debtor**                                                                 **Chapter** 11

### NOTICE OF HEARING

==================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above–referenced case on the following date and time:

DATE:  12/9/09

TIME:  10:30 AM

LOCATION:  Courtroom 1 US Courthouse 333 Constitution Ave NW Washington, DC

The following matter(s) will be considered and acted upon at the time:

Motion to Convert Case to Chapter 7 filed by Ellipso. The Court Will Address at That Hearing As Well Whether the Court Should In the Alternative Direct the Appointment of a Chapter 11 Trustee ( If the Debtor Requests Such Alternative Relief if Conversion is Denied, or If a Creditor or Other Party in Interset Files a Motion by 12/3/09, for Appointment of a Chapter 11 Trustee).

Dated:  11/24/09                                          For the Court:
                                                                 Clerk of the Court

                                                                 BY:  sm