**FILED**

DEC 0 3 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )
                                      )     Case No. 09-00148
ELLIPSO, INC.,                        )     (Chapter 11)
                                      )
           Debtor.                    )
                                      )
_____)

**OBJECTION OF CREDITOR DAVID CASTIEL TO
PROOF OF CLAIM OF MANN TECHNOLOGIES, LLC
(Claim No. 11)**

Creditor David Castiel objects to Proof of Claim No. 11 ("the Claim"), filed by Creditor Mann Technologies, LLC ("Mann Tech") on the following grounds:

1. Mann Tech was organized as a Nevada limited liability company on February 25, 2004. See Entity Details for Mann Tech published on the website of the Nevada Secretary of State ("Entity Details"), attached hereto as Exhibit A. Under Nevada law, Mann Tech is required to file an Annual List on or before the last day of the month in which the anniversary date of its organization occurs. Nev. Rev. Stat. § 86.263 (2). Mann Tech has not filed an Annual List (or paid the fees connected with that list) since October 24, 2005.

Pursuant to Nev. Rev. Stat. § 86.274 (2), if an Annual List is not filed, "[o]n the first day of the first anniversary of the month following the month in which the filing [of the Annual List] was required, the charter of the company is revoked and its right to transact business is forfeited." An Annual List was required to be filed by Mann Tech by February 28, 2006, but this list was never filed. Mann Tech's charter has therefore been revoked since March 1, 2007. Mann Tech is further in default of its Nevada charter obligations because its Commercial Registered Agent resigned on September 10, 2008, and the addresses listed for its managers, John Mann and Robert Patterson, are no longer correct. See Entity Details, Ex. A[1].

---

[1] Mann Tech and its principals' manipulation of corporate structures and regulations is not new. The agreement under which Mann Tech makes a judgment-based Claim is between Mann Tech, a Virginia corporation, not a Nevada corporation. The migration from Virginia to Nevada was never amended. Mann Tech Virginia has never existed.

Mann Tech filed the Claim on July 11, 2009, at a time when it was a non-existent entity because its charter had been revoked. Mann Tech then amended the Claim on October 27, 2009, again while its charter was revoked. As a non-existent entity, Mann Tech had no standing to file a proof of claim and this court lacks jurisdiction to consider it.

2.    The Claim attaches a lawsuit that Mann Tech states it would file against the Debtor Ellipso, Inc. However, as a non-existent entity, Mann Tech would not have standing to file such a lawsuit in any court. Pursuant to Nev. Rev. Stat. § 86.274 (5), "[i]f the charter of a limited-liability company is revoked and the right to transact business is forfeited, all of the property and assets of the defaulting company must be held in trust by the managers . . . ." Thus, if the lawsuit asserted by Mann Tech as the basis for the Claim actually contained valid claims (which I do not accept), it should have been filed by either Mann or Patterson as trustees of that alleged asset. This has indeed actually already occurred as John Mann filed an identical claim for the same judgment as Proof of Claim No. 7 on July 11, 2009, the very same date that the Claim was filed. Mann subsequently also amended his Claim No. 7 on October 26, 2009, in the same manner that Mann Tech amended the Claim on October 27, 2009. There is, therefore, simply no reason to allow this non-existent entity Mann Tech to assert the Claim and appear as an alleged creditor when the Claim has already been asserted by John Mann, the real party in interest.

WHEREFORE, the Claim should be stricken and Mann Tech dismissed as a creditor.

Respectfully submitted,

David Castiel, *pro se*

**EXHIBIT A**

Case 09-00148    Doc 450    Filed 12/03/09    Entered 12/04/09 14:12:20    Desc Main
Document    Page 3 of 6

Entity Details - Secretary of State, Nevada                    http://sos.state.nv.us/sosentitysearch/PrintCorp.aspx?lx8nvq=kR7UfN...

# MANN TECHNOLOGIES, L.L.C.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status | Revoked | File Date | 2/25/2004 |
| Type | Domestic Limited-Liability Company | Entity Number | LLC3639-2004 |
| Qualifying State | NV | List of Officers Due | 2/28/2006 |
| Managed By | Managers | Expiration Date | 2/25/2504 |
| NV Business ID | NV20041038650 | Business License Exp. | |

## Registered Agent Information

Registered Agent resigned

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count | 0 | Capital Amount | $ 0 |

No stock records found for this company

## Officers                                                            ☒ Include Inactive Officers

**Manager - JOHN MANN**

| | | | |
|---|---|---|---|
| Address 1 | 251 JEANELL DRIVE | Address 2 | SUITE 3 |
| City | CARSON CITY | State | NV |
| Zip Code | 89703 | Country | |
| Status | Active | Email | |

**Managing Member - JOHN B MARR**

| | | | |
|---|---|---|---|
| Address 1 | 9330 HARTS MILL RD | Address 2 | |
| City | WAVENTION | State | VA |
| Zip Code | 20186 | Country | |
| Status | Historical | Email | |

**Manager - R.B. PATTERSON**

| | | | |
|---|---|---|---|
| Address 1 | 251 JEANELL DRIVE | Address 2 | SUITE 3 |
| City | CARSON CITY | State | NV |
| Zip Code | 89703 | Country | |
| Status | Active | Email | |

**Managing Member - RB PATTERSON**

| | | | |
|---|---|---|---|
| Address 1 | BOX 1756 | Address 2 | |
| City | ALEXANDRIA | State | VA |
| Zip Code | 22314 | Country | |
| Status | Historical | Email | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type | Articles of Organization | | |
| Document Number | LLC3639-2004-001 | # of Pages | 4 |

Entity Details - Secretary of State, Nevada                    http://sos.state.nv.us/sosentitysearch/PrintCorp.aspx?lx8nvq=kR7UfN...

| File Date | 2/25/2004 | Effective Date | |
|---|---|---|---|
| (No notes for this action) | | | |
| Action Type | Initial List | | |
| Document Number | LLC3639-2004-002 | # of Pages | 1 |
| File Date | 5/14/2004 | Effective Date | |
| List of Officers for 2004 to 2005 | | | |
| Action Type | Annual List | | |
| Document Number | 20050499511-56 | # of Pages | 1 |
| File Date | 10/24/2005 | Effective Date | |
| (No notes for this action) | | | |
| Action Type | Commercial Registered Agent Resignation | | |
| Document Number | 20080602906-93 | # of Pages | 5 |
| File Date | 9/10/2008 | Effective Date | |
| (No notes for this action) | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2009, true copies of the foregoing Objection to Proof of Claim of Mann Technologies, LLC (Claim No. 11) were delivered by hand to the court and upon the following by first class mail, postage prepaid:

Ronald B. Patterson, Esquire
P.O. Box 1756
Alexandria, Virginia 22313
Attorney for Mann Technologies, LLC

Kermit Rosenberg, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue NW 3rd Floor
Washington DC 20006-4604

Martha Davis, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

_____
David Castiel