UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | . | Case No. 09-00148 |
| | . | Chapter 11 |
| ELLIPSO, INC., | . | |
| | . | Washington, D.C. |
| Debtor. | . | November 18, 2009 |
| | . | |

. . . . . . . . . . . . . . .

MOTIONS HEARING
BEFORE THE HONORABLE S. MARTIN TEEL, JR.
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

For the Debtor            By:  NEIL GOLDFARB, ESQ.
by Telephone:             (Address not provided.)

Pro Se Claimant:          By:  MR. DAVID CASTIEL
                          4410 Massachusetts Ave. NW
                          Suite 385
                          Washington, DC 20016

Pro Se Claimant:          By:  MS. LINDA AWKARD
                          4201 Cathedral Avenue, NW
                          #1416 W
                          Washington, DC 20016

For a Creditor:           By:  MR. ROBERT PATTERSON
                          c/o John Mann
                          9330 Harts Mill Road
                          Warrenton, VA 20186

For MannTech and          Law Offices
the Registry:             By:  RONALD PATTERSON, ESQ.
                          P.O. Box 1756
                          Alexandria, VA 22313

Proceedings recorded by electronic sound recording.
Transcript prepared by transcription service.
_____

BOWLES REPORTING SERVICE
P.O. BOX 607
GALES FERRY, CONNECTICUT 06335
(860) 464-1083

APPEARANCES (CONT'D):

Pro Se Claimant:                    By:  MR. JOHN PAGE

For a Creditor:                     By:  MR. JOHN MANN
                                    9330 Harts Mill Road
                                    Warrenton, VA 20186

Pro Se Claimant:                    The Baily Law Office
                                    By:  JAMES H. BAILEY, ESQ.
                                    888 17th Street NW
                                    Suite 810
                                    Washington, DC 20006

```
 1                          *    *    *
 2          THE COURT:  Next objection is that of Mann
 3   Technologies, LLC, to the claim of James Bailey.
 4          MR. BAILEY:  Your Honor?
 5          THE CLERK:  Mr. Bailey is here.
 6          MR. BAILEY:  I am James H. Bailey, and I
 7   withdrew that claim on the 9th of November.
 8          THE COURT:  There's no objection to the
 9   withdrawal of the claim?
10          MR. ROBERT PATTERSON:  Robert Patterson
11   appearing pro se.
12          I would object to the withdrawal of the claim.
13   Mr. Bailey came in here and filed a proof of claim.
14   The objection was that it was a fraudulent proof of
15   claim, that he had never been general counsel of
16   Ellipso, he (unintelligible) provided any services, and
17   he was claiming something in excess of $300,000.
18          THE COURT:  Mr. Bailey, why don't you come
19   forward, please.
20          MR. BAILEY:  (Inaudible.)
21          MR. ROBERT PATTERSON:  We had to go through
22   the effort of filing an objection to the claim, and now
23   he wants to holler ollie-ollie oncolol and free
24   (phonetic).  I --
25          THE COURT:  Well, let me hear from Mr.
```

1   Bailey.  Just a moment.

2           Mr. Bailey, could you state your name, please,

3   for the record?

4           MR. BAILEY:  Yes, Your Honor, Jim -- James H.

5   Bailey.  I am a private practitioner licensed here in

6   the District of Columbia and the states of Wisconsin

7   and Oklahoma.

8           THE COURT:  Do you consent to the

9   disallowance of your claim on the merits, not --

10          MR. BAILEY:  Oh, --

11          THE COURT:  -- adjudicating whether there's

12  any fraud or anything, but just to have the claim

13  disallowed?

14          MR. BAILEY:  I do, for reasons stated in my

15  filing, where I expect -- I have a very low expectation

16  of any recovery, and I would prefer not to be engaged

17  in this proceeding and in its commitment of time to

18  respond to the discovery and interrogatories propounded

19  by MannTech, LLC.

20          In addition, they have circulated, for

21  purposes, I can imagine, only of intimidation, a very

22  lengthy draft Complaint initiating a new civil suit

23  arising out of the same facts and circumstances, in the

24  amount of about $30 million, if I recall correctly,

25  which would name anyone who David Castiel, the debtor,

1    me, about anyone who ever talked to David Castiel about

2    Ellipso, the best I can tell.

3              THE COURT:  You -- You're consenting to

4    disposition of the matter, barring later assertion of

5    the claim?

6              MR. BAILEY:  Correct, and I would like to

7    have -- they also moved for attorneys' fees on that,

8    and I've asked that that motion be denied.

9              THE COURT:  There's no basis for attorneys'

10   fees, is there, Mr. Robert --

11             MR. BAILEY:  Oh, --

12             THE COURT  -- Patterson?  On behalf of Mann

13   Technologies, there's no basis for attorneys' fees, is

14   there?

15             MR. ROBERT PATTERSON:  (Inaudible.)

16             MR. BAILEY:  I will state for the record that

17   I do have documentation, including the electronic mails

18   dating back to 2001, that indicates the extent of

19   services provided to the debtor, Ellipso, including

20   assisting and constituting members of the board,

21   including the former Secretary of the Air Force and a

22   former principal deputy undersecretary of defense, and

23   much business and litigation management issues in which

24   I engaged on behalf of the debtor.

25             THE COURT:  I'll simply disallowed the claim,

1   and it's not --

2           MR. BAILEY:  I understand.

3           THE COURT:  -- based upon any findings of

4   fact and conclusions of law, it's simply a consent that

5   the claim be disallowed with prejudice.

6           MR. BAILEY:  Thank you, Your Honor.

7                          *     *     *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I certify that the foregoing is a correct transcript

from the electronic sound recording of the proceedings

in the above-entitled matter.


_____          November 27, 2009

STEPHEN C. BOWLES