The order below is hereby signed.

Signed: December 15, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                           )
                                )
ELLIPSO, INC.,                  )    Case No. 09-00148
                                )    (Chapter 11)
            Debtor.             )
```

ORDER COMPELLING ELLIPSO TO RESPOND
TO DISCOVERY REQUESTS OF MANN TECHNOLOGIES LLC

Pursuant to my oral ruling at the December 9, 2009 hearing on the Motion of Creditor, Mann Technologies, LLC to Compel Production of Documents and Inspection of Computer Drives of Debtor, Ellipso, Inc. (Dkt. No. 433, filed November 24, 2009), it is hereby

ORDERED that within 7 days of service on the debtor by Mann Technologies of an amended list of documents to be produced by the debtor contained on the computers referenced in Mann Technologies' October 27, 2009 Subpoena, recast, however, as categories of documents to be produced by the debtor, or within 7 days after Mann Technologies files a certificate of good standing with the court, whichever is later, the debtor shall file a response to the subpoena and thereafter the parties shall

endeavor to meet and confer in good faith to resolve any disputes as to the Motion to Compel.  It is further

ORDERED that the hearing on the Motion of Creditor, Mann Technologies, LLC to Compel Production of Documents and Inspection of Computer Drives of Debtor, Ellipso, Inc. (Dkt. No. 433, filed November 24, 2009), is hereby CONTINUED to December 22, 2009, at 10:30 A.M.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; Mann Technologies LLC; Office of the United States Trustee.