## UNITED STATES BANKRUPTCY COURT
## FOR
## THE DISTRICT OF COLUMBIA

In re:  Ellipso, Inc., No. 09-00148
Chapter 11
Filed:  February 25, 2009

## OBJECTION TO THE CLAIM
## OF
## MORRIS, NICHOLS

COMES NOW, CREDITOR MANN TECHNOLOGIES, L.L.C., and files this Objection to the Proof of Claim filed by Morris, Nichols, Arsht & Tunnell LLP ("Morris, Nichols") on July 13, 2009 (Claim # 4-1).  The claim seeks three hundred fifty-one thousand four hundred seventy four dollars and 89 cents ($351,474.89).

The claim is invalid pursuant to state and federal law and is barred in whole, or in part, by the applicable statute of limitations, by estoppel, by laches, by accord and satisfaction, by fraud, by waiver, by breach of contract, by failure of consideration, by the statute of frauds, by the principles of equity, and by applicable statutory and judicial legal precedent.

The documentation submitted in support of the Proof of Claim shows that the last payment on this account was in 2002 and that that was a draw down of the balance remaining in a retainer.  It appears that no services have been delivered and no payments made on this account in more than four years.  The claim is time barred.

WHEREFORE, MannTechnologies, L.L.C., moves this Honorable Court to disallow the Proof of Claim of Morris, Nichols in its entirety, to award Mann Technologies, L.L.C., its costs for this Objection (including reasonable attorneys' fees), and to grant such other relief as may be just and proper.

        Respectfully submitted,


_____/s/_____
Ronald B. Patterson, Esq.
  D.C. Bar No.  224915
  P.O. Box 1756
  Alexandria, VA. 22313
  (571) 274-0782




     THE CLAIMANT IS HEREBY NOTIFIED THAT UNLESS YOU FILE WITHIN THIRTY (30) DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE SHOWN BELOW, A RESPONSIVE MEMORANDUM OPPOSING THE OBJECTION TO CLAIM, AND REQUESTING A HEARING, IF DESIRED, THE COURT MAY RULE ON THE OBJECTION WITHOUT HEARING, OR SCHEDULE A HEARING ON THIS MATTER, IN THE COURT'S DISCRETION.