UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA

In re:  Ellipso, Inc., No. 09-00148
Chapter 11
Filed:  February 25, 2009

## OBJECTION TO THE SCHEDULED CLAIM
## OF
## LEFTWICH & LUDAWAY, LLC.

COMES NOW, CREDITOR MANN TECHNOLOGIES, L.L.C., and files this Objection to the Scheduled Claim of Leftwich & Ludaway, LLC.

The claim is invalid pursuant to state and federal law and is barred in whole, or in part, as it fails to state a claim upon which relief can be granted, by the applicable statute of limitations, by estoppel, by laches, by accord and satisfaction, by fraud, by waiver, by breach of contract, by failure of consideration, by the statute of frauds, by the principles of equity, by the doctrine of unclean hands, and by applicable statutory and judicial legal precedent.  Movant reserves the right to assert any other legal or equitable defenses that may be discovered.

The only services, of which this Creditor is aware, which the firm of Leftwich & Ludaway, LLC provided were representation in the "bad faith" lawsuit against this Creditor and others which resulted in Debtor incurring in excess of three hundred thousand dollars ($300,000.00) in sanctions.  In his January 29, 2009 Opinion, Judge Royce Lamberth found that Ellipso had misrepresented[1] the key fact of the case to the

---

[1] "In other words, Castiel misrepresented the critical fact upon which the litigation turned. This misrepresentation alone constitutes bad faith."  Pg. 7 Memorandum Opinion and Order DE 240 Case 05-1186 *Ellipso v. Mann et al.*

District Court and to the Court of Appeals[2]. Leftwich & Ludaway represented Ellipso before both the District Court and the Court of Appeals. Perhaps any claims of Leftwich & Ludaway, LLC should be offset against these adverse judgments.

There is simply no basis in law or fact to sustain the claim.

WHEREFORE, MannTechnologies, L.L.C., moves this Honorable Court to disallow the Scheduled Claim of Leftwich & Ludaway LLC, in its entirety, to award MannTechnologies, L.L.C., its costs for this Objection (including reasonable attorneys' fees), and to grant such other relief as may be just and proper.

Respectfully submitted,

_____/s/_____
Ronald B. Patterson, Esq.
D.C. Bar No. 224915
P.O. Box 1756
Alexandria, VA. 22313
(571) 274-0782

THE CLAIMANT IS HEREBY NOTIFIED THAT UNLESS YOU FILE WITHIN THIRTY (30) DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE SHOWN BELOW, A RESPONSIVE MEMORANDUM OPPOSING THE OBJECTION TO CLAIM, AND REQUESTING A HEARING, IF DESIRED, THE COURT MAY RULE ON THE OBJECTION WITHOUT HEARING, OR SCHEDULE A HEARING ON THIS MATTER, IN THE COURT'S DISCRETION.

---

[2] "This false and misleading argument not only occurred in discovery, but also before this court and in the Court of Appeals." Pg. 7 Id.

## CERTIFICATE OF SERVICE

     I hereby certify that on December 22, 2009, true copies of the foregoing Objection to Claim were served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by first class mail, postage prepaid:

          Leftwich & Ludaway, LLC
          11400 K Street, NW
          Suite 1000
          Washington, DC 20005-2403

          Martha L. Davis, Esquire
          Office of the United States Trustee
          115 S. Union Street, Room 210
          Alexandria, VA 22314

          Kermit A. Rosenberg, Esquire
          Butzel, Long, Tighe, Patton, PLLC
          1747 Pennsylvania Avenue, N.W., Third Floor
          Washington, D.C.  20006-4604


     /s/ Ronald B. Patterson, Esq.