UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA

FILED
DEC 18 2009
Clerk
U.S. Bankruptcy Court for D.C.

In re:  Ellipso, Inc.

No. 09-00148
Chapter 11

Filed:  February 25, 2009

Confirmation Hearing at 10:30 am
On December 22, 2009

### CERTIFICATION OF BALLOTS BY PROPONENT JOHN MANN FOR MANN'S FIRST AMENDED PLAN AND DISCLOSURE STATEMENT

I, John Mann, proponent of the amended Plan, hereby certify that the attached ballot summary sets forth an accurate and complete tabulation of all ballots received by me as to rejection and acceptance of the amended Plan, by class of creditors and interest with number and total amount of claims or interests in each category.

12/18/09
Date

_____
John B. Mann

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2009, true copies of the foregoing Certification of Ballots was served by hand to the clerk of court and upon the following by first class mail, postage prepaid:

    Ellipso, Inc. (Debtor)
    4410 Mass. Ave., N.W.
    Box 385
    Washington, D.C. 20016

    Martha L. Davis, Esquire
    Office of the United States Trustee
    115 S. Union Street, Room 210
    Alexandria, VA 22314

    Kermit A. Rosenberg, Esquire
    Butzel Long Tighe Patton, PLLC
    1747 Pennsylvania Avenue, N.W., Third Floor
    Washington, D.C. 20006-4604

_____
John B. Mann

# Attachment
# Summary of Class IV Ballots

# Summary of Ballots Cast by
## Class IV - General Unsecured Claims

| Claim # | Name | Accept Count | Accept Amount | Reject Count | Reject Amount | Comments |
|---|---|---|---|---|---|---|
| 1 | John Page | 1 | $149,570 | | | |
| 3-1 | Lerman - Senter | 1 | $3,034,166 | | | |
| 14-1 | David Castiel | | | 1 | $3,146,937 | Insider |
| Scheduled | Richard Burt | | | 1 | $20,000 | Insider |
| 17-1 | CBIZ-MHM | | | 1 | $5,843 | |
| 15-1 | Gerald Helman | | | 1 | $1,458,950 | Insider |
| 13-1 | Laury Blakley | | | 1 | $123,000 | |
| 9-2 | Mann Technologies LLC | 1 | $220,696 | | | |
| 11-2 | Mann Technologies LLC | 1 | $30,000,000 | | | |
| 8-1 | John B. Mann | 1 | $201,314 | | | |
| 7-2 | John B. Mann | 1 | $10,000,000 | | | |
| 6-2 | Robert B. Patterson | 1 | $30,000,000 | | | |
| 10-1 | The Registry Solution Company | 1 | $162,335 | | | |
| 10-2 | The Registry Solution Company | 1 | $30,000,000 | | | |
| Scheduled | Leftwich & Ludaway LLC | | | 1 | $74,000 | |
| 4-1 | Morris Nichols | | | 1 | $351,475 | |
| 5-1 | Vanessa Carpenter Lourie | 1 | $38,446 | | | |
| 16-1 | Linda Awkard | | | 1 | $130,000 | Insider |
| | Totals | 10 | $103,806,527 | 8 | $5,310,204 | |
| | Totals (excluding insiders) | 10 | $103,806,527 | 4 | $554,317 | |
| | Totals (excluding insiders & objected to) | 6 | $3,455,643 | 4 | $554,317 | |

| | Number of Ballots | | Amount of Claims | |
|---|---|---|---|---|
| | Count | % | Count | % |
| Accept | 10 | 56% | $103,806,527 | 95% |
| Reject | 8 | 44% | $5,310,204.23 | 5% |