The order below is hereby signed.

Signed: December 22, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
ELLIPSO, INC.,                     )    Case No. 09-00148
                                   )    (Chapter 11)
          Debtor.                  )

ORDER TO FILE MEMORANDA RE OBJECTIONS TO CLAIMS AND TO FILE
PROPOSED ORDER REFLECTING ORAL RULINGS OF SEPTEMBER 30, 2009

The court held a hearing on September 30, 2009, on the debtor's objection to the claim of Robert Patterson (Dkt. No. 170), to the claims of John Mann (Dkt. Nos. 174 and 177), to the claims of Mann Technologies, Inc. (Dkt. Nos. 182 and 185). By a Scheduling Order entered on October 5, 2009, the court directed in part that it was:

> ORDERED that the debtor shall promptly file and docket the two memoranda, of which it submitted copies to the other parties and to the court at the hearing of September 30, 2009, in support of the objections. It is further
> ORDERED that the debtor shall file a proposed order or proposed orders reflecting any oral rulings the court made disposing of any parts of the objections, and (as to the remaining parts of the objections) reflecting the schedule the court set at the hearing of September 30, 2009, for responses to the debtor's memoranda and for a reply to such responses.

Neither of those two directives were complied with. It is thus

ORDERED that by December 30, 2009, the debtor shall comply

with the provisions of the two directives, adjusting any dates set at the hearing of September 30, 2009, regarding "the schedule the court set at the hearing of September 30, 2009, for responses to the debtor's memoranda and for a reply to such responses" as may be necessitated by reason of the debtor's delay in complying with the directives.

Copies to:

Debtor; Debtor's attorney; Office of U.S. Trustee; and:

Robert Patterson
9330 Harts Mill Rd.
Warrenton, VA 20186
c/o J. Mann

Ronald Patterson, Esq.

John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186