UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )
                                          )    Case No. 09-00148
    ELLIPSO, INC.,                       )    (Chapter 11)
                                          )
        Debtor.                       )
                                          )

**Debtor's Memorandum in Support of Its Objection
to Robert Patterson's Proof of Claim No. 6**

As described in his response to Ellipso's objection to his proof of claim, Robert Patterson asserts two categories of claims. As shown below, neither category is sustainable.

**1.** The first category consists of claims that Patterson describes as "arising in" the district-court action entitled *Ellipso, Inc. v. John B. Mann et al.*, Civil Action No. 05-1186-RCL (D.D.C.) ("the District Court Action"). These claims were asserted in that action and were rejected. Patterson now seeks to relitigate them in this Court. That attempt should similarly be rejected, because the claims are precluded by the judgment in the District Court Action as a matter of res judicata and collateral estoppel.

**2.** The second category consists of claims for damages that Patterson claims to have suffered as a result of having been sued in the District Court Action, which Patterson contends was brought in bad faith. These claims, too, fail as a matter of law.

**a.** To the extent that Patterson is asserting a claim for malicious prosecution, the claim is insufficient as a matter of law because a claimant may not recover for malicious prosecution unless he has suffered special injury and Patterson has suffered no such injury. *See, e.g.*, *Joeckel v. Disabled American Veterans*, 793 A.2d 1279, 1282 (D.C. 2002). Special injury is define as "arrest, seizure of property, or injury which would not

necessarily result from suits to recover for like causes of action." *Id.* (citation and internal quotation marks omitted). Special injury does *not* include injury to reputation, emotional distress, loss of income, or the expense of defending the litigation. *Id.*

**b.** To the extent these claims are interpreted as alleging abuse of process, they are insufficient as a matter of law because Patterson fails to allege that Ellipso used process for other than its authorized purpose. *See, e.g.*, *Brown v. Hamilton*, 601 A.2d 1074, 1080 (D.C. 1992); *Morowitz v. Marvel*, 423 A.2d 196, 198 (D.C. 1980). In addition, Ellipso did not use process for any such purpose.

Furthermore, to the extent this claim is interpreted as alleging abuse of process, it is barred by the statute of limitations with respect to any uses of process by Ellipso that occurred more than three years before the filing of the petition in this case (i.e., before February 25, 2006).

**c.** To the extent that these claims are interpreted as alleging that Ellipso defamed Patterson, they are barred because the allegedly defamatory statements are privileged. In addition, any claims based on allegedly defamatory statements made more than a year before the filing of the petition in this case (i.e., before February 25, 2008) are barred by the statute of limitations. *See* D.C. Code § 12-301(4) (one-year limitations period for slander and libel).

WHEREFORE, Patterson's proof of claim should be disallowed.

Date: September 30, 2009 Respectfully submitted,

    /s/ Kermit A. Rosenberg
Kermit A. Rosenberg (D.C. Bar No. 219089)
Neal Goldfarb (D.C. Bar No. 337881)
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile:  202.454.2805
*Attorneys for Debtor*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 26, 2009, true copies of the foregoing memorandum were served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and the following by first class mail, postage prepaid:

>Robert B. Patterson
>c/o John Mann
>9330 Harts Mill Rd.
>Warrenton, VA 20186
>
>John Mann
>9330 Harts Mill Rd.
>Warrenton, VA 20186
>
>Ronald B. Patterson, Esq.
>P.O. Box 1756
>Alexandria, VA 22313
>
>Martha L. Davis, Esquire
>Office of the United States Trustee
>115 S. Union Street, Room 210
>Alexandria, VA 22314

>    /s/ Kermit A. Rosenberg
>Kermit A. Rosenberg