**The order below is signed with these changes:**

   **1.  The title is changed to "ORDER DENYING (1) ROBERT PATTERSONS MOTION TO HOLD THE DEBTOR, DAVID CASTIEL, NEAL GOLDFARB, KERMIT ROSENBERG, AND BUTZEL LONG TIGHE PATTON, PLLC IN CONTEMPT OF COURT AND (2) JOHN PAGE'S MOTION IN SUPPORT THEREOF."**



   **2.  The text following the title is changed to read:**

**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

   **"Upon consideration of Robert Pattersons motion to hold the Debtor, David Castiel, Neal Goldfarb, Kermit Rosenberg, and the law firm of Butzel Long Tighe Patton, PLLC in contempt of court (Dkt. No. 363), and John Page's motion in support thereof (Dkt. No. 454), it is**
   **ORDERED that Robert Patterson's motion (Dkt. No. 363) and John Page's motion in support thereof (Dkt No. 454) are DENIED."**

   **Dated: December 23, 2009.**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                      )
                         )     Case No. 09-00148
    ELLIPSO, INC.,        )     (Chapter 11)
                         )
          Debtor.       )
                         )

### ORDER DENYING ROBERT PATTERSON'S MOTION TO HOLD THE DEBTOR, DAVID CASTIEL, NEAL GOLDFARB, KERMIT ROSENBERG, AND BUTZEL LONG TIGHE PATTON, PLLC IN CONTEMPT OF COURT

Upon consideration of Robert Patterson's motion to hold the Debtor, David Castiel,

Neal Goldfarb, Kermit Rosenberg, and the law firm of  Butzel Long Tighe Patton, PLLC in

contempt of court (DE 363), and of the opposition thereto, it is hereby

ORDERED that the motion be and hereby is denied

END OF ORDER

1

Copies to:

Kermit A. Rosenberg, Esquire
Neal Goldfarb, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Third Floor
Washington, D.C. 20006-4604

Robert B. Patterson
c/o John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314