The order below is hereby signed.

Signed: December 23, 2009.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ELLIPSO, INC., | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

### ORDER ESTIMATING JOHN PAGE'S CLAIM

Pursuant to an oral ruling at a hearing held on December 22, 2009, it is hereby

ORDERED that John Page's claim, Claim No. 1, is estimated as $149,570 for purposes of voting for confirmation of a plan. It is further

ORDERED that the scheduling conference on David Castiel's objection to Page's claim (Dkt. No. 335) is continued to March 17, 2010, at 10:30 A.M. It is further

ORDERED that within 10 days from the entry of this order the debtor shall indicate whether it will be bound by the outcome of Castiel's objection to John Page's claim. If the debtor declines to be bound by the outcome, then at the scheduling conference David Castiel should show cause why he should be allowed to pursue the objection to the claim when the debtor in possession

as representative of the estate is declining to be bound by the outcome of his objection to the claim and has not joined in his objection to the claim or filed an independent objection to the claim.

[Signed and dated above.]

Copies to: Debtor; Debtor's attorney; John Page; David Castiel; Office of United States Trustee.