The order below is hereby signed.

Signed: December 28, 2009.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| ELLIPSO, INC., | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

SCHEDULING ORDER

On December 22, 2009, the court held a hearing on various objections to claims. This order sets forth the following critical dates relating to the following claims and objections to claims:

I.   Mann Technologies, LLC's Objection to the Claim of Linda Awkard, Esq. (Claim No. 16) (Dkt. No. 315):

**February 5, 2010:**      **Complete discovery.**

**February 8, 2010:**      **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

**February 16, 2010**
**at 10:30 A.M.:**      **Trial**

II.  David Castiel's Objection to Proof of Claim of the Registry Solutions Company (Claim No. 10) (Dkt. No. 501):

December 30, 2009      **Motion for Summary Judgment Due**

February 5, 2010:      **Complete discovery.**

February 8, 2010:      **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

February 16, 2010
at 10:30 A.M.:      **Trial**

III. John Page's Objection to the Claim of Gerald Helman (Dkt. No. 275):

February 5, 2010:      **Complete discovery.**

February 8, 2010:      **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

February 16, 2010
at 10:30 A.M.:      **Trial**

IV. John Page's Objection to the Claim of David Castiel (Dkt. No. 269):

February 5, 2010:      **Complete discovery.**

February 8, 2010:      **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

February 16, 2010
at 10:30 A.M.:      **Trial**

V.   Debtor's Objection to Proof of Claim of John B. Mann (Claim
     No. 8) (Dkt. No. 177):


**December 30, 2009**       **Motion for Summary Judgment Due**

**February 5, 2010:**       **Complete discovery.**

**February 8, 2010:**       **Furnish to opponents copies of exhibits
                            and a copy of exhibit and witness list.**


**February 16, 2010
at 10:30 A.M.:**            **Trial**


VI.  Claims of Robert Patterson (Claim No. 6-2), Mann
     Technologies LLC (Claim No. 11-2), John B. Mann (Claim No.
     7-2), and The Registry Solution Company (Claim No. 10-2):

**December 30, 2009:**      **Motion for more Definite Statement Due.**

**February 16, 2010
at 10:30 A.M.:**            **Hearing for Purposes of Estimating Claim**


It is ORDERED as follows:

     1.   These are core proceedings.

     2.   All discovery regarding these claims shall be completed

by **February 5, 2010**.  All written discovery requests, including

interrogatories, requests for production, and depositions upon

written questions shall be made at a sufficiently early date to

assure that the time for response expires before the discovery

completion deadline.

     3.   By **December 30, 2009,** David Castiel shall file a motion

for summary judgment regarding his objection to the claim of the

Registry Solutions Company (there may be an issue regarding TRS's

lack of good standing's effect on its claim), and the debtor
shall file a motion for summary judgment regarding its objection
to the claim of John Mann (there may be an issue regarding the
effect of Judge Lamberth's memorandum decision and order that can
be disposed of by way of summary judgment).

4.  By **February 8, 2010,** the parties shall submit (1) a
schedule of witnesses substantially in conformance with the Local
Official Form attached below (<u>i.e.</u>, setting forth the full name
and telephone number of each witness, briefly describing the
testimony to be elicited from the witness, and estimating the
time needed to elicit such testimony), which schedule shall
separately identify those witnesses whom the party expects to
present and those whom the party may call if the need arises (but
not those whom it expects to elicit testimony only by way of
cross-examination), and which will designate expert witnesses (if
any) as such by including the designation "expert witness" after
the witness's name, (2) an exhibit list substantially in
conformance with the Local Official Form attached below (<u>i.e.</u>,
identifying each exhibit by title and date), which list shall
number exhibits sequentially, with the plaintiff(s) using <u>numbers</u>
and the defendant(s) using <u>letters</u> (<u>e.g.</u>, A, B, C, <u>etc.</u>, followed
by AA, AB, AC, <u>etc.</u>, then BA, BB, BC, <u>etc.</u>), and which shall
distinguish between those exhibits that the party expects to
offer and those that the party may offer if the need arises, (3)

4

number their exhibits (in accordance with their list of exhibits)
using exhibit stickers, <u>on each of which shall be placed the case
number and claim number for this proceeding</u>,(4) furnish copies of
the exhibits to the opposing parties, and (5) <u>before or at the
commencement of the trial</u>, each party shall submit to the clerk
of the court (or to the courtroom clerk at the pretrial
conference):

>    (a) <u>two</u> <u>copies</u> of the party's schedule of
>    witnesses and exhibit list; and
>
>    (b) <u>two</u> <u>copies</u> of the party's exhibits.

5.   The trial date for the hearing on these matters shall be
**February 16, 2010 at 10:30 A.M.**

>                              [Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; David Castiel; John Mann;
Mann Technologies; The Registry Solutions Company; Robert
Patterson; John Page; Linda Awkard; Gerald Helman; Office of the
United States Trustee.

**LOCAL OFFICIAL FORM**

LOCAL OFFICIAL FORM NO. 8

_____'S WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|------------------------|-----------|-------------|
| **Name of Witness** | **Brief Description of Testimony to be Elicited** | **Estimated Time to Elicit Testimony** | **Date Called*** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page ____

6

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use