The order below is hereby signed.

Signed: December 28, 2009.



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
ELLIPSO, INC.,                 )    Case No. 09-00148
                               )    (Chapter 11)
              Debtor.          )

SCHEDULING ORDER

On December 22, 2009, the court held a hearing on various objections to claims. This order sets forth the following **tentative** critical dates relating to Mann Technologies, LLC's Objection to the Scheduled Claim of Leftwich and Ludaway, LLC (Dkt. No. 497):

**January 19, 2010 at 2:00 P.M.:**    **Scheduling Conference (if necessary).**

**February 5, 2010:**    **Complete discovery.**

**February 8, 2010:**    **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

**February 16, 2010 at 10:30 A.M.:**    **Trial**

It is ORDERED as follows:

1.  These are core proceedings.

2.  A scheduling conference is set for **January 19, 2010 at 2:00 P.M.**  If, however, both parties advise the court that the tentative deadlines set forth above are agreeable to them and request cancellation of the scheduling conference, it will stand cancelled and the tentative dates set forth above will become the actual deadlines.

3.  Upon the parties' agreement pursuant to paragraph 2, above, all discovery regarding these claims shall be completed by **February 5, 2010**.  All written discovery requests, including interrogatories, requests for production, and depositions upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

4.  Upon the parties' agreement pursuant to paragraph 2, above, by **February 8, 2010,** the parties shall submit:

(1)  a schedule of witnesses substantially in conformance with the Local Official Form attached below (<u>i.e.</u>, setting forth the full name and telephone number of each witness, briefly describing the testimony to be elicited from the witness, and estimating the time needed to elicit such testimony), which schedule shall separately identify those witnesses whom the party expects to present and those whom the party may call if

2

the need arises (but not those whom it expects to elicit testimony only by way of cross-examination), and which will designate expert witnesses (if any) as such by including the designation "expert witness" after the witness's name;

(2)   an exhibit list substantially in conformance with the Local Official Form attached below (_i.e._, identifying each exhibit by title and date), which list shall number exhibits sequentially, with the plaintiff(s) using _numbers_ and the defendant(s) using _letters_ (_e.g._, A, B, C, _etc._, followed by AA, AB, AC, _etc._, then BA, BB, BC, _etc._), and which shall distinguish between those exhibits that the party expects to offer and those that the party may offer if the need arises;

(3)   number their exhibits (in accordance with their list of exhibits) using exhibit stickers, _on each of which_ _shall be placed the case number and claim number for_ _this proceeding_;

(4)   furnish copies of the exhibits to the opposing parties; and

(5)   _before or at the commencement of the trial_, each party shall submit to the clerk of the court (or to the courtroom clerk at the pretrial conference):

    (a)   _two_ _copies_ of the party's schedule of witnesses and exhibit list; and

(b)  <u>two</u> <u>copies</u> of the party's exhibits.

5.   Upon the parties' agreement pursuant to paragraph 2,

above, the trial date for the hearing on these matters shall be

**February 16, 2010 at 10:30 A.M.**

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Mann Technologies; Office
of the United States Trustee.

Leftwich & Ludaway, LLC
11400 K Street, NW
Suite 1000
Washington, DC 2005-2403

**LOCAL OFFICIAL FORM**

LOCAL OFFICIAL FORM NO. 8

_____'S WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|---|---|---|---|
| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*For Court Use

Page ____

5

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use