UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                         )
                                               )   Case No. 09-00148
ELLIPSO, INC.,                                 )   (Chapter 11)
                                               )
                        Debtor.                )
_____)

## NOTICE OF HEARING AND OPPORTUNITY TO OBJECT

TO: Gerald Helman
    2900 Maplewood Place
    Alexandria, Virginia  22302

　　　　Creditor Mann Technologies LLC has filed an objection to your unsecured claim (Claim # 15) in this bankruptcy case.

　　　　**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

　If you do not want the court to eliminate or change your claim, then on or before January 28, 2010, you or your lawyer must file with the court, at the address shown below, a written response opposing the objection together with the proposed order required by LBR 9072-1 and any documents and other evidence you wish to attach in support of your claim. The address of the Clerk's office is as follows:

　　　　Clerk
　　　　United States Bankruptcy Court
　　　　333 Constitution Avenue, N.W., Room 4400
　　　　Washington, D.C. 20001

　If you mail the response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

　You must also mail a copy of your response to the following persons:

　　　　Ronald B. Patterson, Esq.
　　　　D.C. Bar No.  224915
　　　　P.O. Box 1756
　　　　Alexandria, VA. 22313
　　　　 (571) 274-0782

　　　　John B. Mann, Creditor, pro se
　　　　9330 Harts Mill Road

Warrenton, Virginia 20186
(540) 974-3725

Robert Patterson, Creditor, pro se
9330 Harts Mill Road
Warrenton, Virginia 20186
(202) 412-2404

Kermit A. Rosenberg, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Third Floor
Washington, D.C. 20006-4604

Martha L. Davis, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

You or your attorney must attend the hearing scheduled be held on February 16, 2010 at 10:30 a.m., in Courtroom 1, United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**If you or your attorneys do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Respectfully submitted,

_____/s/_____
Ronald B. Patterson, Esq.
D.C. Bar No. 224915
P.O. Box 1756
Alexandria, VA. 22313
(571) 274-0782

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2009, true copies of the foregoing Notice of Hearing and Opportunity to Object were served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by first class mail, postage prepaid:

>Gerald Helman
>2900 Maplewood Place
>Alexandria, Virginia 22302
>
>Martha L. Davis, Esquire
>Office of the United States Trustee
>115 S. Union Street, Room 210
>Alexandria, VA 22314
>
>Kermit A. Rosenberg, Esquire
>Butzel, Long, Tighe, Patton, PLLC
>1747 Pennsylvania Avenue, N.W., Third Floor
>Washington, D.C.  20006-4604

_____/s/_____
Ronald B. Patterson, Esq.