UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                             )
                                                   )      Case No. 09-00148
    ELLIPSO, INC.,                          )      (Chapter 11)
                                                   )
        Debtor.                              )
                                                   )

**NOTICE OF CORRECTION to**
**Motion of Kermit Rosenberg, Neal Goldfarb, and Butzel Long Tighe Patton, PLLC**
**to Alter, Amend, and Reconsider the Denial of their Motion for Leave to Withdraw**
**Or, in the Alternative,**
**For an Order Staying Their Duty to Represent the Debtor Pending Appeal**

In the referenced motion, movants referred to DC Bar Counsel and the Office of Bar Counsel. Ms. Todd and Mr. Singer are not employees of the Office of Bar Counsel. They are, rather, Legal Ethics Counsel for the D.C. Bar.

Movants apologize for the inadvertent misidentification.

                                              Respectfully submitted,

                                                /s/ Kermit A. Rosenberg
                                          Kermit A. Rosenberg (D.C. Bar No. 219089)

                                                /s/ Neal Goldfarb
                                          Neal Goldfarb (D.C. Bar No. 337881)

                                          Individually and on behalf of:
                                          Butzel Long Tighe Patton, PLLC
                                          1747 Pennsylvania Avenue, N.W., Suite 300
                                          Washington, D.C. 20006-4604
                                          Telephone: 202.454.2800
                                          Facsimile:  202.454.2805
                                          krosenberg@butzeltp.com
                                          ngoldfarb@butzeltp.com

                                            *Movants*

CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2010, true copies of the foregoing Motion were served electronically using the Court's Electronic Case Filing System upon all parties entitled to receive such notice and upon the Debtor, the United States Trustee, and all creditors and parties in interest set forth on the service list attached to the original Notice of Hearing of and Opportunity to Object to this Motion filed with the Clerk of this Court by first class mail, postage prepaid. The following creditors were also served by email:

| | |
|---|---|
| John Mann | jmann@dishmail.net |
| Ronald B. Patterson, Esq. | ronplegacy@hotmail.com |
| Robert B. Patterson | legalmanagement@yahoo.com |
| David Dort | ddort@dort.com |
| Richard Burt | rburt@maglobal.com |
| CBIZ | JEstrada@CBIZ.com |
| David Castiel | dcastiel@ellipso.com |
| John Page | john.h.page@gmail.com |
| Morris Nichols | wtuthill@mandt.com |
| Leftwich & Ludaway | noludaway@leftwich.com |
| Baker & Botts | skropf@bakerbotts.com |
| Mark Zaid | mark@markzaid.com |
| Lerman Senter, PC | mfaller@shulmanrogers.com |
| Linda Awkard | lawkard@earthlink.net |
| Gerald Helman | ghelman@ellipso.com |
| Vanessa Carpenter Lourie | vlourie@carpenterlourie.com |

              /s/ Kermit A. Rosenberg
              Kermit A. Rosenberg