The order below is hereby signed.

Signed: January 20, 2010.



_S. Martin Teel Jr._____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| ELLIPSO, INC., | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

## REVISED SCHEDULING ORDER

On January 19, 2009, the court held a hearing on various objections to claims.  This order sets forth the following critical dates relating David Castiel's Objection to Proof of Claim of Lerman Senter PLLC (Claim No. 3) (Dkt. No. 504):

**February 5, 2010:**   **Complete discovery.**

**February 8, 2010:**   **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

**February 3, 2010, at 10:30 A.M.:**   **Estimation Hearing**

**March 15, 2010, at 10:30 A.M.:**   **Trial**

It is ORDERED as follows:

1.  These are core proceedings.

2.  All discovery regarding these claims shall be completed by **February 5, 2010**.  All written discovery requests, including interrogatories, requests for production, and depositions upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

3.  Upon the parties' agreement pursuant to paragraph 2, above, by **February 8, 2010,** the parties shall submit:

(1)   a schedule of witnesses substantially in conformance with the Local Official Form attached below (<u>i.e.</u>, setting forth the full name and telephone number of each witness, briefly describing the testimony to be elicited from the witness, and estimating the time needed to elicit such testimony), which schedule shall separately identify those witnesses whom the party expects to present and those whom the party may call if the need arises (but not those whom it expects to elicit testimony only by way of cross-examination), and which will designate expert witnesses (if any) as such by including the designation "expert witness" after the witness's name;

(2)   an exhibit list substantially in conformance with the Local Official Form attached below (<u>i.e.</u>, identifying each exhibit by title and date), which list shall

2

number exhibits sequentially, with the plaintiff(s) using <u>numbers</u> and the defendant(s) using <u>letters</u> (<u>e.g.</u>, A, B, C, <u>etc.</u>, followed by AA, AB, AC, <u>etc.</u>, then BA, BB, BC, <u>etc.</u>), and which shall distinguish between those exhibits that the party expects to offer and those that the party may offer if the need arises;

(3)   number their exhibits (in accordance with their list of exhibits) using exhibit stickers, <u>on each of which shall be placed the case number and claim number for this proceeding</u>;

(4)   furnish copies of the exhibits to the opposing parties; and

(5)   <u>before or at the commencement of the trial</u>, each party shall submit to the clerk of the court (or to the courtroom clerk at the pretrial conference):

(a)   <u>two</u> <u>copies</u> of the party's schedule of witnesses and exhibit list; and

(b)   <u>two</u> <u>copies</u> of the party's exhibits.

4.   On **February 3, 2010, at 10:30 A.M.**, the court will hold a hearing to estimate the claim for purposes of voting for confirmation.

5.   The trial date for the hearing on these matters shall be **February 16, 2010 at 10:30 A.M.**

3

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Mann Technologies; Morton
A. Faller, Esq.; Office of the United States Trustee.

**LOCAL OFFICIAL FORM**

LOCAL OFFICIAL FORM NO. 8

_____'S WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|
| **Name of Witness** | **Brief Description of Testimony to be Elicited** | **Estimated Time to Elicit Testimony** | **Date Called*** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*For Court Use

Page ____

5

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use