The order below is hereby signed.

Signed: January 20, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
ELLIPSO, INC.,                 )      Case No. 09-00148
                               )      (Chapter 11)
          Debtor.             )

<u>AMENDED SCHEDULING ORDER</u>

On January 19, 2010, the court held a hearing on various objections to claims.  This order sets forth the following critical dates relating to Mann Technologies, LLC's Objection to the Scheduled Claim of Leftwich and Ludaway, LLC (Dkt. No. 497):

**February 26, 2010:**    **Complete discovery.**

**March 4, 2010:**        **Furnish to opponents copies of exhibits and a copy of exhibit and witness list.**

**February 4, 2010:**     **Estimation Hearing**

**March 31, 2010, at 10:30 A.M.:**    **Trial**

It is ORDERED as follows:

    1.  These are core proceedings.

    2.  All discovery regarding these claims shall be completed by **February 26, 2010**.  All written discovery requests, including

interrogatories, requests for production, and depositions upon
written questions shall be made at a sufficiently early date to
assure that the time for response expires before the discovery
completion deadline.

3. Upon the parties' agreement pursuant to paragraph 2,
above, by **March 4, 2010,** the parties shall submit:

(1)    a schedule of witnesses substantially in conformance
       with the Local Official Form attached below (_i.e.,_
       setting forth the full name and telephone number of
       each witness, briefly describing the testimony to be
       elicited from the witness, and estimating the time
       needed to elicit such testimony), which schedule shall
       separately identify those witnesses whom the party
       expects to present and those whom the party may call if
       the need arises (but not those whom it expects to
       elicit testimony only by way of cross-examination), and
       which will designate expert witnesses (if any) as such
       by including the designation "expert witness" after the
       witness's name;

(2)    an exhibit list substantially in conformance with the
       Local Official Form attached below (_i.e.,_ identifying
       each exhibit by title and date), which list shall
       number exhibits sequentially, with the plaintiff(s)
       using _numbers_ and the defendant(s) using _letters_ (_e.g.,_

2

A, B, C, <u>etc.</u>, followed by AA, AB, AC, <u>etc.</u>, then BA, BB, BC, <u>etc.</u>), and which shall distinguish between those exhibits that the party expects to offer and those that the party may offer if the need arises;

(3) number their exhibits (in accordance with their list of exhibits) using exhibit stickers, <u>on each of which shall be placed the case number and claim number for this proceeding</u>;

(4) furnish copies of the exhibits to the opposing parties; and

(5) <u>before or at the commencement of the trial</u>, each party shall submit to the clerk of the court (or to the courtroom clerk at the pretrial conference):

    (a) <u>two</u> <u>copies</u> of the party's schedule of witnesses and exhibit list; and

    (b) <u>two</u> <u>copies</u> of the party's exhibits.

4. On **February 4, 2010, at 2:00 P.M.**, the court will hold a hearing to estimate the claim for purposes of voting for confirmation.

5. The trial date for the hearing on these matters shall be **March 15, 2010, at 10:30 A.M.**

                                [Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Mann Technologies; Office of the United States Trustee.

Leftwich & Ludaway, LLC

3

ATTN: Matthew H. Goodman
1400 K Street, NW
Suite 1000
Washington, DC 2005-2403

**LOCAL OFFICIAL FORM**

LOCAL OFFICIAL FORM NO. 8

_____'S WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|
| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page ____

5

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*For Court Use