**FILED**

UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA

JAN 2 2 2010

Clerk, U.S. District and
Bankruptcy Courts

---

In re ELLIPSO, INC.,

      Debtor.

: No. 09-001-48
: Chapter 11

---

## CREDITOR LEFTWICH & LUDAWAY'S OPPOSITION TO OBJECTION FILED BY MANN TECHNOLOGIES, LLC. AND REQUEST FOR FEES

LEFTWICH & LUDAWAY, LLC, hereby opposes the objection to the scheduled claim filed by Mann Technologies, LLC, ("Mann Technologies"), and in support thereof states as follows:

1. Mann Technologies' objection is baseless and appears to be a calculated attempt to turn these proceedings into a circus show. Leftwich & Ludaway represented Ellipso, Inc., ("Ellipso") from January 2004 until late 2007, in *Ellipso v. Mann Technologies*, et al., Case No. 05cv1186. In 2007, Leftwich & Ludaway was granted leave to withdraw as Ellipso's counsel in the case. The firm withdrew as counsel while discovery was still on-going. At the time, the firm withdrew as Ellipso's counsel, the firm had unpaid legal fees and expenses, which were the basis for the claim filed in this bankruptcy proceeding.

Ellipso was represented by other counsel for the remainder of discovery and at trial in *Ellipso v. Mann Technologies*, et al. As Mann Technologies is aware, Leftwich & Ludaway did not represent Ellipso during the time that Ellipso was sanctioned and the firm was not involved in any discovery abuses. Indeed, Mann Technologies did not accuse Leftwich & Ludaway of engaging in improper conduct during the underlying proceeding to which the fees that gave rise to the firm's claim relate.

2.    Because Leftwich & Ludaway is an unsecured creditor in this proceeding, it is unlikely that it will be compensated for the legal services it provided to Ellipso more than three years ago outside of this bankruptcy. Leftwich & Ludaway is a small firm and thus cannot squander its limited resources as a party to this case. In the event that Mann Technologies objection is not summarily dismissed, Leftwich & Ludaway asks to withdraw its claim and be dismissed from this action.

WHEREFORE, Leftwich & Ludaway respectfully requests that the objection filed by Mann Technologies be denied and that it be awarded costs incurred in connection with the instant opposition.

By: *Natalie O Ludaway*
Natalie O. Ludaway
Bar Number 40549
Matthew H. Goodman
Bar. Number #445404
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
(202) 434-9100
*noludaway@leftwichlaw.com*
*mgoodman@leftwichlaw.com*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2010, a true copy of the foregoing Creditor Leftwich & Ludaway's Opposition to Objection Filed by Mann Technologies, LLC, and Request For Fees was served upon the Debtor, the United States Trustee and all creditors and parties in interest set forth on the service list attached to the original Notice of Hearing of and Opportunity to Object to this Motion filed with the Clerk of this Court by first class mail, postage prepaid:

| | |
|---|---|
| John Mann | jmann@dishmail.net |
| Ronald B. Patterson, Esq. | ronplegacy@hotmail.com |
| Robert B. Patterson | legalmanagement@yahoo.com |
| David Dort | ddort@dort.com |
| Martha L. Davis, Esq. | martha.davis@usdoj.gov |
| Richard Burt | rburt@maglobal.com |
| CBIZ | JEstrada@CBIZ.com |
| David Castiel | dcastiel@ellipso.com |
| John Page | john.h.page@gmail.com |
| Morris Nichols | wtuthil@mandt.com |
| Baker & Botts | skropf@bakerbotts.com |
| Mark Zaid | mark@markzaid.com |
| Lerman Senter, PC | mfaller@shulmanrogers.com |
| Linda Awkard | lawkard@earthlink.com |
| Gerald Helman | ghelman@ellipso.com |
| Vanessa Carpenter Lourie | vlourie@carpenterlourie.com |
| Kermit A. Rosenberg | krosenberg@butzeltp.com |
| Neal Goldfarb | ngoldfarb@butzeltp.com |

_/s/ Matthew H. Goodman_
Matthew H. Goodman

3