The order below is hereby signed.

Signed: January 28, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                            )
                                  )    Case No. 09-00148
    ELLIPSO, INC.,                )    (Chapter 11)
                                  )
            Debtor.               )
_____)

**ORDER UPON MOTION OF NEAL GOLDFARB, KERMIT ROSENBERG
AND BUTZEL LONG TIGHE PATTON. PLLC TO ALTER, AMEND
AND RECONSIDER DENIAL OF MOTION TO WITHDRAW
AS COUNSEL FOR THE DEBTOR**

This cause came before the Court for hearing on January 19, 2010, and the Court

having considered the arguments of counsel and the parties, and the Court having

previously granted the motion of the United States Trustee for the appointment of a

Chapter 11 Trustee, it is

ORDERED that Kermit Rosenberg, Neal Goldfarb, and Butzel Long Tighe

Patton, PLLC shall continue to represent the Debtor in the conduct of its duties under 11

U.S.C. § 521(a) in this bankruptcy case and, if this case is converted to a case under Chapter 7, shall represent the Debtor in carrying out its duties to file documents required in connection with conversion and to attend the meeting of creditors pursuant to 11 U.S.C. § 341(a), notwithstanding any actual or perceived conflicts that might otherwise disqualify them from representation; and it is further

ORDERED that Kermit Rosenberg, Neal Goldfarb, and Butzel Long Tighe Patton, PLLC are otherwise excused from representing the Debtor with respect to any matter; and it is further

ORDERED that notwithstanding the continuing representation of the Debtor required by this order, Kermit Rosenberg, Neal Goldfarb, and Butzel Long Tighe Patton, PLLC, may pursue such of their own rights, remedies and processes as they may believe appropriate for the protection of their interests, notwithstanding that such pursuits may be contrary or adverse to the interests of the Debtor; and it is further

ORDERED that Kermit Rosenberg, Neal Goldfarb, and Butzel Long Tighe Patton, PLLC may apply to this Court for further relief in the event that their representation of the Debtor in connection with the duties of the Debtor herein shall present a direct conflict with their rights or interests.

END OF ORDER

Copies to:

Kermit A. Rosenberg, Esquire
William Daniel Sullivan, Esquire
Neal Goldfarb, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-4604

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

David Castiel, President
Ellipso, Inc.
4410 Massachusetts Avenue, N.W.
Suite 385
Washington, DC 20016

David Castiel
2831 44th Street, NW
Washington, DC 20007

John Page
1077 30th Street, NW, #411
Washington, DC 20007

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

Robert B. Patterson
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186

Ronald Patterson, Esq.
P.O. Box 1756
Alexandria, VA 22313