# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA



In re: ELLIPSO, INC.
Case No. 09-0148
    Debtor

## BILL OF COSTS OF ROBERT PATTERSON, CREDITOR

COMES NOW, ROBERT PATTERSON, CREDITOR, and files this Bill of Costs pursuant to the Order of this Court, entered December 9, 2009, (Doc. No.     ), granting Patterson the costs for his Motion to Hold David Castiel in Contempt of Court for failure to comply with the subpoena for bank records; all as authorized by this Court.

In prosecution of that Motion for Contempt, Patterson incurred the following costs:

| | |
|---|---:|
| Travel to Court for filling (120 mi.@ $0.55/mi) | 66.00 |
| Parking | 20.00 |
| Travel to hearing (120 miles @ $0.55/mi.) | 66.00 |
| Parking | 20.00 |
| Postage | 5.20 |
| Printing and copies | 8.00 |
| Printing, copies, and postage for Bill of Costs | 12.60 |
| Travel to Court for filing Bill of Costs | 66.00 |
| Parking | 20.00 |
| Total | $ 283.80 |

Respectfully submitted,

Robert Patterson, Creditor
9330 Harts Mill Road
Warrenton, Va. 20186
(202) 412-2404

**CERTIFICATE OF SERVICE**

  I hereby certify that on _____4/4____, 2010, true copies of the foregoing were served upon the following by first class mail, postage prepaid:

    David Castiel
    2831 44th St., N.W.
    Washington, D.C. 20007

    Martha L. Davis, Esquire
    Office of the United States Trustee
    115 S. Union Street, Room 210
    Alexandria, VA 22314

    Neal Goldfarb, Esquire
    Kermit A. Rosenberg, Esquire
    Butzel, Long, Tighe, Patton, PLLC
    1747 Pennsylvania Avenue, N.W., Third Floor
    Washington, D.C. 20006-4604

          Robert Patterson, Creditor, *pro se*