The order below is hereby signed.

Signed: February 05, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ELLIPSO, INC., | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

ORDER GRANTING MOTION OF CREDITOR DAVID CASTIEL TO HOLD
ROBERT PATTERSON, JOHN MANN, AND JOHN PAGE IN CONTEMPT OF
COURT FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER OF OCTOBER
7, 2009, REGARDING DISCLOSURE OF CONFIDENTIAL BANK INFORMATION

Pursuant to my oral ruling at a hearing held on February 3, 2010, on the Motion of Creditor David Castiel to Hold Robert Patterson, John Mann, and John Page in Contempt of Court for Failure to Comply with this Court's Order of October 7, 2009, Regarding Disclosure of Confidential Bank Information (Dkt. No. 479, filed December 16, 2009), it is

ORDERED that Robert Patterson, John Mann, and John Page are hereby held in contempt of court for failure to comply with the court's October 7, 2009, Order for Production of Documents by Mr. and Mrs. Castiel (Dkt. No. 304). It is further

ORDERED that by February 12, 2010, Robert Patterson, John Mann, and John Page shall file with the court, pursuant to the

court's October 7, 2009, Order for Production of Documents by Mr. and Mrs. Castiel, a writing evidencing John Mann's and John Page's agreement to be bound by the terms of the court's October 7, 2009, Order for Production of Documents by Mr. and Mrs. Castiel. It is further

ORDERED that for every day after February 12, 2010, Robert Patterson, John Mann, and John Page fail to file a writing or writings evidencing John Mann's and John Page's agreement to be bound by the terms of the October 7, 2009, Order for Production of Documents by Mr. and Mrs. Castiel they shall be assessed a fine of $100 per day until such time as they file such a writing evidencing John Mann's and John Page's agreement.

[Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; David Castiel; John Mann; Robert Patterson; John Page; Office of the United States Trustee.