UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA

IN RE: ELLIPSO, INC. ( DEBTOR)
NO. 09-00148
FILED: FEBRUARY 25, 2009
CHAPTER 11


RE: CLAIM NO. 11-2, MANN TECHNOLOGIES, LLC:


REPLY OF CREDITOR MANN TECHNOLOGIES, LLC.,
TO
MOTION OF KERMIT ROSENBERG, NEAL GOLDFARB, THOMAS
PATTON, AND BUTZEL LONG TIGHE PATTON, PLLC
FOR
A MORE SPECIFIC STATEMENT OF THE GROUNDS
FOR
AMENDED PROOF OF CLAIM NO. 11-2 OF MANN
TECHNOLOGIES, LLC.

COMES NOW, CREDITOR MANN TECHNOLOGIES, LLC, ("MannTech") and files this Reply to the instant Motion for a More Specific Statement of the Grounds for Amended Proof of Claim No. 11-2, filed by this Creditor. This Claim, No. 11-2 was filed approximately three months ago, and is set for an estimation hearing next week, on February 16, 2010. MannTech asks that the instant Motion be DENIED on the following basis:

1. The Motion is untimely as discovery cut off was February 5, 2010.

2. The Motion is untimely pursuant to the Orders of this Court. On December 22, 2010, the movants were granted until December 26, 2009, to file any motions seeking a more specific statement for MannTech's Claim No. 11-2. The instant motion was not filed until February 4, 2010, and is untimely. No alteration of this Court's prior Scheduling Order is sought.

1

3. The Motion fails to meet procedural requirements. The Notice accompanying the Motion seeks to schedule a hearing on the Motion on four (4) days notice, in violation of the fourteen (14) day response time required by the Federal Rules of Bankruptcy Procedure. No motion is made to shorten time; nor is this Motion submitted as an emergency motion.

4. The Motion appears to be filed in bad faith as it is vexatious, harassing, and designed to inhibit MannTech's preparations for the multiple hearings scheduled for February 16, 2010. The Notice seeks to set a hearing on Monday, February 8, 2010, the day that pretrial exhibits and witness lists are due for filing. Attendance at such a hearing on February 8, 2010, would require attendance not only be MannTech's counsel, but also John Mann and Robert Patterson. As each of these individuals would have to travel extended distances to attend a hearing, practically their entire day would be consumed, with little time left to accomplish the pretrial requirements. As the Movants are well aware, such a diversion of the key personnel (in fact only personnel) available to prepare for the February 16, 2010, hearings would be extraordinarily detrimental to the respondents.

5. Moreover, the Motion asks this Court to require a response to the interrogatories on Friday, February 12, 2010, -- four (4) days later, and one (1) business day before trial. Such a diversion of respondent's limited resources would disrupt and inhibit preparations for the February 16, 2010, trials and hearings. Respondents have other commitments that week in addition to this matter which make such a short response time unrealistic as well as abusive.

6. Even if such a hearing on Monday, February 8, 2010, were scheduled, the continuing blizzard renders it highly unlikely that anyone could attend, especially the respondents who would be traveling from west of Warrenton, Virginia, (assuming they could get dug out from the remote rural area where they reside.)

7. Even if this were a proper discovery request, MannTech has been given no opportunity to respond, and movants have failed to meet and confer with MannTech as required prior to filing such a motion to compel discovery.

WHEREFORE, MannTech asks that the Motion for a More Specific Statement of the Grounds for MannTech's Amended Proof of Claim No. 11-2, be DENIED.

Respectfully submitted

_____ /s/_____
Ronald B. Patterson, Esq.
Counsel for Mann Technologies, LLC.
D.C. Bar No.  224915
P.O. Box 1756
Alexandria, Virginia 22313
(571) 274-0782

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 5, 2010, true copies of the foregoing Reply was served via email upon the Debtor, the United States Trustee, and William Sullivan, and by first class mail, postage prepaid upon:

        Martha L. Davis, Esquire
        Office of the United States Trustee
        115 S. Union Street, Room 210
        Alexandria, VA 22314

        William Daniel Sullivan, Esquire
        Kermit A. Rosenberg, Esquire
        Butzel, Long, Tighe, Patton, PLLC
        1747 Pennsylvania Avenue, N.W., Third Floor
        Washington, D.C.  20006-4604


    /s/ Ronald B. Patterson, Esq.