UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| ELLIPSO, INC. | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

FILED
FEB 1 3 2010
Clerk
U.S. Bankruptcy Court for D.C.

DAVID CASTIEL'S
LIST OF WITNESSES AND EXHIBITS
RELATED TO OBJECTIONS TO CLAIM OF DAVID CASTIEL
(CLAIM No. 14)

Case No. 09-00148    Chap 11            Ellipso, Inc.

Re. David Castiel's Claim No. 14

LOCAL OFFICIAL FORM

LOCAL OFFICIAL FORM NO. 8

**David Castiel** 'S WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|---|---|---|---|
| Hon. Whitten Peters | Compensation Practices | 10 minutes | 2/16/10 |
| David Castiel | Proof of Claim | 20 minutes | 2/16/10 |
| Robert Patterson | Compensation Practices | 10 minutes | 2/16/10 |

*For Court Use

Page ____

6

46407039293020

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| A | Exhibits in Proof of Claim | | |
| B | MCHI Comp. Comm. 10/30/92 | | |
| C | MCHI Salary 6/7/94 | | |
| D | MCHI Board 3/1/01 | | |
| E | MCHI ELlipso Board 12/1/03 | | |
| F | Patterson Invoice 4/23/04 | | |
| G | Letter to Patterson 4/27/04 | | |
| H | Excerpt of Trial Transcript | | |
| I | Exhbits in Responses to Objection | | |

*For Court Use