LOCAL OFFICIAL FORM NO. 8

**Joint Mann Tech, Mann and Patterson**

_____'S WITNESS AND EXHIBIT RECORD

**Burt Scheduled Claim**

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|
| | | | |

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|-----------------|----------------------------------------------|------------------------------------|--------------|
| **Richard Burt** | **Basis of Claim** | **30 min** | |
| **David Castiel** | **Basis of Burt Claim** | **30 minutes** | |
| **John Page** | **Ellipso financial records** | **10 minutes** | |
| **Kermit Rosenberg** | **Scheduling of Burt Claim** | **5 minutes** | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page ____

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| 1 | Mann/MannTech/ Patterson Proof of Claim Complaint and complaint exhibits | | |
| 2 | all of exhibits of John Page's Objection to Castiel Claim #14 | | |
| 3 | Exhibit of Neal Goldfarb et al objecting to RICO etc | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page _____