LOCAL OFFICIAL FORM NO. 8

**Joint Mann Tech, Mann and Patterson**
_____'S WITNESS AND EXHIBIT RECORD

**Castiel Claim 14 and Helman Claim 15**

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|
| | | | |

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|-----------------|-----------------------------------------------|------------------------------------|--------------|
| **David Castiel** | **Basis of Castiel Claim** | **30 min** | |
| **John Page** | **Compensation of Castiel and Debtor's records regarding same** | **30 minutes** | |
| **John Mann** | **Castiel role in Debtor's tortious acts** | **30 minutes** | |
| **Robert Patterson** | **Castiel role in Debtor's tortious acts** | **30 minutes** | |
| **Richard Burt** | **Board Actions re Ellipso Officer compensation** | **30 minutes** | |
| **F. Whitten Peters** | **Board Actions re Ellipso Officer compensation** | **10 minutes** | |
| **Linda Awkard** | **Castiel role in Debtor's tortious acts** | **10 minutes** | |
| **Kermit Rosenberg** | **Debtor's Schedules of Claim #14** | **20 minutes** | |
| **Neal Goldfarb** | **Debtor's Schedules of Claim #14** | **20 minutes** | |
| | | | |
| | | | |

*For Court Use

Page ____

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| 1 | **Mann/MannTech/ Patterson Proof of Claim Complaint and complaint exhibits** | | |
| 2 | **all of exhibits of John Page's Objection to Castiel Claim #14** | | |
| | **Exhibit of Neal Goldfarb et al objecting to RICO etc** | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page _____