LOCAL OFFICIAL FORM NO. 8

_____ **Mann Tech** 's WITNESS AND EXHIBIT RECORD

**Awkard's Claim 16 & Post-petition fee application**

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|------|----------------------|-----------|-------------|
|      |                      |           |             |

| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
|---|---|---|---|
| **Linda Awkard** | **Claim** | **30 min** | |
| **David Castiel** | **Claim and Relationship of claimant with Debtor/Castiel** | **30 minutes** | |
| **John Page** | **Claim and Relationship of claimant with Debtor/Castiel** | **10 minutes** | |
| John Mann | **Claim and Relationship of claimant with Debtor/Castiel** | **10 minutes** | |
| Kermit Rosenberg | **Validity of Claim** | **20 minutes** | |
| Neal Goldfarb | **Validity of Claim** | **20 minutes** | |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*For Court Use

Page ____

| Exhibit Number | Description | ID* | Date Admitted* |
|---|---|---|---|
| 1 | Mann/MannTech/ Patterson Proof of Claim Complaint and complaint exhibits | | |
| 2 | Exhibit of Neal Goldfarb et al objecting to RICO etc claims | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page _____