UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA

In re:  Ellipso, Inc., No. 09-00148
Chapter 11
Filed:  February 25, 2009



OBJECTION TO THE CLAIM
OF
LINDA AWKARD AND AWKARD AND ASSOCIATES, CHARTERED

Comes Now, Creditor, Robert B. Patterson, pro se, and joins in the Objection to the Claim of Awkard & Associates, Chartered, filed by Creditor, Mann Technologies, LLC.

This Objection adopts and incorporates the Mann Technologies, LLC, Objection.

Respectfully submitted,

Robert B. Patterson, Creditor, pro se
9330 Harts Mill Road
Warrenton, VA 20186
(202) 412-2404

## CERTIFICATE OF SERVICE

I hereby certify that on _Feb 25_, 2010, a true copy of the foregoing Objection to Claim was served upon the following by first class mail, postage prepaid:

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Wendell W. Webster, Esquire
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

Linda Awkard, Esquire
Awkard & Associates, Chartered
4201 Cathedral Ave., NW
#1416 West
Washington, D.C. 20016

Robert B. Patterson