The order below is hereby signed.

Signed: March 02, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-00148 |
| ELLIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Order Upon Motion of Kermit Rosenberg, Neal Goldfarb,
Thomas E. Patton, and Butzel Long Tighe Patton, PLLC
for Leave (1) to File Unsecured Claims after the Bar Date,
(2) to File Objections to John Mann's Proposed Plan of Reorganization,
and (3) to Vote on John Mann's Proposed Plan of Reorganization**

This case came before the Court on February 16, 2010, upon the motion of Kermit Rosenberg, Neal Goldfarb, Thomas E. Patton, and Butzel Long Tighe Patton, PLLC ("Movants") for leave (1) to file unsecured claims after the bar date, (2) to file objections to John Mann's proposed plan of reorganization, and (3) to vote on John Mann's proposed plan of reorganization (DE 693), and the oppositions thereto (DE 711, 718). A predicate of the motion is that Movants are named as defendants in *Mann, et al. v. Castiel, et al.,* No. 09-cv-2137 (RCL) (D.D.C.) (the "DC Action"), alleging pre-petition claims against the

1

Movants. Upon inquiry by the Court, each of John Mann, Mann Technologies, LLC, Robert Patterson, and The Registry Solutions Company, being all of the plaintiffs in the DC Action, represented that they do not have and shall not assert any "pre-petition" claim against any of the Movants, that is any claim which, if asserted against the Debtor, would have made any of the said plaintiffs a creditor of the Debtor for purposes of filing a proof of claim against the Debtor under 11 U.S.C. § 501(a).  Counsel for Movants agreed that, as a result of those representations, their motion is moot with respect to the request for leave to file unsecured claims after the bar date and the request for leave to vote on John Mann's proposed plan or reorganization.

Based on the foregoing, and on the parties' arguments, it is hereby

ORDERED that Movants' motion to file unsecured claims after the bar date and to vote on John Mann's proposed plan or reorganization be and hereby is denied as moot; and it is further

ORDERED that Movants' motion for leave to file objections to John Mann's proposed plan of reorganization be and hereby is granted, and the said objections (DE 695) are hereby deemed properly filed, without prejudice to any determination regarding the standing of Movants to object to the proposed plan; and it is further

ORDERED that this order is without prejudice to any right of Movants to assert a post-petition claim based upon the DC Action.

**END OF ORDER**

2

AGREED:


  /s/ William Daniel Sullivan
William Daniel Sullivan, Esquire
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006-4604
*Counsel for Movants*



  /s/ John Mann
John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186
*Pro Se*



  /s/ Robert B. Patterson
Robert B. Patterson
c/o John Mann
9330 Harts Mill Rd.
Warrenton, VA 20186
*Pro Se*



  /s/ Ronald B. Patterson
Ronald B. Patterson, Esq.
P.O. Box 1756
Alexandria, VA 22313
*Counsel for Mann Technologies, LLC, and
   The Registry Solutions Company*


Copies to each of the above and:

John Page
1077 30th Street, N.W., # 411
Washington, D.C. 20007

Wendell W. Webster, Esquire
Webster, Fredrickson, Correia & Puth
1775 K Street, N.W., Suite 600
Washington, DC 20006


3