**The order below is signed, and the claims (proofs of claim numbers 8 and 9) are allowed as a joint claim.  Dated: March 5, 2010.**

S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )
                                      )      Case No. 09-00148
     ELLIPSO, INC.,                   )      (Chapter 11)
                                      )
          Debtor.                     )
                                      )

**ORDER ON OBJECTION TO PROOF OF CLAIM 8**

This case is before the Court on the Debtor's objection to Proof of Claim No. 8, filed by John B. Mann. Having considered the objection and the response thereto, and having conducted a hearing at which the Court heard argument and testimony on the objection, it is hereby, for the reasons stated on the record,

ORDERED that Proof of Claim No. 8 and Proof of Claim No. 9 (filed by Mann Technologies, LLC) constitute a single joint claim, and that Proofs of Claim No. 8 and 9 are together entitled to only a single vote with respect to the proposed plan of reorganization submitted by John B. Mann.

**END OF ORDER**

Copies to:

Kermit A. Rosenberg, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604

John B. Mann
9330 Harts Mill Rd.
Warrenton, VA 20186

Ronald B. Patterson, Esq.
P.O. Box 1756
Alexandria, VA 22313

Wendell W. Webster, Esq.
Webster, Fredrickson, Correia & Puth
1775 K Street, N.W., Suite 600
Washington, DC 20006