CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
MAR 15 2010
Clerk
U.S. Bankruptcy Court for D.C.

Date: 03/15/2010   Time: 10:30

09-00148 Ellipso, Inc. : Chapter 11

Kermit A. Rosenberg representing Ellipso, Inc. (Debtor)
Linda M. Correia and Natalie S. Walker representing Wendell W. Webster (Trustee)
Martha L. Davis representing U. S. Trustee for Region Four 11 (U.S. Trustee)

[366] Objection to Claim Number 6,7,10,11 by Claimant Robert Patterson, John Mann, The Registry Solutions Co, Mann Technologies LLC. Filed by Ellipso, Inc.

Movant: Ellipso, Inc. BY K Rosenberg;

[392] Motion to Convert Case to Chapter 7, with conversion to take place no earlier than December 8, 2009. Fee Amount $25 Filed by Ellipso, Inc.

Movant: Ellipso, Inc. BY K Rosenberg;

[443] Interim Application for Compensation for Kermit A. Rosenberg, Debtor's Attorney, Fee: $148689.00, Expenses: $1496.14, for Ellipso, Inc., Debtor's Attorney, Fee: $148689.00, Expenses: $1496.14. Filed by Kermit A. Rosenberg, Ellipso, Inc. (Attachments: # (1) Exhibit A - billing detail# (2) Exhibit B - Summary Sheet for Services in Support of Applicationn# (3) Proposed Order)

Movant: Kermit Rosenberg  Ellipso, Inc. BY K Rosenberg;

[638] Amended Scheduling Order  Order entered on 1/21/2010. Discovery due by 2/5/2010. Estimation Hearing set for 2/3/2010 at 10:30 AM at Courtroom 1. Trial date set for 3/15/2010 at 10:30 AM at Courtroom 1. Regarding DE# [504] Objection to Claim #3 of Lerman Senter PLLC filed by David Castiel (Myers, Sally) Modified on 2/3/2010 TO CREATE LINKAGE (Myers, Sally).

[799] EXPEDITED Motion of David Castiel for Partial Reconsideration of Order to Turnover Property of Debtor, Clarification of Order and Establishment of Procedures Under Order  Filed by David Castiel (Re: Related Document(s) #:[786] Order Directing Compliance.)

Movant: David Castiel (no aty)

[170] Objection to Claim Number 6 by Claimant Robert B. Patterson. Filed by Ellipso, Inc. (Attachments: # (1) Proposed Order)

Movant: Ellipso, Inc. BY K Rosenberg;

[174] Objection to Claim Number 7 by Claimant John B. Mann. Filed by Ellipso, Inc. (Attachments: # (1) Proposed Order)

Movant: Ellipso, Inc. BY K Rosenberg;

* [185] Objection to Claim Number 11 by Claimant Mann Technologies, LLC. Filed by Ellipso, Inc. (Attachments: # (1) Proposed Order)

    Movant: Ellipso, Inc. BY K Rosenberg;

  [269] Objection to Claim Number 14 by Claimant David Castiel. Filed by John H. Page    (Attachments: # (1) Proposed Order)

    Movant: John Page (no aty)

  [275] Objection to Claim Number 15 by Claimant Gerald Helman. Filed by John H. Page    (Attachments: # (1) Proposed Order)

    Movant: John Page (no aty)

~~OTHER PERTINENT DOCKET ENTRIES:~~ APPEARANCES:

DE# __  Neal Goldfarb for D            DE# __  Ron Patterson - Mann Technologies
DE# __  Wendell Webster - Trustee      DE# __  John Mann
DE# __  John Page - pro se             DE# __  Gerald Hellman pro se
DE# __  Robt. Patterson                DE# __

DISPOSITIONS:
    Granted    _____         Sustained  _____         Denied      _____
    Overruled  _____         Withdrawn  _____         Under Adv.  _____
    Moot       _____         Consent    _____         Dismissed   _____
    Continued to: _____, 20___, AT ___:___ ___.M.
    Proposed Order To Be Submitted By ___/___/___
           By [ ]Court    [ ]Movant    [ ]Opposing Party    [ ]Trustee  []Jointly
DECISION:
[ ]  Signed by Court       [ ]  Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel          [ ]  Court
     [ ]  Respondent's counsel      [ ]  Other _____
NOTES:

_____
_____
_____
_____
_____

_____
S. Martin Teel, Jr., United States Bankruptcy Judge