The order below is hereby signed.

Signed: March 15, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br><br>ELLIPSO, INC.,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 09-00148 |

### ORDER OVERRULING OBJECTIONS OF MANN TECHNOLOGIES, LLC, AND ROBERT PATTERSON TO CLAIM NO. 4 OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP

This matter having come before this Court upon the Objection to the Claim of Morris, Nichols (the "Mann Objection"), filed by Mann Technologies, LLC, the Objection to the Claim #4 of Morris, Nichols, Arsht & Tunnell, LLP, filed by Robert Patterson (the "Patterson Objection, and together with the Mann Objection, the "Objections"), and the Response of Morris, Nichols, Arsht & Tunnell LLP to Objections of Mann Technologies, LLC, and Robert Patterson to Claim No. 4 of Morris, Nichols, Arsht & Tunnell LLP (the "Response"), this Court finds that (i) it has jurisdiction over the matters raised in the Objections pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) proper and adequate notice

of the Objections and the Response and the opportunity for a hearing thereon have been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for overruling the Objections after having given due deliberation upon the Objections, the Response, and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Objections are overruled.

2. This Court retains jurisdiction to enforce and implement the terms of this Order and to resolve all disputes related thereto.

**END OF ORDER**

cc:

Kermit A. Rosenberg, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Third Floor
Washington, D.C. 20006-4604
Counsel to the Debtor

Martha L. Davis, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Robert B. Patterson
9330 Harts Mill Road
Warrenton, VA 20186

Ronald B. Patterson, Esq.
P.O. Box 1756
Alexandria, VA 22313
*Counsel to Mann Technologies, LLC*

J. Eric Crupi
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006
*Co-counsel for Morris Nichols*

Jason W. Harbour
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
*Co-counsel for Morris Nichols*

Gregory W. Werkheiser
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
*Co-counsel for Morris Nichols*