CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 03/25/2010  Time: 10:30

FILED
MAR 25 2010
Clerk
U.S. Bankruptcy Court for D.C.

09-00148 Ellipso, Inc. : Chapter 11

Kermit A. Rosenberg representing Ellipso, Inc. (Debtor)
Linda M. Correia and Natalie S. Walker representing Wendell
W. Webster (Trustee)
Martha L. Davis representing U. S. Trustee for Region Four
11 (U.S. Trustee)

[335] Objection to Claim Number 1 by Claimant  John Page.
Filed by David Castiel   (Attachments: # (1) Proposed
Order)

 Movant: David Castiel (no aty)

[366] Objection to Claim Number 6,7,10,11 by Claimant Robert
Patterson, John Mann, The Registry Solutions Co, Mann Technologies
LLC.  Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[392]  Motion to Convert Case to Chapter 7 , with conversion
to take place no earlier than December 8, 2009.  Fee Amount
$25 Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[443] Interim Application for Compensation  for Kermit A.
Rosenberg, Debtor's Attorney, Fee: $148689.00, Expenses:
$1496.14, for Ellipso, Inc., Debtor's Attorney, Fee: $148689.00,
Expenses: $1496.14. Filed by Kermit A. Rosenberg, Ellipso,
Inc.  (Attachments: # (1) Exhibit A - billing detail# (2)
Exhibit B - Summary Sheet for Services in Support of Applicationn#
(3) Proposed Order)

Movant: Kermit Rosenberg  Ellipso, Inc. BY K Rosenberg;

[799] EXPEDITED Motion of David Castiel for Partial Reconsideration
of Order to Turnover Property of Debtor, Clarification of
Order and Establishment of Procedures Under Order  Filed
by David  Castiel  (Re: Related Document(s) #:[786] Order
Directing Compliance.)

 Movant: David Castiel (no aty)

[170] Objection to Claim Number 6 by Claimant Robert B. Patterson.
Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[174] Objection to Claim Number 7 by Claimant John B. Mann.
Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[185] Objection to Claim Number 11 by Claimant Mann Technologies, LLC. Filed by Ellipso, Inc. (Attachments: # (1) Proposed Order)

Movant: Ellipso, Inc. BY K Rosenberg;

[269] Objection to Claim Number 14 by Claimant David Castiel. Filed by John H. Page   (Attachments: # (1) Proposed Order)

Movant: John Page (no aty)

~~OTHER PERTINENT DOCKET ENTRIES:~~ APPEARANCES:

DE# _____ Neal Goldfarb - D            DE# _____ James Bailey pro se
DE# _____ David Castiel - pro se       DE# _____ John Mann pro se
DE# _____ Wendell Webster - trustee    DE# _____ Robt. Patterson pro se
DE# _____                              DE# _____ John Page pro se
                                       Ron. Patterson - Mann Tech., Inc.
                                       and The Registry...

DISPOSITIONS:
    Granted _____          Sustained _____        Denied _____
    Overruled _____        Withdrawn _____        Under Adv. _____
    Moot _____             Consent _____          Dismissed _____
    Continued to: 4/5/2010, + 4/26/10 + 4/27/10, 20___, AT 10:00 A.M.
    Proposed Order To Be Submitted By ___/___/___
        By [ ]Court  [ ]Movant  [ ]Opposing Party  [ ]Trustee  []Jointly
DECISION:
[ ] Signed by Court       [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel           [ ] Court
    [ ] Respondent's counsel       [ ] Other _____
NOTES:

(1) Turnover of computer info. (see Dkt. No. 799) is addressed. Webster to submit order.
(2) Ct. sustains the Objection (Dkt. No. 838), to Proposed "Consent" Order estimating claims of Patterson, Mann, etc.


_____
S. Martin Teel, Jr., United States Bankruptcy Judge