ntcftrn (08/08)



In Re: **Ellipso, Inc.**

United States Bankruptcy Court for the District of Columbia

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280

www.dcb.uscourts.gov

Case No.: **09–00148**

Chapter: **11**

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION
================================================================

A transcript of the proceeding held on was filed on 4/1/10 . The following deadlines apply:

The parties have until 4/8/10 [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* under Fed. R. Bankr. P. 9037 is 4/22/10 [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due 5/3/10 [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/30/10 [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Bowles Reporting Service 860–464–1083 or you may view the document at the clerk's office's public terminal.

For the Court:

Clerk of the Court

Dated: 4/1/10

By:
sm