UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Case No. 09-00148 |
| ) | (Chapter 11) |
| ELLIPSO, INC. ) | |
| ) | |
| Debtor ) | |
| ) | |

### NOTICE OF DAVID CASTIEL OF JOINDER IN JOINT RESPONSE AND OPPOSITION OF THE DEBTOR, KERMIT A. ROSENBERG AND NEAL GOLDFARB TO MOTION OF JOHN B. MANN TO CLARIFY OR, IN THE ALTERNATIVE, AMEND HIS "FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION" CONCERNING THE TREATMENT OF CERTAIN CONTINGENT, SUBORDINATED UNSECURED CLAIMS

Creditor David Castiel hereby gives notice of his joinder in the Joint Response and Opposition of the Debtor, Kermit A. Rosenberg and Neal Goldfarb to Motion of John B. Mann to Clarify or, in the alternative, Amend his First Amended chapter 11 Plan of Reorganization" concerning the Treatment of Certain Contingent, Subordinated Unsecured Claims (Dkt. 858).

Respectfully submitted

David Castiel, *pro se*

April 1, 2010

**FILED**
APR 0 1 2010
Clerk, U.S. District and Bankruptcy Courts

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2010, the foregoing **NOTICE OF GERALD HELMAN OF JOINDER IN JOINT RESPONSE AND OPPOSITION OF THE DEBTOR, KERMIT A. ROSENBERG AND NEAL GOLDFARB TO MOTION OF JOHN B. MANN TO CLARIFY OR, IN THE ALTERNATIVE, AMEND HIS "FIRST AMENDED CHAPTER 11 PLAN OF REORGANIZATION" CONCERNING THE TREATMENT OF CERTAIN CONTINGENT, SUBORDINATED UNSECURED CLAIMS** was delivered by hand to the court and true copies were served upon the following by first class mail, postage prepaid:

Wendell Webster
Webster, Fredrickson, Correia & Puth, P.L.L.C.
1775 K Street, NW
Suite 600
Washington, DC 20006

Martha Davis, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Kermit Rosenberg, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue NW 3rd Floor
Washington DC 20006-4604

Neal Goldfarb, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue NW 3rd Floor
Washington DC 20006-4604

David Castiel
2831 44th Street, NW
Washington
DC 20007

Richard Burt
900 17th Street, NW
Washington, DC 20006

Laury Blakley
897 Station Street
Herndon, VA 20170

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

_____
David Castiel