The order below is hereby signed.

Signed: April 09, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | |
|---|---|---|
| | ) | Case No. 09-00148 |
| ELLIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER UPON EXPEDITED MOTION OF JOHN B. MANN TO CLARIFY OR,
IN THE ALTERNATIVE, AMEND HIS "FIRST AMENDED CHAPTER 11 PLAN
OF REORGANIZATION" CONCERNING THE TREATMENT OF CERTAIN
CONTINGENT, SUBORDINATED UNSECURED CLAIMS**

This cause came before the Court upon the Expedited Motion (DE 828) of John

B. Mann to Clarify or, in the Alternative, Amend his First Amended Chapter 11 Plan of

Reorganization Concerning the Treatment of Certain Contingent, Subordinated

Unsecured Claims, and it appearing to the Court that the movant has the right to file an

amended plan pursuant to 11 U.S.C. § 1127, without leave of Court, and that the movant

has not, at this time, filed either plan or disclosure statement containing the amendments suggested in his motion, it is

ORDERED that the motion (DE 828) be, and the same hereby is, DENIED as moot, without prejudice to the filing by the movant of any amended plan and/or disclosure statement.

**END OF ORDER**

Copies to:

Richard Burt
900 17th St., N.W.
Washington, D.C. 20006

Gerald Helman
2900 Maplewood Place
Alexandria, Virginia 22302

David Castiel
2831 44th St. N.W.
Washington D.C. 20007

Laury Blakley,
897 Station Street
Herndon, VA 20170

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Wendell W. Webster, Esquire
Webster, Frederickson, Correia and Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

and

John B. Mann
9330 Harts Mill Road
Warrenton, Virginia 20186