CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 04/26/2010 Time: 10:00

FILED

APR 2 6 2010

Clerk
U.S. Bankruptcy Court for D.C.

09-00148 Ellipso, Inc. : Chapter 11

Kermit A. Rosenberg representing Ellipso, Inc. (Debtor)
Linda M. Correia and Natalie S. Walker representing Wendell
W. Webster (Trustee)
Martha L. Davis representing U. S. Trustee for Region Four
11 (U.S. Trustee)

[335] Objection to Claim Number 1 by Claimant John Page.
Filed by David Castiel   (Attachments: # (1) Proposed
Order)

Movant: David Castiel (no aty)

[366] Objection to Claim Number 6,7,10,11 by Claimant Robert
Patterson, John Mann, The Registry Solutions Co, Mann Technologies
LLC. Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[392]   Motion to Convert Case to Chapter 7 , with conversion
to take place no earlier than December 8, 2009.  Fee Amount
$25 Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[443] Interim Application for Compensation  for Kermit A.
Rosenberg, Debtor's Attorney, Fee: $148689.00, Expenses:
$1496.14, for Ellipso, Inc., Debtor's Attorney, Fee: $148689.00,
Expenses: $1496.14. Filed by Kermit A. Rosenberg, Ellipso,
Inc. (Attachments: # (1) Exhibit A - billing detail# (2)
Exhibit B - Summary Sheet for Services in Support of Applicationn#
(3) Proposed Order)

Movant: Kermit Rosenberg  Ellipso, Inc. BY K Rosenberg;

[170] Objection to Claim Number 6 by Claimant Robert B. Patterson.
Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[174] Objection to Claim Number 7 by Claimant John B. Mann.
Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[185] Objection to Claim Number 11 by Claimant Mann Technologies,
LLC. Filed by Ellipso, Inc.  (Attachments: # (1) Proposed
Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[269] Objection to Claim Number 14 by Claimant  David Castiel.
Filed by  John H. Page   (Attachments: # (1) Proposed Order)

Movant: John Page (no aty)

OTHER PERTINENT DOCKET ENTRIES:

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DISPOSITIONS:
    Granted _____        Sustained _____        Denied _____
    Overruled _____      Withdrawn _____        Under Adv. _____
    Moot _____           Consent _____          Dismissed _____
    Continued to: __4/27_____, 20_10_, AT _10_:_A m___.M.
    Proposed Order To Be Submitted By ___/___/___
        By [ ]Court    [ ]Movant    [ ]Opposing Party    [ ]Trustee   []Jointly

DECISION:
[ ]  Signed by Court        [ ]  Filed by Counsel
[ ]  To be prepared by:
    [ ]  Movant's counsel           [ ]  Court
    [ ]  Respondent's counsel       [ ]  Other _____

NOTES:

_____

_____

_____

_____

_____

                        _/s/ S. Martin Teel, Jr._____
                        S. Martin Teel, Jr., United States Bankruptcy Judge