The order below is hereby signed.

Signed: April 29, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ELLIPSO, INC., | ) | Case No. 09-00148 |
| | ) | (Chapter 11) |
| Debtor. | ) | |

ORDER TO PROVIDE INFORMATION RELATED TO
CLAIMS NUMBERED 6-2, 7-2, 10-2 AND 11-2

This cause came before the Court upon the motions, both as filed (Dkt. No. 680) and as made in open court, for additional information regarding the amended claims of creditors John Mann, Robert Patterson, Mann Technologies, Inc. and The Registry Solutions Company, as stated in Claim Nos. 6-2, 7-2, 10-2 and 11-2. To each of those claims is attached an identical, approximately 100-page draft of a complaint in the United States District Court for the District of Columbia, asserting claims in the amount of $10,000,000, trebled to $30,000,000, plus $10,000,000 in punitive damages. It is unclear which of the more than 30 counts in the draft complaint are asserted against the debtor herein or the basis on which those claims are asserted. In order to expedite the hearing on the objections to those claims,

it is

ORDERED that Robert Patterson, John Mann, Mann Technologies, Inc. and The Registry Solutions Co. ("Claimant" or Claimants") shall, no later than 5:00 p.m. on Monday, May 3, 2010, file and serve upon counsel for the debtor (by hand or by email at krosenberg@butzeltp.com) a statement containing the following information:

1. Which counts, by numbered count, are asserted against the debtor;

2. With respect to each such count, state the damages sought by each Claimant (separately) and the calculation or other basis for such assertion of such damages;

    a. If any two or more Claimants assert the same damages jointly, identify such Claimants and the damages claimed jointly;

    b. If any of the counts assert damages related to the same injury, so state (by count) and identify the damages that relate to the same injury.

3. With respect to each count other than those counts that are the subject of paragraphs 4, 5 and 6 of this order, describe the conduct of the debtor giving rise to a right of action against the debtor and, if it is asserted that one or more persons other than the debtor

      engaged in such conduct on behalf of the debtor, identity such other person(s);

4. With respect to each count for or based upon defamation, the defamatory words, the persons whose words were allegedly defamatory, to whom those words were communicated, and the date of such communication;

5. With respect to each count for or based upon violation of D.C. Code §§ 28-501 et seq. and violation of Va. Code § 59.1-9.6:

    a. Describe the conduct by or on behalf of the debtor (and, if on behalf of the debtor, identify the person(s) so acting) that the count is based on and that—

        i. was not at issue in either Ellipso, Inc. v. Mann, No. 05-1186 (D.D.C.) or The Registry Solutions Co. and Ellipso, Inc., No. 16 494 00523 08 (American Arb. Ass'n) and

        ii. occurred during the four years immediately preceding the filing of the petition in this case; and

    b. Identify the market (by product(s) and geography) that the debtor allegedly monopolized or attempted to monopolize, and identify and describe the nature and extent of the debtor's market power in

      that market;

6. With respect to each count of or based upon malicious prosecution, identify with particularity all items of special damage (including any seizures of or restraints on property in which each Claimant had an interest) that such Claimant asserts occurred as a result of the debtor's commencement or prosecution of Ellipso, Inc. v. Mann, No. 05-1186 (D.D.C.); and it is further

ORDERED that no hearings on the objections to the said claims shall be conducted before May 7, 2010; and it is further

ORDERED that if the Claimants fail to deliver the statement, as outlined above, by May 3, 2010, their claims, Claims no. 6-2, 7-2, 10-2, and 11-2, may be denied.

                                            [Signed and dated above.]

Copies to: Debtor; Debtor's Attorney; Ronald Patterson, attorney for Mann Technologies, LLC, and The Registry Solutions; John Mann; Robert Patterson; William Webster, chapter 11 Trustee; Office of the United States Trustee.