CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

Date: 05/03/2010  Time: 10:30

MAY - 3 2010

09-00148 Ellipso, Inc. : Chapter 11

Clerk
U.S. Bankruptcy Court for D.C.

Kermit A. Rosenberg representing Ellipso, Inc. (Debtor)
Linda M. Correia and Natalie S. Walker representing Wendell W. Webster (Trustee)
Martha L. Davis representing U. S. Trustee for Region Four 11 (U.S. Trustee)

[335] Objection to Claim Number 1 by Claimant  John Page. Filed by  David  Castiel    (Attachments: # (1) Proposed Order)

 Movant: David Castiel (no aty)

[366] Objection to Claim Number 6,7,10,11 by Claimant Robert Patterson, John Mann, The Registry Solutions Co, Mann Technologies LLC.  Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[392]   Motion to Convert Case to Chapter 7 , with conversion to take place no earlier than December 8, 2009.  Fee Amount $25 Filed by Ellipso, Inc.

Movant:  Ellipso, Inc.  BY K Rosenberg;

[844] Objection to Putative Claim of Linda Nadine Awkard Esq.  Filed by  John H. Page   (Re: Related Document(s)#:

[817] Brief.)  (Attachments: # (1) Proposed Order) (Mathewes, Aimee) Modified on 3/26/2010 MODIFIED TO CREATE LINKAGE (Mathewes, Aimee).

 Movant: John Page (no aty)

[170] Objection to Claim Number 6 by Claimant Robert B. Patterson. Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[174] Objection to Claim Number 7 by Claimant John B. Mann. Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[185] Objection to Claim Number 11 by Claimant Mann Technologies, LLC.  Filed by Ellipso, Inc.  (Attachments: # (1) Proposed Order)

Movant:  Ellipso, Inc.  BY K Rosenberg;

[269] Objection to Claim Number 14 by Claimant  David Castiel. Filed by  John H. Page    (Attachments: # (1) Proposed Order)

Movant: John Page (no aty)

OTHER PERTINENT DOCKET ENTRIES:

DE# \_\_\_\_ _____    DE# \_\_\_\_ Neal Goldfarb – D

DE# \_\_\_\_ _____    DE# \_\_\_\_ David Castiel – Pro Se

DE# \_\_\_\_ _____    DE# \_\_\_\_ Webster – Trustee

DE# \_\_\_\_ _____    DE# \_\_\_\_ Ron Patterson – MannTech.

DE# \_\_\_\_ _____    DE# \_\_\_\_ Robt Patterson – Pro Se

DE# \_\_\_\_ _____    DE# \_\_\_\_ John Page – Pro Se

                                                        John Mann – Pro Se

DISPOSITIONS:
   Granted  \_\_\_\_\_    Sustained  \_\_\_\_\_    Denied  \_\_\_\_\_
   Overruled  \_\_\_\_\_    Withdrawn  \_\_\_\_\_    Under Adv.  \_\_\_\_\_
   Moot  \_\_\_\_\_    Consent  \_\_\_\_\_    Dismissed  \_\_\_\_\_
   Continued to:  5/10  , 20 10 , AT  10 : 30 A .M.
   Proposed Order To Be Submitted By  \_\_\_/\_\_\_/
        By [ ] Court   [ ] Movant   [ ] Opposing Party   [ ] Trustee   [ ] Jointly
DECISION:
[ ]  Signed by Court        [ ]   Filed by Counsel
[ ]  To be prepared by:
     [ ]  Movant's counsel            [ ]   Court
     [ ]  Respondent's counsel        [ ]   Other  _____
NOTES:

DE 844 cont'd to 5/17/10 @ 10:30 AM

_____

/s/ S. Martin Teel Jr.
S. Martin Teel, Jr., United States Bankruptcy Judge