**UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA**

In re:  Ellipso, Inc.                                                                                   No. 09-00148
                                                                                                              Chapter 11
Filed: February 25, 2009

**ORDER TO COMPEL COMPEL PRODUCTION OF ELLIPSO'S
ELECTRONIC RECORDS IN POSSESSION OF TRUSTEE**

This matter came on for consideration of Creditor, MannTechnologies, LLC's, Motion to Compel production of a copy of all electronic records of Debtor in possession of the Trustee pursuant to this court's order.  Upon consideration of the Motion to Compel, the Response thereto, the evidence and arguments presented, and the entire record herein; and it appearing that just cause exists therefore, it is ORDERED:

1.  The Trustee will forthwith provide to any party-in-interest, all computer files for which David Castiel did not assert a claim of privilege based on a written allowable basis for asserting that privilege by May 8, 2010; and

2.  The Trustee will provide any party in interest so requesting, a list of all files for which David Castiel has properly asserted a claim of privilege.

SO ORDERED: This _____ day of _____, 2010.

                                                                            _____
                                                                            S. Martin Teel, Jr.
                                                                            United States Bankruptcy Judge

Cc:

Ronald B. Patterson, Esquire
D.C. Bar No. 224195
P.O.Box 1756
Alexandria, Virginia 22313

David Castiel
2831 44th St NW
Washington DC 20007

Wendell W. Webster, Esq.
Webster, Frederickson, Correia and Puth, PLLC
Suite 600
1775 K Street, N.W.
Washington DC 20006

Martha L. Davis, Esquire
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Kermit A. Rosenberg, Esquire
Butzel, Long, Tighe, Patton, PLLC
1747 Pennsylvania Avenue, N.W., Third Floor
Washington, D.C.  20006-4604