UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                          )
                                                )        Case No. 09-00148
        ELLIPSO, INC.,                          )        (Chapter 11)
                                                )
                        Debtor.                 )
_____)

**Order Setting Schedule For Motions
Regarding Claims 6, 7, 10, and 11**

        IT IS HEREBY ORDERED that the following schedule will apply to (a) the

Debtor's planned motion to disallow (or in the alternative to narrow) claims 6, 7, 10, and

11, and (b) the planned motion of John Mann, Robert Patterson, Mann Technologies,

LLC, and The Registry Services Co. for leave to file their Addendum to Claims Numbers

6, 7, 10, and 11 (DE 903) out of time:

| | |
|---|---|
| May 14, 2010 | Deadline for filing motions |
| May 28, 2010 | Deadline for filing oppositions |
| June 4, 2010 | Deadline for filing replies |
| June 14, 2010, 10:00 am | Hearing |

**End of Order**

Copies to: Debtor; Debtor's Attorney; Ronald Patterson, attorney for Mann Technologies, LLC, and The Registry Solutions; John Mann; Robert Patterson; Wendell Webster, Chapter 11 Trustee; Office of the United States Trustee.