UNITED STATES BANKRUPTCY COURT
FOR
THE DISTRICT OF COLUMBIA

IN RE:  ELLIPSO, INC., DEBTOR                                NO. 09-00148
CHAPTER 11                                                    FILED:  FEBRUARY 25, 2009


RE:  CLAIM OF LEFTWICH  and LUDAWAY, LLP


NOTICE OF WITHDRAWAL OF MOTION TO COMPEL
RESPONSE TO DISCOVERY
SERVED ON CREDITOR LEFTWICH and LUDAWAY, LLP
BY CREDITORS MANN TECHNOLOGIES, LLC.

COMES NOW, Creditor, Mann Technologies, LLC, and gives NOTICE that its Motion to Compel Response to Interrogatories and Requests for Production of Documents served on Claimant, Leftwich and Ludaway, LLP, is hereby WITHDRAWN; and

IT IS FURTHER, requested that the HEARING on said MOTION set for May 28, 2010, be CANCELLED.

Respectfully submitted,


_____ /s/_____
Ronald B. Patterson, Esq.
Counsel for Mann Technologies, LLC,
D.C. Bar No.  224915
P.O. Box 1756
Alexandria, Virginia 22313
(571) 274-2645

CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2010 true copies of the foregoing was served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by first class mail, postage prepaid:

    Martha L. Davis, Esquire
    Office of the United States Trustee
    115 S. Union Street, Room 210
    Alexandria, VA 22314

    Matthew Goodman, Esquire
    Natalie Ludaway, Esquire
    Leftwich & Ludaway, LLC
    1400 K St., N.W.
    Suite 1000
    Washington, D.C. 20005-2403

    Wendell W. Webster, Esquire
    1775 K Street, N.W.
    Suite 600
    Washington, D.C. 20006

                           _____/s/_____
                             Ronald B. Patterson, Esq.
                                Counsel for Mann Technologies, LLC,
                                D.C. Bar No.  224915
                                P.O. Box 1756
                                Alexandria, Virginia 22313