# UNITED STATES BANKRUPTCY COURT
# FOR
# THE DISTRICT OF COLUMBIA

IN RE:  ELLIPSO, INC., DEBTOR                                                  NO. 09-00148
CHAPTER 11                                                        FILED:  FEBRUARY 25, 2009

RE:  SCHEDULED CLAIM OF LEFKOWITZ and LUDAWAY, LLP

## NOTICE OF WITHDRAWAL OF OBJECTION TO SCHEDULED CLAIM OF LEFTWICH & LUDAWAY, LLC BY CREDITOR MANN TECHNOLOGIES, LLC.

COMES NOW, Creditor, Mann Technologies, LLC, and gives NOTICE that its Objection to the Claim of Leftwich & Ludaway, LLC is hereby WITHDRAWN; and

IT IS FURTHER, requested that the HEARING on said OBJECTION set for June 14, 2010, be CANCELLED.

Respectfully submitted,

_____/s/_____
Ronald B. Patterson, Esq.
Counsel for Mann Technologies, LLC,
D.C. Bar No.  224915
P.O. Box 1756
Alexandria, Virginia 22313
(571) 274-0782

CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2010 true copies of the foregoing was served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by first class mail, postage prepaid:

    Martha L. Davis, Esquire
    Office of the United States Trustee
    115 S. Union Street, Room 210
    Alexandria, VA 22314

    Matthew Goodman, Esquire
    Natalie Ludaway, Esquire
    Leftwich & Ludaway, LLC
    1400 K St., N.W.
    Suite 1000
    Washington, D.C. 20005-2403

    Wendell W. Webster, Esquire
    1775 K Street, N.W.
    Suite 600
    Washington, D.C. 20006

    _____ /s/_____
    Ronald B. Patterson, Esq.
       Counsel for Mann Technologies, LLC,
       D.C. Bar No.  224915
       P.O. Box 1756
       Alexandria, Virginia 22313