UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                          )
                                )    Case No. 09-00148
ELLIPSO, INC.                   )    (Chapter 11)
                                )    Filed: February 25, 2009
    Debtor.                     )
                                )

**FILED**

**MAY 27 2010**

Clerk, U.S. District and
Bankruptcy Courts

**MOTION TO AMEND BALLOT**

CREDITOR Leftwich & Ludaway, LLC ("L&L"), has an allowed general unsecured claim in the amount of $75,000. L&L hereby moves pursuant to Rule 3018(a), to amend its ballot to the Chapter 11 Reorganization Plan proposed by Mr. John B. Mann (the "Mann Plan") in accordance with Rule 3018(a) of this Court. L&L has reassessed the bankruptcy of Ellipso and hereby notifies the Court that it has changed its rejection of the Mann Plan to an acceptance as this action is in its economic self interest. L&L asks that the Court permit this change.

Respectfully submitted,

_Natalie O Ludaway_
Natalie O. Ludaway, Esquire
D.C. Bar No. 405149
Leftwich & Ludaway, LLC
1400 K Street, N.W., Suite 1000
Washington, D.C. 20005
(202) 434-9100 – Telephone
(202) 783-3420 – Facsimile
noludaway@leftwichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2010, a true copy of the foregoing Motion to Amend Ballot was served upon the Debtor, the United States Trustee and all creditors and parties in interest set forth on the service list attached to the original Notice of Hearing of and Opportunity to Object to this Motion filed with the Clerk of this Court by first-class mail, postage prepaid:

Linda Awkard
4201 Cathedral Avenue, N.W.
#1416W
Washington, D.C.  20016

James H. Bailey
Bailey Law Office
888 17th Street, N.W., Suite 810
Washington, D.C.  20006

Richard Burt
900 17th Street, N.W.
Washington, D.C.  20006

David Castiel
2831 44th Street, N.W.
Washington, D.C.  20007

David B. Dort
119 S. St. Asaph Street
Suite 200
Alexandria, VA  22314

Matthew B. Harvey
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
POB 1347
Wilmington, DE  19899-13477

John H. Page
1077 30th Street, N.W.
#711
Washington, D.C.  20007

John B. Mann
9330 Harts Mill Road
Warrenton, VA  20186

Jason W. Harbour
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074

Gregory W. Werkheiser
Morris, Nichols, Arsht
 & Tunnell, LLP
1201 N. Market Street, 18th Fl.
POB 1347
Wilmington, DE  19899-1347

Vanessa Carpenter Lourie
Vanessa Carpenter Lourie, P.C.
4400 MacArthur Blvd., N.W.
Suite 205
Washington, D.C.  20007-2521

*/s/ Natalie O. Ludaway*
Natalie O. Ludaway