UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-00148 |
| ELLIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**FILED**

**MAY 2 7 2010**

Clerk, U.S. District and
Bankruptcy Courts

## NOTICE OF OPPORTUNITY TO OBJECT

TO:   John B. Mann
      9330 Harts Mill Road
      Warrenton, Virginia 20186

Creditor Leftwich & Ludaway LLC has filed a Motion to Amend Ballot on the Chapter 11 Plan of Reorganization proposed by you (the "Motion").

**The vote on your Chapter 11 Plan of Reorganization may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to permit the change proposed in the Motion, then on or before June 10, 2010, you or your lawyer must file with the court, at the address shown below, a written response opposing the objection together with the proposed order required by LBR 9072-1 and any documents and other evidence you wish to attach in support of your claim. The address of the Clerk's office is as follows:

> Clerk
> United States Bankruptcy Court
> 333 Constitution Avenue, N.W., Room 4400
> Washington, D.C. 20001

If you mail the response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy of your response to the following persons:

>Martha L. Davis, Esquire
>Office of the United States Trustee
>115 S. Union Street, Room 210
>Alexandria, VA 22314
>
>Wendell W. Webster, Esquire
>1775 K Street, N.W.
>Suite 600
>Washington, D.C. 20006
>
>Kermit A. Rosenberg, Esquire
>Neal Goldfarb Esquire
>Butzel, Long, Tighe, Patton, PLLC
>1747 Pennsylvania Avenue, N.W., Third Floor
>Washington, D.C. 20006-4604
>
>Natalie O. Ludaway
>Leftwich & Ludaway LLC
>1400 K Street NW, Suite 1000
>Washington DC 20005

You or your attorney must attend the hearing scheduled be held on June 14, 2010 at 10:30 a.m., in Courtroom 1, United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion.**

>Respectfully submitted,
>
>*/s/ Natalie O. Ludaway*
>Natalie O. Ludaway, Esquire
>D.C. Bar No. 405149
>Leftwich & Ludaway, LLC
>1400 K Street, N.W., Suite 1000
>Washington, D.C. 20005
>(202) 434-9100 – Telephone
>(202) 783-3420 – Facsimile
>noludaway@leftwichlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May ____, 2010, a true copy of the foregoing Notice of Opportunity to Object was served upon the Debtor, the United States Trustee and all creditors and parties in interest set forth on the service list attached to the original Notice of Hearing of and Opportunity to Object to this Motion filed with the Clerk of this Court by first-class mail, postage prepaid:

Linda Awkard
4201 Cathedral Avenue, N.W.
#1416W
Washington, D.C. 20016

James H. Bailey
Bailey Law Office
888 17th Street, N.W., Suite 810
Washington, D.C. 20006

Richard Burt
900 17th Street, N.W.
Washington, D.C. 20006

David Castiel
2831 44th Street, N.W.
Washington, D.C. 20007

David B. Dort
119 S. St. Asaph Street
Suite 200
Alexandria, VA 22314

Matthew B. Harvey
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
POB 1347
Wilmington, DE 19899-13477

John H. Page
1077 30th Street, N.W.
#711
Washington, D.C. 20007

John B. Mann
9330 Harts Mill Road
Warrenton, VA 20186

Jason W. Harbour
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Gregory W. Werkheiser
Morris, Nichols, Arsht
 & Tunnell, LLP
1201 N. Market Street, 18th Fl.
POB 1347
Wilmington, DE 19899-1347

Vanessa Carpenter Lourie
Vanessa Carpenter Lourie, P.C.
4400 MacArthur Blvd., N.W.
Suite 205
Washington, D.C. 20007-2521

*Natalie O. Ludaway* (signature)
Natalie O. Ludaway