

United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                                                                          **Case No.** 09−00148

Ellipso, Inc.

**Debtor**                                                                                         **Chapter** 11

ISSUE TO:
Natalie O. Ludaway
Leftwich & Ludaway
1400 K Street, NW
Suite 1000
Washington, DC 20005

### NOTICE TO PARTY FILING DEFICIENT PLEADING OR DOCUMENT

*(NOTE TO FILER: This notice is to be attached to any documents when submitting previously deficient items)*

================================================================================

**WARNING − The deficient pleading or document described below will be stricken unless you correct the following deficiencies. You have until** 6/4/2010 **to file the corrections.**

The Clerk has accepted the following pleading or document **(Docket Entry No.**

*933* − Motion to Amend Ballot Filed by Leftwich & Ludaway (Attachments: # (1) Proposed Order) (Mathewes, Aimee)

).:

   There will be no granting of the deficient pleading or document until the defect(s) is/are corrected. With reference to the deficient pleading or document, the Court has deferred action pending correction of the following:

| | |
|---|---|
| ☐ | ***Signature/Admission to Practice.*** Documents must be signed by a member in good standing of the Bar of the United States District Court for the District of Columbia. See LBR 2090−1. |
| ☐ | A ***proposed order*** should be filed with all motions, applications, objections, oppositions, or any other document requesting relief under LBR 9072−1(a)(1). The proposed order must list the names and addresses of each party to be served with a copy of the order. |
| ☐ | A ***Certificate of service*** is required under LBR 9013−1(c). |
| ☐ | ***Applications to Employ*** must be served on the U.S. Trustee under FRBP 9034. |

| | |
|---|---|
| ☐ | *Fee Applications* seeking more than 1,000 dollars must be accompanied by a notice of hearing and opportunity to object that is served on the debtor, the U.S. Trustee (except in Chapter 13), the creditors and all parties–in–interest, including any trustee. See FRBP 2002, LBR 2002–1 and Local Official Form No. 4. |
| ☐ | *Chapters 7 and 11 Fee Applications* must be served on the U.S. Trustee and any trustee appointed in the case. |
| ☐ | This matter requires *21–Day Notice under FRBP 2002* to the debtor, trustee, U.S. Trustee and all creditors. This notice should conform to LBR 2002–1 and Local Official Form No. 4. |
| ☐ | This matter requires *21–Day Notice under FRBP 2002* **and 6004** to the debtor, trustee, U.S. Trustee and all creditors. This notice should conform to LBR 2001–1 and 6004–1 and Local Official Form No. 5. |
| ☐ | This matter requires *14–Day Notice under FRBP 4001*. This notice should conform with Local Official Form No. 3, but the time period for objecting should be 14 days, not 11. |
| ☐ | A motion commencing a contested matter must be accompanied by notice of opportunity to object within 14 days of service. See FRBP 9013, LBR 9013–1(b)(3), and Local Official Form No. 3. |
| ☐ | *Objections to Claim* require 30–day notice. See LBR 3007–1(a)(1) and Local Official Form No. 6. |
| ☐ | *Objections to Exemptions* require 14–day notice. See LBR 4003–1(a)(1) and Local Official Form No. 7. |
| ☐ | *Method of Payment* . The Office of the Clerk only accepts cashier?s checks, money orders, or corporate checks through the mail. |
| ☐ | *Certification of Amended Schedules.* Pursuant to LBR 1007–1(a)(3), a supplemental mailing matrix or a written statement that schedules do not add or change any addresses of creditors or equity security holders is required. |
| ☐ | *Adding Creditors.* If the Schedules or Amended Schedules add creditors, a $26.00 fee is required along with an Amended Mailing Matrix listing only the names and addresses of the creditors being added. The Amended Mailing Matrix must be accompanied by the proper cover sheet. |
| ☐ | *Entry of Appearance of Counsel for the Debtor*. The notice of appearance does not contain proper notice to all creditors. See LBR 9010–1(g). |
| ☐ | Signed Declaration:  A signed declaration is required whereby the debtor ––as in the case of Declarations Under Penalty of Perjury by Individual Debtor at the end of Official Bankruptcy Form No. 6 (Schedules) and 7 (Statement of Financial Affairs)––states that "I declare under penalty of perjury that I have read the foregoing  consisting of sheets, and that the information contained therein is true and correct to the best of my knowledge, information, and belief." |
| ☑ | *Other/Additional Comments*: The proposed order is improperly formatted. Please file an amended proposed order in the proper format, with 4 inches of blank space at the top of the order. |

Dated: 5/28/10                                                                                  For the Court:
                                                                                                              Clerk of the Court


                                                                                    BY: am