UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                           )
                                                 )    Case No. 09-00148
ELLIPSO, INC.,                                   ) (Chapter 11)
                                                 )
              Debtor.                            )
_____)

### NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO MOTION

    TO:    Neal Goldfarb, Esquire
               Kermit A. Rosenberg, Esquire
               Butzel, Long, Tighe, Patton, PLLC
               1747 Pennsylvania Avenue, N.W., Third Floor
               Washington, D.C.  20006-4604

       Creditors Mann Technologies, LLC, The Registry Solutions Company, John B. Mann and Robert B. Patterson have filed a Motion to Strike the Debtor OUT-OF-possession's ("DOOP") objections to their Claims for lack of standing.

      **This motion may be granted, dismissed or modified. You should read these papers carefully and discuss them with your attorney, if you have one.**

 If you do not want the court to grant this motion, then on or before June 14, 2010, you or your lawyer must file with the court, at the address shown below, a written response opposing the motion together with the proposed order required by LBR 9072-1 and any documents and other evidence you wish to attach in support of your opposition. The address of the Clerk's office is as follows:

        Clerk
        United States Bankruptcy Court
        333 Constitution Avenue, N.W., Room 4400
        Washington, D.C. 20001

 If you mail the response to the court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

 You must also mail a copy of your response to the following persons:

        Ronald B. Patterson, Esquire
        P.O. Box 1756
        Alexandria, VA  22313
        Wendell W. Webster, Esquire

Webster, Frederickson, Correia and Puth, PLLC
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

Martha L. Davis, Esquire
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, Virginia 22314

John B. Mann, Creditor, pro se
9330 Harts Mill Road
Warrenton,Virginia 20186

Robert Patterson, Creditor, pro se
9330 Harts Mill Road
Warrenton,Virginia 20186

You or your attorney must attend the hearing scheduled to be held on Jun 14, 2010 at 10:30 a.m. in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001.

**If you or your attorneys do not take these steps, the court may decide that you do not oppose the granting of this motion.**

Respectfully submitted,

-/s/-
Ronald B. Patterson, Esquire
D.C. Bar No.  224915
P.O.Box 1756
Alexandria, Virginia  22313
Phone: (571) 274-0782
Attorney for MannTechnologies, LLC and
The Registry Solutions Comany

## CERTIFICATE OF SERVICE

    I hereby certify that on May 31st, 2010, true copies of the foregoing Motion to Strike the Debtor OUT-OF-possession's ("DOOP") objections to their Claims for lack of Standing were served electronically using the Court's Electronic Case Filing System and upon the Debtor, the United States Trustee, and all creditors and parties in interest entitled to receive such notice, and upon the following by email and first class mail, postage prepaid:

        Neal Goldfarb, Esquire
        Kermit A. Rosenberg, Esquire
        Butzel, Long, Tighe, Patton, PLLC
        1747 Pennsylvania Avenue, N.W., Third Floor
        Washington, D.C.  20006-4604

        Martha L. Davis, Esquire
        Office of the United States Trustee
        115 S. Union Street, Room 210
        Alexandria, VA 22314

        Wendell W. Webster, Esquire
        Webster, Frederickson, Correia and Puth, PLLC
        1775 K Street, N.W.
        Suite 600
        Washington, D.C. 20006

    /s/ Ronald B. Patterson, Esq.