UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    )    Case No. 09-00148
                                          )    (Chapter 11)
ELLIPSO, INC.                             )
                                          )
         Debtor                           )
                                          )

**NOTICE OF CREDITORS DAVID CASTIEL, GERALD HELMAN, LAURY BLAKLEY, LINDA AWKARD, JAMES BAILEY, AND DAVID DORT OF JOINDER IN DEBTOR'S OBJECTION TO AMENDED PROOFS OF CLAIM OF ROBERT PATTERSON (Claim No. 6), JOHN MANN (Claim No. 7), THE REGISTRY SOLUTIONS CO. (Claim No. 10), AND MANN TECHNOLOGIES, L.L.C. (Claim No. 11)**

Creditors David Castiel, Gerald Helman, Laury Blakley, Linda Awkard, James Bailey, And David Dort hereby give notice of their joinder in the Debtor's Objection To Amended Proofs Of Claim Of Robert Patterson (Claim No. 6), John Mann (Claim No. 7), The Registry Solutions Co. (Claim No. 10), And Mann Technologies, L.L.C. (Claim No. 11) (DE 366). These four $40 million RICO claims are meritless and if allowed would greatly dilute the value of the claims of all other creditors.

June 6, 2010

Respectfully submitted,

David Castiel, *pro se*
2831 44th Street, NW
Washington, DC 20007

Gerald Helman, *pro se*
2900 Maplewood Place
Alexandria, VA 22302

_____
Laury Blakley, *pro se*
897 Station Street
Herndon, VA 22170

_____
Linda Awkard, *pro se*
4201 Cathedral Avenue, NW
Suite 1416 West
Washington, DC 20016

_____
James Bailey, *pro se*
4303 Oak Hill Drive
Annandale, VA 22003

_____
David Dort, *pro se*
119 South Saint Asaph Street, Suite 200
Alexandria, VA 22314

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2010, the foregoing **NOTICE OF CREDITORS DAVID CASTIEL, GERALD HELMAN, LAURY BLAKLEY, LINDA AWKARD, JAMES BAILEY, AND DAVID DORT OF JOINDER IN DEBTOR'S OBJECTION TO AMENDED PROOFS OF CLAIM OF ROBERT PATTERSON (Claim No. 6), JOHN MANN (Claim No. 7), THE REGISTRY SOLUTIONS CO. (Claim No. 10), AND MANN TECHNOLOGIES, L.L.C. (Claim No. 11)** was delivered by hand to the court and true copies were served upon the following by first class mail, postage prepaid:

Kermit Rosenberg, Esq.
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue NW 3rd Floor
Washington DC 20006-4604

Martha Davis, Esq.
Office of the United States Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

Wendell Webster
Webster, Fredrickson & Brackshaw
1775 K Street, NW
Suite 600
Washington, DC 20006

John Mann
9330 Harts Mill Road
Warrenton, VA 20186

Robert B. Patterson
c/o John Mann
9330 Harts Mill Road
Warrenton, VA 20186

Ronald B. Patterson
P.O. Box 1756
Alexandria, VA 22313

_____
David Castiel

3