UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 1 2010

Clerk, U.S. District and
Bankruptcy Courts

-----------------------------------------

In re ELLIPSO, INC.,

       Debtor.

: 
: 
: No. 09-00148
: Chapter 11

-----------------------------------------

### LINE WITHDRAWING CLAIM OF
### CREDITOR LEFTWICH & LUDAWAY, LLC

    LEFTWICH & LUDAWAY, LLC, hereby withdraws its claim against debtor, Ellipso, Inc.

By: *[signature]*
Natalie O. Ludaway
Bar Number 405149
1400 K Street, N.W.
Suite 1000
Washington, D.C. 20005
(202) 434-9100
*noludaway@leftwichlaw.com*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2010, a true copy of the foregoing Line Withdrawing Claim of Creditor Leftwich & Ludaway, LLC was served upon the Debtor, the United States Trustee and all creditors and parties in interest set forth on the service list attached to the original Notice of Hearing of and Opportunity to Object to this Motion filed with the Clerk of this Court by first class mail, postage prepaid

Linda Awkard
4201 Cathedral Avenue, N.W.
#1416W
Washington, D.C. 20016

James H. Bailey
Bailey Law Office
888 17th Street, N.W., Suite 810
Washington, D.C. 20006

Richard Burt
900 17th Street, N.W.
Washington, D.C. 20006

David Castiel
2831 44th Street, N.W.
Washington, D.C. 20007

David B. Dort
119 S. St. Asaph Street
Suite 200
Alexandria, VA 22314

Matthew B. Harvey
Morris Nichols Arsht & Tunnell, LLP
1201 North Market Street, 18th Floor
POB 1347
Wilmington, DE 19899-13477

Wendell Webster, Esq.
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006

John H. Page
1077 30th Street, N.W.
#711
Washington, D.C. 20007

John B. Mann
9330 Harts Mill Road
Warrenton, VA 20186

Jason W. Harbour
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Gregory W. Werkheiser
Morris, Nichols, Arsht
 & Tunnell, LLP
1201 N. Market Street, 18th Fl.
POB 1347
Wilmington, DE 19899-1347

Vanessa Carpenter Lourie
Vanessa Carpenter Lourie, P.C.
4400 MacArthur Blvd., N.W.
Suite 205
Washington, D.C. 20007-2521

/s/ Natalie O. Ludaway
Natalie O. Ludaway

2