The order below is hereby signed.

Signed: June 20, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | |
|---|---|---|
| | ) | Case No. 09-00148 |
| ELLIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Order Conditionally Granting Motion
of John Mann, Robert Patterson,
Mann Technologies, LLC, and The Registry Solutions Co.
for Leave to File "Addendum" to Amended Proofs of Claim
Out of Time**

This case is before the Court on the motion (DE 921) of John Mann, Robert Patterson, Mann Technologies, LLC, and The Registry Solutions Co. (collectively, "the Movants") for leave, *nunc pro tunc*, to file an "addendum" to their amended proofs of claim no. 6, 7, 10, and 11 out of time. The motion is opposed by the Debtor. The Court has heard testimony on the motion and considered the parties' respective arguments. For

1

the reasons stated in open court in the Court's oral finding of fact and conclusions of law on June 14, 2010, it is hereby

ORDERED that the motion be and hereby is conditionally granted, on the terms set out below. And it is further

ORDERED that the condition of the granting of the motion is that the Movants pay the attorneys' fees of Debtor's counsel (Butzel Long Tighe Patton, PLLC) in connection with (a) opposing the motion for leave to file out of time, including both the preparation and filing of the memorandum in opposition and the time spent on the hearing on the motion and (b) drafting that portion of the Debtor's Motion to Disallow Claims No. 6, 7, 10 & 11 or in the Alternative to Impose Preclusive Sanctions and/or to Disallow Counts I, II, V–X & XII–XXV, and Disallow Count XI in Part, as a Matter of Law (DE 918) that dealt with the movants' failure to comply with the Court's previous orders requiring them to file a statement providing further information on the basis of their claims. And it is further

ORDERED that on or before June 28, 2010, the Debtor file and serve on the Movants a statement detailing the attorney's fees for the work described above, along with a proposed order directing the payment of the amount of fees awarded. And it is further

ORDERED that any objections to the reasonableness of the attorney's fees must be filed no later than fourteen days after the statement is filed and served. And it is further

ORDERED that the Movants shall be jointly and severally liable for payment of the attorney's fees. And it is further

ORDERED that if the attorney's fees are not paid in full (in the form of cash, wire transfer, cashier's check, or other immediately available funds) by delivery to Kermit A. Rosenberg, counsel for the Debtor, within fourteen days after entry of the order determining the amount of the fees and directing payment of that amount, (a) the motion for leave to file out of time shall be denied, and (b) the movants' proofs of claim no. 6, 7, 10, and 11 (other than as previously allowed by Order of this Court) shall be disallowed in full.

**End of Order**

Copies to: Debtor; Debtor's Attorney; Ronald Patterson, attorney for Mann Technologies, LLC, and The Registry Solutions; John Mann; Robert Patterson; Wendell Webster, Chapter 11 Trustee; Office of the United States Trustee.