**The order below is signed with the last paragraph changed to read that it is:**

**ORDERED that for the reasons stated in the courts oral ruling on the motion, the motion is denied.**

**Dated: June 21, 2010.**

S. Martin Teel, Jr.
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-00148 |
| ELLIPSO, INC., ) | (Chapter 11) |
| ) | |
| Debtor. ) | |
| ) | |

### Order Denying the
### Motion of Leftwich & Ludaway
### to Amend Ballot

Upon consideration of the motion of Leftwich & Ludaway to amend its ballot rejecting the plan of reorganization proposed by John B. Mann (DE 933), and of the opposition(s) thereto, it is hereby

ORDERED that for the reasons stated [in the Court's oral ruling][in the accompanying memorandum opinion], the motion be and hereby is denied.

### End of Order

Copies to: Debtor; Debtor's Attorney; Natalie Ludaway; Ronald Patterson, attorney for Mann Technologies, LLC, and The Registry Solutions; John Mann; Robert Patterson; John Page; Wendell Webster, Chapter 11 Trustee; Office of the United States Trustee.