**The order below is signed with the last paragraph changed to read that it is:**

**ORDERED that for the reasons stated in the courts oral ruling of June 14, 2010, the motion be and hereby is denied.**

**Dated: June 21, 2010.**

**S. Martin Teel, Jr.**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-00148 |
| EL      LIPSO, INC., | ) | (Chapter 11) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**Order Denying the Mann/Patterson Claimants' Motion
to Strike the Debtor's Objection to their Claims**

Upon consideration of the motion of claimants John B. Mann; Robert Patterson;

Mann Technologies, LLC; and The Registry Solutions Co. to strike the Debtor's

objection to their claims (DE 945) and of the opposition thereto, it is hereby

ORDERED that for the reasons stated [in the Court's oral ruling][in the

accompanying memorandum opinion], the motion be and hereby is denied.

**End of Order**

Copies to: Debtor; Debtor's Attorney; Ronald Patterson, attorney for Mann Technologies, LLC, and The Registry Solutions; John Mann; Robert Patterson; Wendell Webster, Chapter 11 Trustee; Office of the United States Trustee.