UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              )
                                    )    Case No. 09-00148
    ELLIPSO, INC.,                )    (Chapter 11)
                                    )
        Debtor.               )
_____)

**Debtor's Supplemental Exhibit Record**

| Date | Case or Adv. Pro. No. | Operator | Page No. |
|---|---|---|---|
| June 25, 2010 | 09-bk-00148 | | 1 |

# Exhibits

All exhibits are expected to be offered

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| AB | Email dated Nov. 22, 2004 from John Mann to David Castiel (subject line: "RE: 881")<br>Bates No. TRSC Emails 000971–72 | | |
| AC | Email dated Dec. 9, 2004 from John Mann to David Castiel (subject line: "RE: 881")<br>Bates No. TRSC Emails 000959–60 | | |
| AD | Email dated Dec. 10, 2004 from David Castiel to John Mann and Robert Patterson (subject line: "<no subject>")<br>Bates No. TRSC Emails 000950 | | |
| AE | Email dated Dec. 10, 2004 from John Mann to David Castiel (subject line: "RE:")<br>Bates No. TRSC Emails 000946–47 | | |
| AF | Email dated Dec. 17, 2004 from John Page to Bob Patterson, John Mann, and Jeff Guzy (subject line: "Portal and Marketing Revenues")<br>Bates No. TRSC Emails 000945 | | |
| AG | Letter dated December 23, 2004 from David Castiel to John Mann and Robert Patterson | | |

| Date<br>June 25, 2010 | Case or Adv. Pro. No.<br>09-bk-00148 | Operator | Page No.<br>2 |
|---|---|---|---|

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| AH | Email dated Dec. 24, 2004 from John Page to John Mann (subject line: "Shortage")<br>Bates No. TRSC Emails 000941–42 | | |
| AI | Email dated Jan. 25, 2005 from John Page to John Mann and Robert Patterson (subject line: "Action Points from today's TRSC meeting")<br>Bates No. TRSC Emails 000930 | | |
| AJ | Email dated Jan. 27, 2005 from Robert Patterson to barrett@barrettwellman.com, Jeff Guzy, John Mann, John Page, and Nick Robertson (subject line: "vanity number launch")<br>Bates No. TRSC Emails 000929 | | |
| AK | Email dated Feb. 11, 2005 from John Page to Niwinorob@aol.com, John Mann, Bob Patterson, Jeff Guzy, Wm. Barrett Wellman (subject line: "RE: 8812 number series")<br>Bates No. TRSC Emails 000919–20 | | |
| AL | Email dated Feb.28  John Page to Bob Patterson, John Mann (subject line: "Global Custom Communications Launch"), with attachment<br>Bates No. TRSC Emails 000879–80 | | |
| AM | Email dated April 8 from John Page to John Mann; Jeff Guzy (subject line: "FW: Global Custom Communications VOIP pitch") , with attachment<br>Bates No. TRSC Emails 000840–43 | | |
| AN | Email dated April 15 from John Page to Lisa Crawford Bruch (subject line: "GCC-Qwest V1 .ppt"), with attachment<br>Bates No. TRSC Emails 000822–33 | | |
| AO | Email dated April 25 from John Page to John Mann; Bob Patterson (subject line: "GCC Relationships .ppt"), with attachment<br>Bates No. TRSC Emails 000801–02 | | |

| Date | Case or Adv. Pro. No. | Operator | Page No. |
|---|---|---|---|
| June 25, 2010 | 09-bk-00148 | | 3 |

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| AP | Email dated May 11 from John Page to Barrett Wellman (subject line: "replacement text for 'Wholesale' tab") <br> Bates No. TRSC Emails 000738 | | |
| AQ | Email dated May 23 from Robert Patterson to jpage; Jeff Guzy; Barrett Wellman; John Mann (subject line: "home page Phone 881"), with attachment <br> Bates No. TRSC Emails 000658–59 | | |
| AR | Email dated May 23 from John Page to Bob Patterson (subject line: "Proposal & Emailing: GCC business Plan V3.doc"), with attachment <br> Bates No. TRSC Emails 000642–57 | | |
| AS | Email dated May 24 from John Page to Robert Patterson (subject line: "RE: Phone881 software") <br> Bates No. TRSC Emails 000638–39 | | |
| AT | Email dated August 9 from John Page to John Mann; Bob Pattterson (subject line: "Carrier Tactics……") <br> Bates No. TRSC Emails 000492 | | |
| AU | Email dated September 13 from John Page to bob Patterson; John Mann (subject line: "MCI"), with attachment <br> Bates No. TRSC Emails 000433–35 | | |
| AV | Email dated September 28 from John Page to John Mann; Bob Patterson (subject line: "Draft letter agreement with MCI"), with attachment <br> Bates No. TRSC Emails 000428–30 | | |
| AW | Email dated October 3 from John Page to John Mann; Bob Patterson (subject line: "GCC Matters") <br> Bates No. TRSC Emails 000371–72 | | |
| AX | Email dated October 5 from John Mann to Robert Patterson (subject line: "RE: Jeff Guzy") <br> Bates No. TRSC Emails 000369 | | |

| Date<br>June 25, 2010 | Case or Adv. Pro. No.<br>09-bk-00148 | Operator | Page No.<br>4 |
|---|---|---|---|

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| AY | Email dated October 5 from John Page to David Castiel (subject line: "Coastal Services Group")<br>Bates No. TRSC Emails 000368 | | |
| AZ | Email dated October 7 from John Page to John Mann; Bob Patterson (subject line: "TRSC rights and obligations re Ellipso")<br>Bates No. TRSC Emails 000351–55 | | |
| BA | Email dated October 7 from John Page to John Mann (subject line: "RE: TRSC rights and obligations re Ellipso")<br>Bates No. TRSC Emails 000345–50 | | |
| BB-1 | Email dated October 17 from John Page to John Mann; bob Patterson (subject line: "Precursor Service – The Registry"), with attachment<br>Bates No. TRSC Emails 00323-24 | | |
| BC | Email dated November 4 from John Page to Bob Patterson; John Mann (subject line: "FW: MCI Draft Agreement")<br>Bates No. TRSC Emails 000311–16 | | |
| BD | Email dated November 7 from John Page to Bob White (subject line: "+8812/3 Agreement Update"), with attachment<br>Bates No. TRSC Emails 000184–94 | | |
| BE | Email dated December 8 from John Page to John Mann; Bob Patterson (subject line: "FW: Suggested 8812 agreement updates")<br>Bates No. TRSC Emails 000086–97 | | |
| BF | Email dated December 13 from John Page to John Mann; Bob Patterson (subject line: "Material for Thursday……."), with attachments<br>Bates No. TRSC Emails 000074–85 | | |

| Date<br>June 25, 2010 | Case or Adv. Pro. No.<br>09-bk-00148 | Operator | Page No.<br>5 |
|---|---|---|---|

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| BG | Email dated December 21 from John Page to John Mann; Robert Patterson ("subject line: MCI")<br>Bates No. TRSC Emails 000071 | | |
| BH | Email dated December 22 from John Page to John Mann (subject line: "MCI Executable Agreement")<br>Bates No. TRSC Emails 000060–67 | | |
| BI | Email dated December 27 from John Mann to Robert Patterson (subject line: "MCI Agreement – timeframe")<br>Bates No. TRSC Emails 000059 | | |
| BJ | Email dated December 28 from John Mann to Robert Patterson (subject line: "RE: MCI Agreement – timeframe")<br>Bates No. TRSC Emails 000055–58 | | |
| BK | Email dated December 28 from John Page to Robert Patterson (subject line: "GCC preparatory work")<br>Bates No. TRSC Emails 000051–54 | | |
| BL | Email dated December 29 from John Page to David Castiel (subject line: "Business Proposal") | | |
| BM | Email dated January 6 from John Page to John Mann (subject line: GCC Implementation Timing)<br>Bates No. TRSC Emails 000050 | | |
| BN | Email dated January 6 from John Page to John Mann; Robert Patterson (subject line: "GCC Implementation")<br>Bates No. TRSC Emails 000045–49 | | |
| BO | Email dated January 11 from John Page to John Mann; Robert Patterson (subject line: "MCI")<br>Bates No. TRSC Emails 000043 | | |

| Date<br>June 25, 2010 | Case or Adv. Pro. No.<br>09-bk-00148 | Operator | Page No.<br>6 |
|---|---|---|---|

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| BP | Email dated January 11 from John Page to John Mann; Robert Patterson (subject line: "the cost of getting GCC into service ……and risks thereafter")<br>Bates No. TRSC Emails 000040–42 | | |
| BQ | Email dated January 13 from John Page to John Mann (subject line: "GCC")<br>Bates No. TRSC Emails 000038 | | |
| BR | Email dated January 13 from John Page to John Mann (subject line: "RE: GCC")<br>Bates No. TRSC Emails 000033–37 | | |
| BS | Email dated January 13 from John Page to John Mann(subject line: "RE: GCC")<br>Bates No. TRSC Emails 000026–32 | | |
| BT | Email dated January 13 from John Page to John Mann(subject line: "RE: GCC")<br>Bates No. TRSC Emails 000018–25 | | |
| BU | Email dated January 13 from John Page to John Mann (subject line: "Moving forward")<br>Bates No. TRSC Emails 000016–17 | | |
| BV | Email dated January 14 from John Page to John Mann; Robert Patterson (subject line: "+8812/3 Business Implementation Funding Proposal"), with attachments<br>Bates No. TRSC Emails 000007–15 | | |
| BW | Email dated January 15 from John Page to John Mann (subject line: "RE: Moving forward")<br>Bates No. TRSC Emails 000004–06 | | |
| BX | Employment agreement between Ellipso, Inc. and John Page | | |
| BY | Email dated February 1 from John Page to John Mann; Robert Patterson (subject line: "+8812 etc.")<br>Bates No. TRSC Emails 00003 | | |

| Date | Case or Adv. Pro. No. | Operator | Page No. |
|---|---|---|---|
| June 25, 2010 | 09-bk-00148 | | 7 |

| Exhibit Number | Description | ID | Date Admitted |
|---|---|---|---|
| BZ | Email dated February 1 from John Page to John Mann; Robert Patterson (subject line: "GCC Matters") <br> Bates No. TRSC Emails 000001–02 | | |
| CA | Email dated March 12 from John Page to D. Castiel (subject line: "+88238") | | |
| CB | Email dated March 23 from John Page to d. Castiel (subject line: "+88238 execution copy") | | |

/s/ Kermit A. Rosenberg
Kermit A. Rosenberg (D.C. Bar No. 219089)
Neal Goldfarb (D.C. Bar No. 337881)
Butzel Long Tighe Patton, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile:  202.454.2805

*Counsel for Debtor*

CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2010, true copies of the foregoing supplemental Exhibit Record and of Exhibits AB through CB were served upon the following by email:

| | |
|---|---|
| Ellipso, Inc. | dcastiel@ellipso.com |
| John Mann | lockheed12a@me.com |
| Ronald B. Patterson, Esq. | ronplegacy@hotmail.com |
| Robert B. Patterson | legalmanagement@yahoo.com |
| John Page | jpage@null.net |

                                /s/ Kermit A. Rosenberg
                            Kermit A. Rosenberg