**The document below is hereby signed.**

**Dated: May 22, 2012.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA

In re                          )
                               )
ELLIPSO, INC.,                 )   Case No. 09-00148
                               )   (Chapter 11)
            Debtor.            )   Not for Publication in
                               )   West's Bankruptcy Reporter
```

MEMORANDUM DECISION RE THE
REGISTRY SOLUTIONS COMPANY'S MOTION TO FILE ADMINISTRATIVE CLAIM

The Registry Solutions Company ("TRSC") has filed a motion for leave to file an administrative claim (Dkt. No. 1551). TRSC alleges that when it gained access to Ellipso's financial records on February 22, 2012, it discovered that Ellipso had made misrepresentations in the arbitration proceeding between Ellipso and TRSC. The arbitration proceeding commenced prepetition and concluded postpetition. The proceeding resulted in an award to TRSC. Ellipso has filed an opposition (Dkt. No. 1579) to TRSC's motion.

The claim asserted in the arbitration was a prepetition claim. The remedy for any fraud committed regarding the amount of the claim is to seek revision of the amount of that prepetition claim fixed by the arbitrator. Because that would be

a prepetition claim, not an administrative claim, the motion must be denied. An order follows.

[Signed and dated above.]

Copies to: Recipients of e-notification; The Registry Solutions Company; Ronald B. Patterson; John Mann.

2